Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Attachment to Letter(s) sent on 11-27-2017 and 11-28-2017

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

_____ Division

JADA DAVIS
_____

*Plaintiff(s)*

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

See Attached
_____

*Defendant(s)*

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____

*(to be filled in by the Clerk's Office)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name     JADA DAVIS - 4307 OAKRidge blud St.Louis 63121,

All other names by which     241 Justice Center dr. Canon City, Co. 81212, 719-275-6593

you have been known:

ID Number     009657 - 4793

Current Institution     Chaffee County Detention Center

Address     641 W. 3rd St.

    Salida     Colorado     51201

        *City*         *State*         *Zip Code*

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name     William Peat AldERTON

Job or Title *(if known)*     Judge

Shield Number

Employer     Chaffee County Combined Courts

Address     142 CRestone Avenue

    Salida     Colorado 81201

        *City*         *State*         *Zip Code*

☑ Individual capacity    ☑ Official capacity – Both

Defendant No. 2

Name     Chaffee County Sheriffs office

Job or Title *(if known)*     Sheriff

Shield Number

Employer     Chaffee County

Address     641 W. 3rd St.,    P.O. Box 699

    Salida     Colorado     81201

        *City*         *State*         *Zip Code*

☑ Individual capacity    ☑ Official capacity – Both

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3

Name                        The City of Salida, The Salida Police Department
Job or Title *(if known)*    The City, the Police for the city of Salida, Co.
Shield Number               The State of Colorado,
Employer                    The city of Salida
Address                     448 East 1st Street, Salida, CO 81201

| Salida | Colorado | 81201 |
|--------|----------|-------|
| City | State | Zip Code |

☑ Individual capacity       ☑ Official capacity - Both

Defendant No. 4

Name                        SuSAN COY Kendall PH D.
Job or Title *(if known)*    Psychiatrist
Shield Number
Employer                    Colorado mental Health Institute at Pueblo
Address                     1600 west 24th street

| Pueblo | Colorado | 81003 |
|--------|----------|-------|
| City | State | Zip Code |

☑ Individual capacity       ☑ Official capacity - Both

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971),* you may sue federal officials for the violation of certain constitutional rights.

A.   Are you bringing suit against *(check all that apply):*

☑ Federal officials (a *Bivens* claim) - Double Jeopardy - U.S. constitutional prohibits this.

☑ State or local officials (a § 1983 claim)

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

1. Judge Alderton Lied to me from the Bench and-by telling me that he will not Allow me to Fire Herrick-Stare until I hire Another Attorney. he knows I can not Fire A court Appointed Att he must Replace he upon my Letter Stating why I do not want him and he did not Rem Replace him. Judge Alderton Forged District court Papers to send me to State mental He al at Pueblo. and he convicted me without A trial and convicted me twice for the same cha charges - 1st conviction on 1-3-2017 and 2nd conviction on 8-31-2017

C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens,* what constitutional right(s) do you claim is/are being violated by federal officials? My Right not to be tryed Twice - Double Jeopardy - 2 Prosecutions For Same charges + 2 sentences 1-3-17-conviction got 1year of probation that Ends on 1-3-2018, 2nd conviction got max 18 months in Jail Ends on 8-31-18 and no credit for time served - Kidnapped - The court sent conviction Papers to Social Security office - That were false conviction papers.

List of 5 Defendants Attachment

Defendants from Chaffee County Combined Courts. Continued

NO. 5 Name-Brian ANDris-C.
Job or title - District Attorney, Deputy
Employer - Chaffee count combined courts of the Eleventh Judicial District
Shield Number - 48729          ☐ ☑ official capacity-Both
Address - 104 Crestone Avenue Salida Colorado 81201

Defendant NO. 6 Name - Molly Chilson        Job or title - District Attorney
Employer - Eleventh Judicial District    Shield Number    ☑ ☑ Official capacity-Both
Address - 104 Crestone Avenue   Salida   Colorado   81301 Email: shines@da11thjd.org

Defendant No. 7 Name - Damon Harris        Job or Title - Court officer
Shield Number                               Employer - Chaffee county combined courts
Address - 142 Crestone Avenue       Salida   Colorado   81361 ☑ ☑ Official capacity-Both

Defendant No. 8 Name - Karen Prosser       Job or Title - Clerk of the Court
Shield number                              Employer - Chaffee County combined courts
Address - 142 Crestone Avenue      Salida    Colorado    81201 ☑ ☑ official capacity-Both

Defendant No. 9 Name - office of clerk     Job or Title - clerk of the court
Shield Number          Staff               Employer - Chaffee county combined courts
Address - 142 Crestone Avenue         Salida    Colorado    81201 ☑ ☑ official capacity-Both

Defendant No. 10 Name - Chaffee county combined Courts   Job or Title - Chaffee county combined courts
Shield Number - 11th Judicial circuit court    Employer - State of Colorado
Address - 142 Crestone Avenue         Salida    Colorado    81201 ☑ ☑ official Capacity-Both

Defendant No. 11 Name-John Speeze          Job or Title - Sheriff
Shield number                              Employer - Chaffee County Sheriffs office
Address - 641 W. 3rd St.         Salida    Colorado    81201 ☐ ☑ official capacity-Both

Defendant No. 12 Name - Joe McGuire        Job or Title - Under Sheriff
Shield Number                              Employer - Chaffee county sheriffs office
Address - 641 w. 3rd St.        Salida    Colorado    81201 ☐ ☑ official capacity Both

Defendant No. 13 Name - Tracy Jackson      Job or Title - Commander
Shield                                     Employer - Chaffee county sheriffs office
Address - Same As No.11 & No.12            ☐ ☑ official Capacity-Both

Defendant No. 14 Name - Martinez           Job or Title - Lietinent ☐ ☑ official capacity Both
Defendant No. 15 Name - Jimmy James        Job or Title - Sergeant - ☑ official capacity Both
Defendant No. 16 Name - Adrian Push        Job or title - Deputy ☐ ☑ official capacity Both
Defendant No. 17 Name - Brandy Pugh        Job or Title - Deputy ☑ official capacity Both
Defendant No. 18 Name - R.J. Carland       Job or Title - Deputy ☑ official capacity Both
Defendant No. 19 Name - Miller             Job or Title - Deputy ☑ official capacity Both
Defendant No. 20 Name - Floria Tonda Avilla Job or Title - Deputy ☑ official Capacity Both
Defendant No. 21 Name - BertoLett          Job or Title - Deputy ☑ official Capacity Both
Defendant No. 22 Name - Stover             Job or Title - Deputy ☑ official capacity Both
Defendant No. 23 Name - Farley             Job or Title - Deputy ☑ official capacity Both

Defendant No. 24 Name-Compton     Job or Title-Deputy-☑Official Capacity-☑Both

Defendant No. 25 Name-Payson     Job or Title-Deputy-☑Official Capacity ☑Both

Defendant No. 26 Name-Veltri     Job or Title-Deputy-☑Official Capacity ☑Both

Defendant No. 27 Name-Dickson     Job or Title-Deputy ☑Official Capacity☑Both

Defendant No. 28 Name-T. Moody     Job or Title-Deputy ☑Official Capacity☑Both

Defendant No. 09 Name-Z. Tucker     Job or Title-Deputy☑Official Capacity☑Both

Defendant No. 30 Name-Smith     Job or Title-Deputy ☑Official Capacity ☑Both

Defendant No. 31 Name-Nurse Mary     Job or Title-Nurse ☑Official Capacity☑Both

Defendant No. 32 Name-Nurse Tara     Job-or Title-Nurse ☑Official Capacity ☑Both

The Employer and the Address is the same for Defendants 11-32 - 641 W. 3rd St. Salida Colorado 81201 -

Defendant No. 33 Name-MARQUEZ & Herrick-STARE     Job or Title-Alternate Defense Counsel
Shield Number     Employer-Judge William Peat Alderton - Court Appointed-Attorney For
Address-102 N. I St. Salida Colorado 81201   ☑☑Both Capacitys Defendant

Def...

Defendant No. 34 Name-Randall Scott Herrick-STARE     Job or Title-Attorney for Defendant
Shield Number-7221-Atty Res.#     Employer-MARQUEZ & Herrick-STARE
Address 102 N. I. St. Salida Colorado 81201 - ☑☑ Both capacities

Defendant No. 35 Name - The City of Salida  Board  Job or Title - The City-Government
Shield Number     The Mayor, City Commission  Employer - The State of Colorado or Chaffee County
Address - 448 East 1st Street
Salida, Colorado 81201   ☑☑Both Capacities.

Defendant No. 36 Name - The Salida Police Department; Every Police Officer, & Terry Clark
Job or Title - The Police for the City of Salida, Colorado, Police Officers, The Chief of Police.
Shield Number(s)     Employer-The City of Salida, Colorado - All officers on staff to be
Address - 448 East 1st Street Salida Co. 81201   ☑☑-Both   Named individually Later, Please
                                                                    Capacities

Defendant No. 37 Name-Mountain Pawn and Gun     Address-501 East Rainbow boulevard
Job or Title - Pawn Shop     Employer. Self     Salida, Co. 81201
☑☑ Both capacities

Defendant No. 38 Name-Michael Shaffer     Job or Title- Owner
Shield Number     Employer- Self     Address-501 East Rainbow Boulevard
                                                              Salida, Co. 81201

Defendant No. 39 Name- Fairplay, Colorado -City     Job or Title-Government - the City
Shield Number     Employer -The state of colorado or
Address -

Defendant No. 40 Name - Park County Jail  Sheriffs office     Job or Title-Park County Jail
Shield Number     Employer - Park County - Fair Play, Colorado
Address - 1180 CR 16 Fairplay, Colorado 80440   -Capacity -Both ☑☑

Defendant No. 41 Name- DAN MULDOON     Job or Title - Jail Administrator
Shield Number     Employer - Park County Sheriffs office -capacity -Both ☑☑
Address -1180 CR 16 Fairplay, Colorado 80440

Defendant No. 42 Name-Fred Wegener     Job or Title -Sheriff     Shield Number
Employer -Park County Sheriff office     Address -1180 CR 16 Fairplay, Colorado 80440 -Capacity
                                                                                                            Both ☑☑

Defendant No. 43 Name - David Wohlers     Job or Title-Under Sheriff  Shield Number
Employer -Park County Sheriff office     Address -1180 CR 16 Fairplay, Colorado 80440
Capacity ☑☑ Both

Page 3 - of Defendants - Attachment #2

Defendants No. 44 Name - Heart of the Rockies Regional Medical Center
[☑][☑] Capacity - Both        Address

Defendant No. 45 Name - X-RAY Technician    Job or Title - X-Ray technician
Shield Number        Employer - The Heart of the Rockies Regional Medical Center
[☑][☑] Capacity - Both    Address

Defendant No. 46 Name - Trevor Thornhoff    Job or Title - Salida Police Officer
Shield Number    Employer - The Salida Police Department - Capacity [☑][☑] - Both
Address - 448 East 1st Street   Salida, Colorado  81201

Defendant No. 47 Name - Aidan Osborn    Job or Title - Salida Police Officer
Shield Number        Employer - The Salida Police Department   [☑][☑] Capacity - Both
Address - 448 East 1st Street   Salida Colorado  81201

Defendant No. 48 Name - Kevin Everson    Job or Title - Chaffee County Sheriffs Deputy
Shield Number    Employer - Chaffee County Sheriff Office   [☑][☑] Capacity - Both
Address - 641 W. 3rd St.  Salida, Colorado   81201

Defendant No. 49 Name - Darren Longheed    Job or Title - Chaffee County Sheriff Deputy
Shield Number    Employer - Chaffee County Sheriff office   [☑][☑] Capacity - Both
Address - 641 W. 3rd St.   Salida    Colorado  81201

Defendant No. 50 Name - The Salida Post Office    Job or Title - Post office
Shield Number        Employer - Government    [☑][☑] Capacity - Both
Address - 310 D St.   Salida    Colorado   81201

Defendant No. 51 Name - Stacy Phillips    Job or Title - Post Master
Shield Number        Employer - The Government   [☑][☑] Capacity - Both
Address - 310 D St.   Salida    Colorado  81201

Defendant No. 52 Name(s) In Postal workers Statement - Police Report on 11-21-2016
Shield Number    Employer - The Government   [☑][☑] Capacity - Both
Address - 310 D. St.  Salida   Colorado    81201 - 3 Postal workers

Defendant No. 53 Name - Officer Meske    Job or Title - Salida Police Officer
Shield Number    Employer - The Salida Police Department   [☑][☑] Capacity - Both
Address - 448 East 1st Street  Salida    Colorado   81201

Defendant No. 54 Name - The Chaffee County Sheriff Deputy who handcuffed me on 1-3-2017
Shield Number        Employer - Chaffee County Sheriffs office - Capacity [☑][☑] Both
Job or Title - Chaffee County Sheriff Deputy   Address - 641 W. 3rd street
Salida Colorado  81201

Attachment Page Number(s) 4 and 5 I sent to Judge Lewis T. Babcock
Please Allow me to send them At a Later date or I can have him fax them.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

On 1-3-2017 I told Judge Alderton that I plead not guilty and asked for a Jury Trial. Damon Harris -court Officer Escorted me to Booking and told me to sign some papers. When I put under threat + Duress they where Fucked, Now After second Conviction they cannot send 2nd set of conviction papers to Social Security office.

D.   Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. They ALL Acted in concert with Judge William Peal Alderton, by Detaining me, Not Allowing me to see A Doctor, Felony by me getting burned by X-Ray machine, and biting down on A goathead Thorn in my Food et Park County Jail, by taking me to the Park County Jail, billing me at Chaffee county Jail while I was At Park county Jail, Not Allowing me to press Charges on inmate michael cook who threaten to string me up in Jail + Jeffey Jackson heard and told him he can not say that, and still wont Allow me to press Charges on him.

III.   **Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows (*check all that apply*):

☐   Pretrial detainee

☐   Civilly committed detainee

☐   Immigration detainee

☑   Convicted and sentenced state prisoner   Convicted Twice For same charges on 1-3-17 and on 8-31-17

☐   Convicted and sentenced federal prisoner

☐   Other (*explain*) _____

IV.   **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.   If the events giving rise to your claim arose outside an institution, describe where and when they arose. Please Allow me to Attach the Papers that I send to Judge Lewis T. Babcock in this section at a later

1-3-17 to 5-18-17 and 9-14-17 ~ 10-30-17 to 11-28-17

B.   If the events giving rise to your claim arose in an institution, describe where and when they arose. Chaffee County Detention Center - get video of my Detention, Park County Jail - 9-19-17 - 10-30-17

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

---

C.   What date and approximate time did the events giving rise to your claim(s) occur?
1-3-2017 @ 9:33 AM + 11-21-2016 @ 9:00 AM  I was Assaulted in
310 D Street Post office by Lynn Bastian and on 1-3-2017 I hit her Back and only I
was Arrested, I have her on tape Admitting to hitting me in the Post office.

---

D.   What are the facts underlying your claim(s)? (For example: What happened to you? Who did what?
Was anyone else involved? Who else saw what happened?) Judge is Racist, has done Every
thing he can to me, and All the Defendant have and ARE Acting in concert with
the Judge Alderton + District Attorney - Even Altered Pawn shop video.
They Removed Bastian Twin son from video - he tried to Punch me Also in the Pawn
Shop on 1-3-2017 and his Twin Brother Attacked me in Post office not Lynn Bastian
This hate crime Morphed into Attempted Murder with goat head Thorn and
Burning me with X-Ray Machine at Heart of the Rockies Regional Medical
Center, on 1-5-2017, these Racist ARE Above the Law / Aint no Law here!

## V.   Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical
treatment, if any, you required and did or did not receive. I was beaten in the Post office inches
Above my incision For Disk surgery in 1990 y I was Allowed to bleed from my Anus
Five days and not Allowed Medical treatment then Burned with X-Ray Machine on
1-5-2017 - My Face Swelled up on both sides for one day thad Allowed to see A Doctor,
on -2-7-17 my chin swelled up + Popped + Bleed For 60 days and not Allowed to
See A Doctor by Jail Staff - Deputies of chaffee county detention Center,
on 9-23-17 I was feed A goat head thorn At Park county Jail and not Allowed to
Call 911 or See A Doctor For Pain in Right Pelvic Area Above hair Line - still
on 11-28-17 not Allowed to see A Doctor - Pein is from Thorn or Erupting Appendix.

## VI.   Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes.
If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for
the acts alleged.   Explain the basis for these claims. I want $ one hundred Million dollars
and these People Locked up, and these Jails and courthouse shut down + turned
into Jails and Courthouses For Blacks only and Employ All Black Staff,
Black courts, Black Jails, Black Police For Black Americans Across America.
Please and thank You very much. Sada Davis From inside the Klu Klux Klan house,
and public Posting of All Motions Filed by District Attorneys and Public Defenders
and Alternative Defense counselors so that they can Not hide Anything from
their client, defendents Ever Again.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). Chaffee County Detention Center and Park county Jail

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

If yes, which claim(s)?
Pressing charges, seeing A Doctor, Being Allergic to the food stuffs, Every claim but the staff-Deputies Are Racist and do Nothing Look the other way

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☑ No

E.    If you did file a grievance:

1.    Where did you file the grievance? Chaffee county Detention center and Park county Jail.

2.    What did you claim in your grievance? Deputy miller was in my cell After Lockdown, goat head in my food, told Judge About threat to he strung up by cook, About Head swelling up, Food Allergies, being Kidnapped, And it is A Felony crime,

3.    What was the result, if any? Silence - Nothing was done, still not Allowed to see A Doctor.

4.    What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*
Commander Tracy Jackson told me that we talked About miller being in my cell which was a lie to my Face,

F.  If you did not file a grievance:

   1.  If there are any reasons why you did not file a grievance, state them here:

   2.  If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any: Judge Alderton, Sgt Cooper at Park county Jail.

G.  Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. I started Praying foR Help, and wishing I had kept my mouth closed.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☑ Yes

☐ No

B.   If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit

Plaintiff(s)    Jada Davis

Defendant(s)    No Named Defendants

2.   Court *(if federal court, name the district; if state court, name the county and State)*

Denver District court

3.   Docket or index number

4.   Name of Judge assigned to your case    17 - cv - 00115

gordon P, gallagher & LTB -please get a copy of the letters I sent to These Judges and Attach them to This Complaint.

5.   Approximate date of filing lawsuit

5 - 00 - 2017

6.   Is the case still pending?

☐ Yes

☑ No

If no, give the approximate date of disposition.    closed

7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

closed -did not cure deficiencies within time Allowed.

C.   Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes

☑ No

D.    If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit

     Plaintiff(s)    _____

     Defendant(s)   _____

2.    Court *(if federal court, name the district; if state court, name the county and State)*

    _____

3.    Docket or index number

    _____

4.    Name of Judge assigned to your case

    _____

5.    Approximate date of filing lawsuit

    _____

6.    Is the case still pending?

    ☐ Yes

    ☐ No

    If no, give the approximate date of disposition  _____

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

    _____

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   11-28-2017

Signature of Plaintiff   _Jada Davis_
Printed Name of Plaintiff   JADA DAVIS
Prison Identification #   009657
Prison Address   641 W. 3rd Street

Salida                                         Colorado       81201
City                                           State          Zip Code

### B.   For Attorneys

Date of signing:   _____

Signature of Attorney   _____
Printed Name of Attorney   _____
Bar Number   _____
Name of Law Firm   _____
Address   _____

_____
City                 State            Zip Code

Telephone Number   _____
E-mail Address   _____