List of 7 Defendants Attachment

Defendants from Chaffee County Combined Courts. continued

NO. 5 Name - Brian Andris-C.
Job or Title - District Attorney, Deputy
Employer - Chaffee county combined courts of the Eleventh Judicial District
Shield Number - 48729          Official Capacity - Both
Address - 104 Crestone Avenue Salida Colorado 81201

Defendant No. 6 Name - Molly Chilson          Job or Title - District Attorney
Employer - Eleventh Judicial District          Shield Number      Official Capacity - Both
Address - 104 Crestone Avenue Salida Colorado 81201 Email: shines@da11thjd.org

Defendant No. 7 Name - Damon Harris          Job or Title - Court Officer
Shield Number                                 Employer - Chaffee county Combined Courts
Address - 142 Crestone Avenue Salida Colorado 81201  Official Capacity - Both

Defendant No. 8 Name - Karen Prosser          Job or Title - Clerk of the Court
Shield Number                                 Employer - Chaffee County combined Courts
Address - 142 Crestone Avenue Salida Colorado 81201  Official Capacity - Both

Defendant No. 9 Name - Office of Clerk Staff  Job or Title - Clerk of the Court
Shield Number                                 Employer - Chaffee county combined Courts
Address - 142 Crestone Avenue Salida Colorado 81201  Official Capacity - Both

Defendant No. 10 Name - Chaffee County Combined Courts  Job or Title - Chaffee County combined courts
Shield Number - 11th Judicial Circuit Court   Employer - State of Colorado
Address - 142 Crestone Avenue Salida Colorado 81201  Official Capacity - Both

Defendant No. 11 Name - John Speeze           Job or Title - Sheriff
Shield Number                                 Employer - Chaffee County Sheriffs office
Address - 641 W. 3rd St. Salida Colorado 81201  Official Capacity - Both

Defendant No. 12 Name - Joe McGuire           Job or Title - Under Sheriff
Shield Number                                 Employer - Chaffee county Sheriffs office
Address - 641 W. 3rd St. Salida Colorado 81201  Official Capacity - Both

Defendant No. 13 Name - Tracy Jackson         Job or Title - Commander
Shield                                        Employer - Chaffee County Sheriffs office
Address - Same as No. 11 & No. 12             Official Capacity - Both

Defendant No. 14 Name - Martinez         Job or Title - Lietinent   Official Capacity - Both
Defendant No. 15 Name - Jimmy James      Job or Title - Sergeant    Official Capacity - Both
Defendant No. 16 Name - Adrian Push      Job or Title - Deputy      Official Capacity - Both
Defendant No. 17 Name - Brandy Pugh      Job or Title - Deputy      Official Capacity - Both
Defendant No. 18 Name - R.J. Carland     Job or Title - Deputy      Official Capacity - Both
Defendant No. 19 Name - Miller           Job or Title - Deputy      Official Capacity - Both
Defendant No. 20 Name - Floria Tonda Avilla  Job or Title - Deputy  Official Capacity - Both
Defendant No. 21 Name - Berto Lett       Job or Title - Deputy      Official Capacity - Both
Defendant No. 22 Name - Stover           Job or Title - Deputy      Official Capacity - Both
Defendant No. 23 Name - Farley           Job or Title - Deputy      Official Capacity - Both

Defendant NO. 24 Name - Compton          Job or Title - Deputy - ☐ Official Capacity ☐ Both
Defendant NO. 25 Name - Payson           Job or Title - Deputy - ☐ Official Capacity ☐ Both
Defendant NO. 26 Name - Veltri           Job or Title - Deputy - ☐ Official Capacity ☐ Both
Defendant NO. 27 Name - Dickson          Job or Title - Deputy ☐ Official Capacity ☐ Both
Defendant NO. 28 Name - T. Moody         Job or Title - Deputy ☐ Official Capacity ☐ Both
Defendant NO. 09 Name - Z. Tucker        Job or Title - Deputy ☐ Official Capacity ☐ Both
Defendant NO. 30 Name - Smith            Job or Title - Deputy ☐ Official Capacity ☐ Both
Defendant NO. 31 Name - Nurse Mary       Job or Title - Nurse ☐ Official Capacity ☐ Both
Defendant NO. 32 Name - Nurse Tara       Job - or title - Nurse ☐ Official Capacity ☐ Both

The Employer and the Address is the Same for Defendants 11-32 - 641 W. 3rd St. Salida Colorado 81201 -

Defendant NO. 33 Name - MARQUEZ & Herrick - STARE       Job or Title - Alternate Defense Counsel
Shield Number                        Employer - Judge William Peat Alderton - Court Appointed - Attorney for
Address - 102 N. I St. Salida Colorado 81201    ☐ ☐ Both Capacitys Defendant

Defendant NO. 34 Name - Randall Scott Herrick - STARE       Job or Title - Attorney for Defendant
Shield Number - 7221 - Atty Res. #      Employer - MARQUEZ & Herrick - STARE
Address   102 N. I. St. Salida Colorado 81201 - ☐ ☐ Both capacities

Defendant NO. 35 Name - The City of Salida Board  Job or Title - The City - Government
Shield Number      The Mayor, City Commission  Employer - The State of Colorado or Chaffee
Address - 448 East 1st Street                                                 County
 Salida, Colorado 81201   ☐ ☐ Both Capacities

Defendant NO. 36 Name - The Salida Police Department, Every Police Officer, & Terry Clark
Job or Title - The Police for the City of Salida, Colorado, Police Officers, The Chief of Police.
Shield Number(s)    Employer - The City of Salida, Colorado - All officers on staff to be
Address - 448 East 1st Street Salida CO. 81201  ☐ ☐ - Both Named individually later, Please
                                                              Capacities

Defendant NO. 37 Name - Mountain Pawn and Gun
Job or Title - Pawn shop    Employer. Self    Address - 501 East Rainbow boulevard
 ☐ ☐ Both capacities                                     Salida, CO. 81201

Defendant NO. 38 Name - Michael Shaffer     Job or Title - Owner
Shield Number         Employer - Self     Address - 501 East Rainbow Boulevard
                                                       Salida, CO. 81201

Defendant NO. 39 Name - Fairplay, Colorado - City
Shield Number           Employer - The State of Colorado or   Job or Title - Government - the City
Address -

Defendant NO. 40 Name - Park County Jail Sheriffs office    Job or Title - Park County Jail
Shield Number         Employer - Park County - Fair Play, Colorado
Address - 1180 CR 16 Fair Play, Colorado 80440    - Capacity - Both ☐ ☐

Defendant NO. 41 Name - Dan Muldoon    Job or Title - Jail Administrator
Shield Number        Employer - Park County Sheriffs office - Capacity - Both ☐ ☐
Address - 1180 CR 16 Fair Play, Colorado 80440

Defendant NO. 42 Name - Fred Wegener       Job or Title - Sheriff    Shield Number
Employer - Park County Sheriff office   Address - 1180 CR 16 Fairplay, Colorado 80440 - Capacity
                                                                                       Both ☐ ☐
Defendant NO. 43 Name - David Wohlers
Employer - Park County Sheriff office     Job or Title - Under Sheriff   Shield Number
Capacity ☐ ☐ Both                        Address - 1180 CR 16 Fair Play, Colorado 80440

Page 3 - of Defendants - Attachment #2

Defendant NO. 44 Name - Heart of the Rockies Regional Medical Center
☒ ☒ Capacity - Both    Address

Defendant NO. 45 Name - X-Ray Technician    Job or Title - X-Ray Technician
Shield Number    Employer - The Heart of the Rockies Regional Medical Center
☒ ☒ Capacity - Both    Address

Defendant NO. 46 Name - Trevor Thornhoff    Job or Title - Salida Police Officer
Shield Number    Employer - The Salida Police Department    Capacity ☒ ☒ - Both
Address - 448 East 1st Street    Salida, Colorado 81201

Defendant NO. 47 Name - Aidan Osborn    Job or Title - Salida Police Officer
Shield Number    Employer - The Salida Police Department    ☒ ☒ Capacity - Both
Address - 448 East 1st Street    Salida Colorado 81201

Defendant NO. 48 Name - Kevin Everson    Job or Title - Chaffee County Sheriffs Deputy
Shield Number    Employer - Chaffee County Sheriff Office    ☒ ☒ Capacity - Both
Address - 641 W. 3rd St. Salida, Colorado 81201

Defendant NO. 49 Name - Darren Longheed    Job or Title - Chaffee County Sheriff Deputy
Shield Number    Employer - Chaffee County Sheriff Office    ☒ ☒ Capacity - Both
Address - 641 W. 3rd St. Salida Colorado 81201

Defendant NO. 50 Name - The Salida Post Office    Job or Title - Post Office
Shield Number    Employer - Government    ☒ ☒ Capacity - Both
Address - 310 D St. Salida Colorado 81201

Defendant NO. 51 Name Stacy Phillips    Job or Title - Post Master
Shield Number    Employer - The Government    ☒ ☒ Capacity - Both
Address - 310 D St. Salida Colorado 81201

Defendant NO. 52 Name (s) In Postal Workers Statement - Police Report on 11-21-2016
Shield Number    Employer - The Government    ☒ ☒ Capacity - Both
Address - 310 D. St. Salida Colorado 81201 - 3 Postal Workers

Defendant NO. 53 Name - Officer Meske    Job or Title - Salida Police Officer
Shield Number    Employer - The Salida Police Department    ☒ ☒ Capacity - Both
Address - 448 East 1st Street Salida Colorado 81201

Defendant NO. 54 Name - The Chaffee County Sheriff Deputy who handcuffed me on 1-3-2017
Shield Number    Employer - Chaffee County Sheriffs Office    - Capacity ☒ ☒ Both
Job or Title - Chaffee County Sheriff Deputy    Address - 641 W. 3rd Street
Salida Colorado 81201

Attachment Page Number(s) 4 and 5 I Sent to Judge Lewis T. Babcock
Please Allow me to send them At a Later date or I can have him Fax them.