JADA DAVIS
P.O. Box 699
Salida, CO. 81201
Chaffee County Jail

Chaffee County Jail

Office of the clerk
United States District Court
ALFRED A. ARRAJ Courthouse
901-19th St., Room A105
Denver, CO 80294-3589

Official Business Legal mail 11-29-17 @ 6:30 AM

80294-250151




US POSTAGE >> PITNEY BOWES
ZIP 81201
02 4W
0000339735 NOV 29 2017
$ 000.67⁰