| | |
|---|---|
| In The United States District Court For the District of Colorado Judge Lewis T. Babcock SENIOR Judge<br><br>JADA DAVIS ____ plaintiff<br><br>-v-<br><br>See Attached defendants | △ Court use only △ |
| JADA DAVIS<br>P.O. Box 699<br>Salida, CO. 81201<br>Chaffee County Detention Center<br>Inmate # 009654-4793<br>641 W. 3rd St.<br>Salida, Colorado 81201<br>Location - A-Pod - cell 4 | Case Number<br>Div.    Courtroom |

Motion to Proceed in Forma PAUPERIS - APPLICATION To Proceed In Forma PAUPERIS

COMES NOW the PLAINTIFF, JADA DAVIS, And Moves This court for an order Allowing her to Proceed in Forma PAUPERIS For the Purpose of this complaint for Violation of Civil Rights (Prisoner complaint)

1. The Plaintiff is Indigent,
2. The Plaintiff is unable to Pay A File Fee, or For Any other Fees in this Proceeding

FOR these Reasons, Plaintiff Asks that this Motion be granted and she be allowed to Proceed In Forma PAUPERIS For the Purpose of this Action.

Respectfully Submitted this 28 day of November, 2017

Civil Action No. 17-CV-01115 LTB

_JADA DAVIS_