11-28-2017 — Civil Action No. 17-CV-01115 LTB — Please Attach to Letter sent on 11-27-17 — 11-27-17.

Please Also Accept this Letter as my (Prisoner complaint) Pro Se 14 (Rev. 12/16) Complaint For Violation of civil Rights - Form Along with Letter sent on 11-27-2017 - Attachment to 17-CV-0015-GPG, -LTB Please combine-

RE: Certified Prisoner Trust Fund Account Statement Showing Activity For The 6 months immediately Preceding the Filing of this Action.

The Reason I never sent in this statement is I believe the Chaffee county Sheriff office can not sign this Statement because they were not Legally suppose to have been detaining me - I was Kidnapped From 1-3-2017 - 6-18-2017, 9-14-17 - 8-21-18 and I am Now being Kidnapped again under the Cover-color of Law. I Am sending A Kite - A Prisoner Request form to Commander Tracy Jackson again Requesting this Statement and that It be signed So that I can File a civil Action, She has as OF today given me only A Complaint For Violation of civil Rights Form (Prison complaint) Pro Se 14 (Rev. 12/16) Complaint For Violation of civil Rights (Prisoner). I have been convicted Twice by Judge William Peal Alderton for the Same crime. MY First conviction came on 1-3-2017 at about 3:30PM. At that time I told Judge Alderton that I Plead Not Guilty and Told him that I want A Jury Trial, I was then Escorted down to the Chaffee county Detention center Jail Booking Area by Court officer Damon Harris where he told me to Sign Some Papers - I Refused and Put on the Papers "under threat and Duress" and they All were Fucked because They the Court had sent conviction Papers to the Social Security office which was A Lie, Fraudulent, and A Attempt to deny me my Right to A Trial. I began to bleed out of my Anus From 5PM on 1-3-2017 to 1-8-2017 and was not allowed to go to Any Emergency Room, and when I was sent to E.R. It was For chest Pains From Lack of food - Where I was burned with the X-Ray machine at the Heart of the Rockies Regional Medical Center at or about 7:PM, within 30 days Later my Face swelled up on both sides by MY EARS for one day and I was Not To see A Doctor and on 2-7-2017 I went to Judge aldertons court room with A big Bandaid over my Chin and After court I started bleeding From my Chin For 60 days straight and I again was not Allowed to see Any Doctors. The Nurses here were MARY and Tara whom I also would Like to Sue Along with The hospital, courthouse, Judge, Sheriffs office, Salida Police Department and the city of Salida, County of Chaffee, the State of Colorado For Attacking me, Kidnapping me, and violations of my State, Federal, Civil, Constitutional Rights. On 4-6-2017 these charges were Vacated - 3rd degree Assault, carrying A concealed weapon and Disorderly conduct. And Back on 1-24-2017 Judge Alderton Forged District Court Papers - he is the County court Judge For chaffee county combined courts Patrick murphy is the District Court Judge Here. Judge Alderton used Those forged-fraudulent Papers to send me to the Colorado Mental Health hospital in Pueblo Colorado For "Im competent to Proceed" From 5-18-2017 to 6-15-2017, and then would not Release me until I under threat and Duress Agreed to Relinquished My Right to my hand-Guns-my Property - then he Dropped the $2,500.00 bond to A Personal Recognizance and Released me From my Felonious Kidnappings - Detention.

over Please

[left margin, vertical:] Please Combine - With Letter sent on 11-27-2017 Pro Se So Far.

[bottom left margin, vertical:] I am sending Prisoner complaint for Seperately please Attach it to This Letter. Thank you very much. Staff may stop my mail! Because I am Kidnapped And trying to Sue them Also!

NOW with the District Attorney Brian ANDRIS and Alternative Defense counsel - court Appointed Randall Scott Herrick-STARE Also Acting in concert with the corrupt Judge Alderton my Double Jeopardy Trial began on 8-31-2017. Now, Herrick-Stare told me that "we do not have to Discuss my case until Trial" and he - we did not, this is After he told me that their would be no trial For me. So, I was convicted for the second time for the same charges, The first conviction I was given one year of OR on Probation until 1-3-2018, Even though I asked for A Trial and did not get It, And upon my second conviction by Judge Alderton I was again sentenced to "the MAX" 18 months - 12 more months in Jail with out credit For Time Served from 1-3-2017 - 6-15-2017. My Stated Release date is 8-21-2018 which Equals Two Convictions and 2-Two Sentences For One crime which is A Violation of MY Constitutional Rights, which is why the court has not sent A second set of conviction Papers to the Social Security office as of Yet - 11-28-17 - and on 12-1-2017 I will have $4,200.00 or so in on my Debit card, and for All of these crimes and Reasons Tracy Jackson Commander of the Chaffee County Detention Center can not give or and sign for me the Requested "Certified Prisoner Trust Fund Account Statement Showing the Activity For the 6 months immediately Preceeding the Filing of this Action - I am STILL A KIDNAPPED - NIGGER For Passing the Second Punch in a hate crime Perpetrated on me the nigger by Lynn Deborah Bastian on 11-21-16 at the 310 D St. Post office which she Admits to doing while on the Floor in the Mountain Gun & Pawn Shop while bleeding at 9:33 ish on 1-3-2017 on my cell Phone Video Recording that Randall Scott Herrick-Stare was sent by me and Brought to court on 8-31-2017 and did not play during my Fake Trial. And so now I am being Terrorized by the Staff at the Chaffee County Detention Center and by the white inmates too - 24-7 Lockdown here and At Park County Jail too and their I was feed A GOAT Head Thorn on 9-23-2017 and not Allowed to call 911 to this day or see A Doctor For Pain in Right Pelvic Area that is from A goathead thorn or A ERupting Appendix - Another Violation of my Rights! I Also sent Papers to Judge Alderton stating my Allergic Reactions to the Food Stuffs I am Forced to Eat while kidnapped here! I Am seeking compensatory damages for All of my harms and Losses incurred, Defamation, Slander, Duress, Kidnapping, Malfeasance, Misfeasance, Forgery, Nonfeasance, Perjury by Judge Alderton Also, conspiracy, collusion by the Above mentioned, and Social Security workers that are Also involved, Extortion, Fraud, Frame-Altered Pawn Shop Video, Racketeering, LIBEL, Coercion, False Pretense, Malice Aforethought Double Jeopardy-Repeat Prosecution for same criminal offense, Prohibited by U.S. Constitution. Corruption in a Public office - Jobbery by All of the Above mentioned.

I Sent A Letter to Judge Lewis T. Babcock on Monday 27 of November 2017 with All of the Names of the People, Staff, and Personel Involved in These crimes mentioned Above. Their Are more crimes to Add in this Action and more names Also to be Added. I Am not now Able to search for A civil Lawsuit Attorney because I have no Access to A computer while in Jail, but I hope A friend will be Able to find me one soon. Can the court Appoint me one?    JACK DAVIS

I did call and Ask the F.B.I. To Investigate me in 2016 and they Refused to do so had they did So They would Know Everything I am telling You and much more! how will they force me to bond out until Appeal Ruling is made OR take 3 years of Probation? I do not want to Eat anything Else because I have Pain on my Right Pelvic Above hair Line After I EAt, I believe it IS the goathead thorn - A Stabbing Pain, Like A Flashing Light Pattern! or Pain when I bend over - Pull my Knees to my chest!

Please help me they can not Keep me until 8-21-2018 - Social Security will have questions About me before Then and they won't stop committing crimes on me! and they will not Let me see A doctor because they did not call medicaid Also to Stop my State Provided medical coverage - So they can't take me to the E.R.! will they Let me die + do what with my body? Please Help me Please.

Please help me I have had a Foul Senell in my Nose since about 9-14-2017 It do not smell Like blood oR mucus and I blow out blood which is a Reaction to me being Allergic to whead, Dairy, Sugar served Here daily- Eat It oR Starve. They ARe trying to force me to bond out or Take 3 years of probation instead of one year in Jail! Judge Alderton told Harnek-Stare to give me 120 days to change my mind and take the 3 years on Probation, because they/he can not send A second set of conviction PaPers to the Social SecuRity office AGAIN -That's why Social security has not stopped my check yet, They must Release me by 1-3-2018 and I am not sappose to be Locked up according to the Conviction - minutes orders from 1-3-2017 Equals I am Kidnapped again. So how will they Fix the Problem that they built For Themselves? over please