## KITE
## INMATE REQUEST FORM

FULL NAME: JaDA DAVIS

POD & Cell: A-4       DATE: 11-28-2017

Write your request in detail on the reverse side of this kite.   All kites go through the chain of command.

Recd By: _____

Date: _____ Time: _____

OFFICIAL RESPONSE: _____

_____

_____

_____

11-2013

This is A copy of the Kite I sent to Tracy Jackson — I need the form that states that I am A Prisoner here, how long I have been A Prisoner, that I have NO Income — Indigent, and I need it to be signed by Commander Jackson or the Sheriff Speeze, so All Fees and court cost will be waived by District court in Denver. Along with certified Prisoner Trust Fund Account Statement showing the Activity For the 6 months immediately Preceeding the Filling of this Action. I do not believe these corrupt offices will Allow her Tracy Jackson to give me these papers because it will Prove their crimes in these offices, so Please help me file these Civil Actions without these papers or Force them To provide the papers I am Requesting from them. I believe these People Are the Klu Klux Klan and they will not Allow me to walk out of this Jail Alive. Please send copies of all of my Letters to the F.B.I and Colorado Bureau of Investigation, Internal Bureau of Investigations immediately, my Life is in Danger here. Only Deputy maez,T and case worker Jones at Park co. Jail has Allowed me to make Any Phone call since 9-14-2017.

@ 2:00 pm

Jada Davis
11-28-2017