JADA DAVIS
P.O. Box 699
Salida, CO. 81201

Chaffee County Jail

Office of the Clerk
United States District Court
ALFRED A. ARRAJ Courthouse
901-19th St., Room A105
Denver, CO 80294-3589

OFFICIAL Business    Legal mail

DENVER CO 802
28 NOV 2017 PM 6 L

80294-250151



US POSTAGE >> PITNEY BOWES
ZIP 81201 $ 000.46⁰
02 4W
0000339735 NOV 29 2017