12-4-2017     Case # 17-CV-2896     RE: Attachment

1. Please Attach Papers From ~~CV #~~ 1:17cv-01115 GPG and LTB to case 17CV-2896 for the Purpose of showing Conspiracy, and Retaliation, and Acting in Concert to Prevent me from Suing the City of Salida, the Salida Housing Authority and et al. In the case of mine ~~against~~ with opposing Attorney Sophia Hue Tsai.

2. The Papers I will be submitting is from the social security office in Canon City, Colorado - Fax # is 719-275-7997, they will show the first set of False conviction Papers that were sent Fraudulently. I spoke to a Mrs. Sharon at 1-800-772-1213 today and she is sending me a copy of conviction papers from 3-2-2017 that were sent to stop my monthly checks, from the Chaffee county combined courts from Judge William Pead Alderton's court. Even after on 1-3-2017 I told him/the court that I Plead not guilty and Asked for A Jury Trial to be set for within Ten days of 1-3-2017 afterwards I was Escorted by the court officer back to the Chaffee county Detention center where I had been held Illegally According to C.R.S. by Damon Harris where he told me to sign some Papers and when I Put "under threat and Duress" the court then had a big problem because they had already sent False Conviction Papers to the social security office, which meant that Judge Alderton Never was going to Allow me to get a Jury Trial.

3. I will Also send a copy of my second conviction papers from 8-31-2017 from my Trial for the same charges of 1- 3rd degree Assault, 2. carrying concealed weapon, 3. Disorderly Conduct. I believe the first set of conviction papers state that I was convicted for all three charges - I have not gotten them yet in the mail.

4. The Papers/Attachments from Judge Gordon P. Gallagher and Lewis T. Babcock, and from the (Prisoner Complaint) will show a Lot of what I have been Put through from the Named Defendants in Retaliation to my suit to sue the city and the Salida Housing Authority and to prevent me from suing by sending me to Colorado State Mental Hospital in Pueblo, and Detaining me from 1-3-2017 to 6-18-2017, to sending me to the Park county Jail from 9-19-2017 - 10-30-2017 And billing me as if I were at the Chaffee county Jail in A-Pod-cell 4. I did Begive Details of more crimes committed against me by the Named Defendants In the Judge GPG Letter and the Prisoner complaint.

I have not gotten any more letters from Judge Kathleen M. Tafoya court concerning my Civil Suit-Action against the City of Salida, The Salida Housing Authority and et al vs. Jadia Davis.

Please understand I have gotten No help with these civil Actions, I am Learning As I go Along, work through this Process. Thank You. with No Access to Law books - No help from Jail Staff on orders from Tracy Jackson [Commander]

FILED UNITED STATES DISTRICT COURT DENVER, COLORADO DEC 07 2017 JEFFREY P. COLWELL CLERK

12-4-2017

RE: Double Jeopardy - JADA DAVIS case.

To: A.C.L.U. - Thank you for your concern about me JADA DAVIS. Today I spoke with MRS. Sharon at Social Security at 1800 772-1213 and she told me that the Chaffee county combined courts sent False conviction papers to the Canon city or Social Security office on 3-2-2017, which is why this court has not and can't send a second set of conviction papers to the Social Security office which means that I have and Am Being Kidnapped under the color of the Law by the Judge William Real Alderton and the Chaffee county Sheriff's office. The Double Jeopardy of my second conviction took place on 8-31-2017. The Social Security office is sending me a copy of the 3-2-2017 False conviction papers, I should have them by 12-15-2017. There is more crimes I have suffered and this Kidnapping turned Falonous on 1-8-2017 and 9-23-2017. Please send the F.B.I. to get me from the Klu Klux Klan at 641 W. 3rd St. Salida, CO. 81201 at the Chaffee county Detention center, I am in fear for my life hear. The fax # to Social Security office in Canon city is 719-275-7997, the fax # to Chaffee county Detention center is 719-539-9361 and the Address here is 641 W. 3rd St. Salida, Co. 81201. Please send a copy of these papers to Denver 7 news at 303-832-8477 and to The Pueblo Chieftain at 719-544-3520, and to the governor John Hickenlooper at -303-866-2471, and to Patrick Henson my Appeal Atty at 303-718-273_ and to Civil Right -720-515-6165. Please help get me out of Here.

Jada Davis

⌐ to Canon city Social Security office
↳ Please send A.C.L.U. A copy of my 3-2-2017 conviction papers - False conviction. To 303-777-1773 - 12-4-2017 - @ 11:00 pm

Please call F.B.I. at 719-633-3852 - Colorado Springs, 303-629-7176 - Denver office to come and take a Report and to Release me. Please call Colorado Bureau of Investigations to come and take a Report and to Release me at 303-239-4201 303-239-4211

MY Life is in danger - 1-8-2017 X-Ray Burn at the Heart of the Rockies Regional medical center and on 9-23-2017 I was feed a goathead in my food at the Park county Jail and Never Allowed to see A Doctor or call 911 to make A Report. Please fax me at 719-539-9361 with the date and time that I should be Released from my Kidnappers under the color of the Law. Please and thank you very much. I Am on 24-7 Lockdown Lucky to have been Allowed to send these faxes + talk to Social Security today.

County Court, Chaffee County, State of Colorado
Case#:C0082017M 000004   Div/Room: 1
JUDGMENT OF CONVICTION, SENTENCE   Original
           The People of the State of Colorado vs. DAVIS, JADA
                         DOB 12/29/1968

The Defendant was sentenced on:  8/31/2017
People represented by...: ANDRIS, BRIAN
Defendant represented by: HERRICK-STARE, RANDALL
UPON DEFENDANT'S CONVICTION this date of:  8/31/2017   **RECEIVED**
The defendant was found guilty after trial of:
Count #      1 Charge: ASSAULT 3-KNOW/RECKLESS CAUSE INJURY  SEP 05 2017
C.R.S # 18-3-204(1)(a)                    Class: M1
Date of offense(s):  1/03/2017 to  1/03/2017   Date of finding: Chaffee County Sheriffs Office 8/31/2017

IT IS THE JUDGMENT/SENTENCE OF THIS COURT that the defendant be sentenced to
Jail                        1.00 YEARS                     COUNT       1
WORK RELEASE AUTHORIZED. NO CREDIT FOR TIME SERVED. STAY ON JAIL 9/18/17 /KP
STAY OF EXECUTION GRANTED TO:  9/18/2017  @  6:00 P
WORK RELEASE GRANTED

           Assessed            Balance
      $     224.50       $      224.50

THEREFORE, IT IS ORDERED the Sheriff of Chaffee County     shall convey the
DEFENDANT to the following department TO BE RECEIVED AND KEPT ACCORDING TO LAW
CHAFFEE COUNTY DETENTION FACILITY

                        ADDITIONAL REQUIREMENTS
The restraining order pursuant to C.R.S. 18-1-1001 shall remain in effect
until final disposition of the action, or in the case of an appeal, until
disposition of the appeal. *first conviction was on 3-2-2017 - Papers sent to Social Security Office*

JUDGMENT OF CONVICTION IS NOW ENTERED, IT IS FURTHER ORDERED OR RECOMMENDED:

             *Second conviction*
DATE *August 31, 2017* NPT_____  JUDGE/MAGISTRATE  *William Alderton*
                                                     WILLIAM PEAT ALDERTON


                        CERTIFICATE OF SHERIFF
I CERTIFY THAT I EXECUTED THIS ORDER AS DIRECTED
DATE_____                    SHERIFF_____
                                              BY DEPUTY_____

# INMATE TIME COMPUTATION
## Chaffee County Detention Facility

Inmate Name: __Davis, Jada__    DOB: __12/29/68__
Booking Number: ____
Sentencing Date: __8/31/17__

| | |
|---|---|
| Docket Number: __17M04__ | Date of Sentence: __8/31/17__ |
| # Days Sentenced: __365__ | |
| # Days Credit Time Served: __0__ | |
| Good Time This Mitt: __24__ | |
| Adjusted Days to be Served: __341__ | |
| Start Date This Mitt: __9/14/17__ | Completion Date: __8/21/18__ |
| **CONCURRENT     CONSECUTIVE** | *Completion Date for this Mitt Only* |

| | |
|---|---|
| Docket Number: ____ | Date of Sentence: ____ |
| # Days Sentenced: ____ | |
| # Days Credit Time Served: ____ | |
| Good Time This Mitt: ____ | |
| Adjusted Days to be Served: ____ | |
| Start Date This Mitt: ____ | Completion Date: ____ |
| **CONCURRENT     CONSECUTIVE** | *Completion Date for this Mitt Only* |

| | |
|---|---|
| Docket Number: ____ | Date of Sentence: ____ |
| # Days Sentenced: ____ | |
| # Days Credit Time Served: ____ | |
| Good Time This Mitt: ____ | |
| Adjusted Days to be Served: ____ | |
| Start Date This Mitt: ____ | Completion Date: ____ |
| **CONCURRENT     CONSECUTIVE** | *Completion Date for this Mitt Only* |

| | |
|---|---|
| Docket Number: ____ | Date of Sentence: ____ |
| # Days Sentenced: ____ | |
| # Days Credit Time Served: ____ | |
| Good Time This Mitt: ____ | |
| Adjusted Days to be Served: ____ | |
| Start Date This Mitt: ____ | Completion Date: ____ |
| **CONCURRENT     CONSECUTIVE** | *Completion Date for this Mitt Only* |

Jan (31) ____ to ____ = ____
Feb (28) ____ to ____ = ____
Mar (31) ____ to ____ = ____
Apr (30) ____ to ____ = ____
May (31) ____ to ____ = ____
Jun (30) ____ to ____ = ____
Jul (31) ____ to ____ = ____
Aug (31) ____ to ____ = ____
Sep (30) ____ to ____ = ____
Oct (31) ____ to ____ = ____
Nov (30) ____ to ____ = ____
Dec (31) ____ to ____ = ____

# Days Sentenced: __365__

Total Credit Time Served: ____

Total Good Time: __24__
*1 Day per 15 Days Served*

Trustee Time: ____
*1 Day for Every 3 Days Trustee*

Adjusted Total Sentence: __341__

Original Release Date: __8/21/18__
*(Calculated By Records)*    Initials

Modified Release Date: ____
*(Calculated By Detentions)*    Initials

*was not filed with court - No Stamp*   *4 pages*

*was not Discussed w/ Defendant*

| | |
|---|---|
| County Court,   Chaffee County, Colorado<br>Court Address:   142 Crestone, P.O. Box 279<br>Salida, Colorado 81201 | |
| **THE PEOPLE OF THE STATE OF COLORADO**, Plaintiff<br><br>v.<br><br>**JADA DAVIS**, Defendant. | Δ COURT USE ONLY Δ |
| Ernest F. Marquez<br>Randall Herrick-Stare<br>Marquez & Herrick-Stare, LLC<br>Attorney for Defendant – Alternate Defense Counsel<br>102 N. I St., P.O. Box 1203<br>Salida, CO 81201<br>Phone Number: 719-539-7663<br>E-mail: rhs@mhslaw.us<br>FAX Number: 719-539-3326   Atty. Reg. #: 7221 | Case Number: 17M4<br>Div.   Courtroom: |
| **MOTION TO SUPPRESS STATEMENTS BY ACCUSED** | |

COMES NOW the Defendant, Jada Davis, by and through his attorney, Randall S. Herrick-Stare of Marquez & Herrick-Stare, LLC, and moves this Court for an order suppressing all statements made by the Defendant after her arrest. As grounds for this motion, the Defendant states as follows:

1. On or about January 3, 2017, at abut 9:30 a.m., the Defendant was in Mountain Pawn and Gun, in Salida, CO. At about that time and place, an altercation occurred involving one Lynn Bastian.

2. The Salida police were called to the scene, and immediately confronted the Defendant.

3. Discovery produced by the District Attorney, includes sound recordings of police recording devises and video (sans sound) from the pawn shop surveillance camera. The depict the arrest of the Defendant.

4. At no time during the period captured by audio recording devices was the Defendant advised of her rights.

1

5. Further, the video and audio, evidence the Defendant's behaviors that led the Court to require a competency examination, eventually leading to a finding of incompetence to assist in her defense.

6. The Incident Report (Discovery Pages 29-31) describe the encounter between the Defendant and Sgt. Blades. These three pages of discovery are appended as Exhibit 1. It is noteworthy for several matters,

   a. Sgt Blades directed the Defendant where to be,
   b. Sgt Blades confiscated the Defendant's valuable property,
   c. Sgt. Blades interrogated the Defendant without first advising her of her rights.

7. The Defendant seeks to suppress all statements made by her:

   a. During her period of incompetence, and
   b. After her arrest with advisement of rights.

8. "To pass constitutional muster, an arrest must be supported by probable cause. (citation omitted) Probable cause to arrest exists when 'facts available to a reasonably cautious officer at the moment of arrest would warrant his belief that an offense has been or is being committed' by the person to be detained. (citation omitted) The burden of proving facts constituting probable cause to arrest without a warrant is on the prosecution. (citation omitted) *People v. Roybal*, 655 P.2d 410, 412–13, 661 (Colo. 1982) (en banc). [handwritten: Could only to detain me]

9. The statements by the Defendant were not made after a full, proper, and timely advisement of constitutional, statutory, and procedural rights. In view of all the circumstances surrounding the encounter with the police, a reasonable person in the Defendant's position would believe that he was not free to leave and was in police custody. *Miranda v. Arizona*, 384 U.S. 436, 86 S.Ct. 1602, 16 L.Ed.2d 694 (1966); *People v. Archuleta*, 719 P.2d 1091, 1092 (Colo.1986); *People v. Thiret*, 685 P.2d 193, 203 (Colo.1984). Further, the statements were not volunteered but were responses to police interrogation or its functional equivalent, *Rhode Island v. Innis*, 446 U.S. 291, 100 S.Ct. 1682, 64 L.Ed.2d 297 (1980), *People v. Lee*, 630 P.2d 583 (Colo.1981), or were otherwise deliberately elicited, *Fellers v. United States*, U.S. , 124 S.Ct. 1019, 157 L.Ed.2d 1016 (2004). Thus, the questioning of the Defendant was custodial and required the police to give Miranda warnings and obtain a waiver of those rights prior to questioning the Defendant. Ms. Davis' diminished level of competence heightened the need for meaningful disclosure to her of her rights. The Defendant was not adequately warned of her Miranda rights and did not make a voluntary, knowing, and intelligent waiver of those rights prior to interrogation by the police." [handwritten: One should know not to Ever talk to the Police. Never]

2

10. This Court's minute order of June 14, 2017, reads as follows:

> HRG CD@3:37 APPG: DEF IN CUSTODY; HERRICK-STARE, ADC; ANDRIS, DDA. DEF HAS BEEN IN CUSTODY SINCE JANUARY 3, 2017. DEF REQUESTS PR BOND. DEF STATES SHE HAS A PLACE TO LIVE. DA OBJECTS. DEF STATES LAW ENFORCEMENT HAS ALL OF DEF'S FIREARMS. CT AUTHORIZES $2500 PR BOND RETURNABLE AUGUST 1, 2017 AT 2:30 PM. BOND CONDITION: DEFENDANT MAY NOT POSSESS ANY FIREARMS. DEF TO FILE THE FIREARMS RELINQUISHMENT STATEMENT. DEF PLEADS NOT GUILTY. JURY TRIAL SET ON AUGUST 28, 2017 AT 8 AM. **DA TO PROVIDE TO DEFENSE COUNSEL ANY STATEMENTS HE INTENDS TO REQUEST FOR ADMISSION AT TRIAL, WITHIN 20 DAYS.** DA MAY NEED MORE TIME TO OBTAIN THE TRANSCRIPTS. PLEA CUT-OFF, MOTIONS HRG AUGUST 1, 2017 AT 2:30 PM. TESTIMONY TAKEN RE FIREARMS. UNDER OATH, DEF STATES SHE HAS NO FIREARMS. FX: JAIL. /KML
> (Emphasis added)

*[Handwritten margin note: grounds for Aquittal or of Dismissal of All charges]*

11. Twenty days came on July 3, 2017. The DA has provided no statements he intends to use for admission at trial. No statements by the Defendant should be allowed at trial. *[Handwritten: Randy Herrick-Stare told me that the only way my cell phone Recording would be played in court is if I take the stand. he never told me #11.]*

**WHEREFORE,** the Defendant asks for an Order suppressing, as incriminatory evidence, the statements made by the Defendant. all pursuant to the Fourth, Fifth, Sixth, and Fourteenth Amendments to United States Constitution; Colorado Constitution Article II, Sections 16, 18, and 25; C.R.S. § 16-2-112; and other rights under the <u>Colorado Revised Statutes</u>, the <u>Colorado Rules of Criminal Procedure</u>, and the Colorado and federal constitutions, in such case made and provided.

*[Handwritten: That No statement should be Allowed by me the Defendant or Anything Else.]*

*[Signature]*

Randall S. Herrick-Stare

**CERTIFICATE OF SERVICE**

      I certify that a copy of the above **MOTION TO SUPPRESS STATEMENTS BY ACCUSED** has been served by ____ efiling/ ____ mail to all opposing counsel on the _____ day of July, 2017.

*No date/.*

Office of the District Attorney
104 Crestone
P.O. Box 699
Salida, CO 81201

By: _____ [signature]

4

JADA DAVIS
P.O. Box 699
Salida, CO. 81201

Office of the Clerk
United States District Court
ALFRED A. ARRAJ Courthouse
901-19th St., Room A105
Denver, CO. 80294-3589
Official Business    Legal mail

Chaffee County Jail

No tape was used on this Envelope



U.S. POSTAGE >> PITNEY BOWES
ZIP 81201 $ 000.67°
02 4W
0000339735 DEC 05 2017