United States District Court District of Colorado
ALFRED A. ARRAJ Courthouse
901-19th St., Room A105
Denver, CO. 80294-3589

JADA DAVIS, Plaintiffs

v.
1:17-CV-01115 GPG
1:17-CV-02896 GPG, Defendants.

JADA DAVIS
P.O. Box 699
SALIDA, CO, 81201
Phone Number: 719-539-2814
NO FAXES PLEASE – NOT PRIVATE HERE

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 13 2017

JEFFREY P. COLWELL
CLERK

△ COURT USE ONLY △

## MOTION FOR APPOINTMENT OF COUNSEL

The Plaintiff hereby moves this Court for an order or a request of a Appointment of counsel for Pro Se Party the Plaintiff for Assistance in this civil Action.

AS GROUNDS, the Plaintiff states as Follows:

1. The Plaintiff is incarcerated at the Chaffee County Detention Facility. The Defendants at the Chaffee County Detention Facility has stated in A Letter to the Plaintiff that they are not Law clerks and has Refused to Provide the Plaintiff with A Certified Copy of the Trust Fund Account Statement or (Institutional Equivalent) for the Prisoner for the 6 month period immediately preceding the filing of the Complaint.

2. The Plaintiff is Indigent and unable to Afford Counsel.

3. The Plaintiff is not A Attorney and has no Experience at Law Suits or civil Actions.

WHEREFORE, the Plaintiff Request that this Court GRANT the Plaintiffs Request for the Appointment of Counsel to Assist the Plaintiff in this Civil Action.

Jada Davis  12-10-2017

12-6-2017

RE: Case # 17-CV-2896       -Attach Please

**Affidavit statement** - Nature of this Action is A **Civil Action** -In Prisoner Complaint. I Jada Davis-Plaintiff in Civil Action # 17-CV-2896 believe that I am Entitled to Redress for the violations of my State Rights and my United States constitutional Rights, Colorado constitutional Rights by the Chaffee County Sheriffs office, Chaffee County Sheriff And the Chaffee County Sheriff Deputies, The Chaffee County Combined Courts, the Chaffee County Detention Facility, The Chaffee County, and the City of Salida, Colorado, and the State of Colorado, The Salida Police Department, The Salida Police Officers.

2. Pursuant to §1915. Proceedings in Forma Pauperis - (4)
   In no Event shall A Prisoner be Prohibited from bringing A Civil Action or Appealing A Civil or criminal Judgment for ~~that~~ they Reason that the Prisoner has no Assets and No means by which to Pay the Initial Partial Filing Fee.

3. Pursuant to §1915-(e)(1) - The Court may Request An Attorney to Represent any Person unable to Afford Counsel.

4. **Plaintiff is Filing this Motion** with the Court for A Request of An Attorney to Represent The Plaintiff in this Civil Action Due to the Indigence of the Plaintiff.

5. Pursuant to §1915-(d) - The officers of the court shall Issue and Serve All Process, and Perform all Duties in such cases. Witnesses shall Attend as in other cases, and the same Remedies shall be Available as Are Provided For by Law in other cases. **Motion to the court filing.**

6. Please File these two Motions with the Court or the clerk of the court.

Respectfully Submitted on this 6th day of December, 2017

*Jada Davis*

Please Inform me of Any and All Deficiencies that need to be cured. Please Send me Another Court-Approved Form used for filing A Prisoner Complaint, because Commander Tracy Jackson Refuses to give me the form from the Chaffee County Detention Facility, or Sign It. and She Tracy Jackson told me that the Deputies Are Not my secretary.

Please Attach to 17-cv-2896-case

12-5-2017

FILED IN COMBINED COURTS

DEC - 6 2017

CHAFFEE COUNTY, COLORADO

To Judge Alderton, Dan Zettler told me to write you A Letter Informing you of the Double Jeopardy I Am Suffering from, on 1-3-2017 I was Convicted by your court and given one year of Probation to end on 1-3-2018 and I found this out on 12-4-2017 by MS. Sharon at 1800-772-1213 the social security office, she told me that This courthouse sent conviction papers dated 3-2-2017 which is why I got a Letter stating they were stopping my monthly checks. I have been convicted Twice and sentenced Twice for the same charges, on 8-31-2017 I was again convicted by your court and given one year in Jail with no credit for time served to be released on 8-21-2018, this is Against the United States Constitution, Dan Zettler is Emailing Diana C. Bull to tell her to Fix this, and told me to tell Randall Scott Herrick-Stare and I have called him at 3:00 pm on 12-5-2017. I need to see A Doctor for Pains in my Pelvic Area Above my hair Line. I have been having for or since 9-23-2017 the day I was Feed A goathead Thorn in my Food at the Park county Jail, and I still have not been Allowed to call the police and make E A Report. I Respectfully Ask to be Released with my Property, because of the Double Jeopardy I have Suffered from your Court.

Case # 2017 M 000004   RID: C0082017M 000004-000107
Status: RSTD   MROG CLSD   DIV/Room 1   Assault
County Court, Chaffee county

4 to be copied
12-6-2017

Please Attach to Case # 17-cv-2896

RE: Prisoner complaint

To the Chaffee County Detention Facility, To the Chaffee County Sheriff office. 1. Sheriff John Spezze, 2. Undersheriff Joe McGuire 3. Commander Tracy Jackson

Request For certified copy of Trust fund Account statement (or institutional equivalent) for the prisoner for the 6 month period immediately preceding the filling of the complaint obtained from the appropriate official of each prison at which the prisoner is confined or was confined. Pursuant to Title 28 - Judiciary and Judicial Procedure § 1915 - Proceedings in Forma Pauperis (2)(h)

(h). As used in this section, The term "Prisoner" means any person Incarcerated or "Detained" in ~~the~~ any facility who is Accused of, Convicted of, sentenced for, or adjudicated delinquent for, violations of criminal Law or the terms and conditions of Parole, Probation, Pretrial Release, or Diversionary Program.

Delivered on this 6 day of December 2017.

_____ Pro Se Inmate # 009657-4793 Chaffee County Detention Facility and 0026457-SSN - Park County Jail

Today at 3:30 pm commander Tracy Jackson has Refused to Accept this Letter, I was told by Deputy Farley that commander Tracy Jackson Does not want to take this Letter and Refuses to take it or Allow it to be placed on her Desk. So I Am Asking the court to stamp these Papers Recieved by the office of the clerk and send them To the Chaffee County Sheriffs office at 641 W. 3rd st.,
P.O. Box 699
Salida, CO. 81201
Phone (719-539-2814)
Fax (719-539-1077)
Fax (719-539-9361)

2 to be copied on 12-6-17    Please Attach to case # 17-cv-2896



# Chaffee County Sheriff's Office

Sheriff, John Spezze
Undersheriff, Joe McGuire

11/29/17

To Whom It May Concern:

Jada Davis (12/29/68) began serving a year long sentence here at Chaffee County Detention Center on 09/14/17. To our knowledge, she has no income and is considered an indigent inmate per our policy.

Sincerely,

*[signature]*
Commander Jackson
Detentions Division

Affidavit: That includes a statement of all assets such prisoner possesses that the person is unable to pay such fees or give security therefor. For civil Action case # 17-CV-2896 - Prisoner complaint seeking Redress for violation of Plaintiff's civil Rights, Colorado constitutional Rights, United States constitutional Rights, Colorado Revised Statutes Rights-;

Please Accept as my Affidavit of Indigent status - I Jada Davis *Jada Davis* Swear/Affirm under Oath, and under Penalty of Perjury, That I have read the foregoing Affidavit and that the statements set forth therein are True and correct to the best of my knowledge. Date 12-6-2017

Respectfully submitted on this 6th day of December, 2017.

*[signature] Jada Davis*

Petitioner/Plaintiff
641 W 3rd St.,
P.O. Box 699
Salida, Co. 81201
Inmate Number: 009657-4793 And
Park County Jail Inmate Number: 0026457-
at Park Co. Jail from 9-19-2017 to 10-30-2017

641 W. 3RD ST., P.O. BOX 699, SALIDA CO 81201   PHONE (719)539-2814 FAX (719) 539-1077

1 to be copied on -12-6-17     Please Attach to case # 17-CV-2896



# Chaffee County Sheriff's Office

Sheriff, John Spezze
Undersheriff, Joe McGuire

11/29/17

Ms. Davis,

Per your request, attached is a signed letter stating you are considered to be an indigent inmate.

As for the "certified prisoner trust fund account statement", there is no such account here at Chaffee County Detention Center.

Cmdr. Jackson

> I need the form that states that I am a Prisoner here, how Long I have been A Prisoner, That I have no Income - Indigent, and I Need It to be signed by Commander Jackson or the Sheriff, So All Fees and court cost will be waived By District court in Denver. Along with A certified Prisoner trust Fund Account Statement showing the Activity for the 6 months immediately Preceding the filing of this Action

641 W. 3RD ST., P.O. BOX 699, SALIDA CO 81201   PHONE (719)539-2814 FAX (719) 539-1077

JADA DAVIS
P.O. BOX 699
Salida, CO. 81201
#0096657-4993

Office of the clerk
United States District Court
ALFRED A. ARRAJ Courthouse
901-19th st., Room A105
Denver, CO. 80294-3569

80294-250151

Chaffee County Jail

No tape was used on this Envelope

JADA DAVIS
P.O. BOX 699
Salida, CO. 81201

Office of the Clerk
United States District Court
ALFRED A. ARRAJ courthouse
901-19th St., Room A105
Denver, CO. 80294-3589

Official Business    Legal mail -12-11-2017

Chaffee County Jail

80294-250151

U.S. POSTAGE >> PITNEY BOWES
ZIP 81201 $ 000.46⁰
02 4W
0000339735 DEC. 11. 2017