**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 17-cv-02896-GPG

JADA DAVIS,

    Plaintiff,

v.

WILLIAM PEAT ALDERTON, Judge,
CHAFFEE COUNTY SHERIFF'S OFFICE,
THE CITY OF SALIDA,
THE SALIDA POLICE DEP'T,
THE CITY,
THE POLICE FOR THE CITY OF SALIDA, CO.,
THE STATE OF COLORADO,
THE CITY OF SALIDA,
SUSAN COYKENDALL, PHD,
BRIAN ANDRIS-C, Deputy District Attorney,
MOLLY CHILSON, District Attorney,
DAMON HARRIS, Court Officer,
KAREN PROSSER, Clerk of the Court,
OFFICE OF CLERK STAFF, Chaffee County Combined Courts,
CHAFFEE COUNTY COMBINED COURTS, 11th Judicial Circuit,
JOHN SPEEZE, Sheriff,
JOE McGUIRE, Undersheriff,
TRACY JACKSON, Commander,
MARTINEZ, Lieutenant,
JIMM JAMES, Sergeant,
ADRIAN PUGH, Deputy,
BRANDY PUGH, Deputy,
R. J. CARLAND, Deputy,
MILLER, Deputy,
FLORIA TONDA AVILLA, Deputy,
BERTOLEFT, Deputy,
STOVER, Deputy,
FARLEY, Deputy,
COMPTON, Deputy,
PAYSON, Deputy,
VELTRI, Deputy,
DICKSON, Deputy,
T. MOODY, Deputy,
Z. TUCKER, Deputy,
SMITH, Deputy,
NURSE MARY,
NURSE TARA,
MARQUEZ & HARRICK-STARE, Alternate Defense Counsel,
RANDAL SCOTT HERRICK-STARE, Attorney

THE MAYOR OF THE CITY OF SALIDA,
EVERY POLICE OFFICER OF THE SALIDA POLICE DEPARTMENT
TERRY CLARK,
CHIEF OF POLICE,
MOUNTAIN PAWN AND GUN,
MICHAEL SHAFFER, Owner of Mountain Pawn and Gun,
CITY OF FAIRPLAY, COLORADO,
PARK COUNTY JAIL SHERIFF'S OFFICE,
DAN MULDOON, Jail Administrator, Park County Sheriff's Office,
FRED WEGENER, Park County Sheriff,
DAVID WOHLERS, Undersheriff Park County Sheriff's Office,
HEART OF THE ROCKIES REGIONAL MEDICAL CENTER,
X-RAY TECHNICIAN, Rockies Regional Medical Center,
TREVOR THORNHOFF, Salida Police Officer,
AIDON OSBORN, Salida Police Officer,
KEVIN EVERSON, Chaffee County Sheriff's Deputy,
DARREN LONGHEED, Chaffee County Sheriff's Deputy,
THE SALIDA POST OFFICE,
STACY PHILLIPS, Postmaster,
NAMES IN POSTAL WORKER'S STATEMENT-POLICE REPORT ON 11-21-2016,
OFFICER MESKE, Salida Police Officer, and
THE CHAFFEE COUNTY SHERIFF DEPUTY WHO HANDCUFFED PLAINTFF,

Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE GORDON P. GALLAGHER

On December 7, 2017, Plaintiff filed a Letter, ECF No. 6, in which he requests that the Court "attach papers from 1:17cv-01115 GPG and LTB to case 17cv-2986 for the purpose of showing conspiracy and retaliation . . . ." The Court is not responsible for determining what documents Plaintiff may want file in this action. Plaintiff must identify what documents he desires from Case No. 17-cv-01115-LTB and then request photocopies of these documents for filing in this case. The Court charges $.50 per page to make photocopies. The Clerk of the Court is directed to send a copy of the Docket to Plaintiff in Case No. 17-cv-01115-LTB. Once Plaintiff has identified the filings he wants copied, the Court determines the number to be copied, and Plaintiff then pays the copying fee the Court will provide the copies to Plaintiff.

On December 13, 2017, Plaintiff filed a Motion for Appointment of Counsel, ECF No. 7. The Motion is **denied** at this time without prejudice. The issues are not complex. Plaintiff does not need to conduct extensive legal research to comply with the Court's December 5, 2017 Order to cure Deficiencies. **The Clerk of the Court, however, is directed to send to Plaintiff a Prisoner Complaint form and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 form.**

As for Plaintiff's claim that jail staff will not provide him with a certified copy of a

trust fund account statement, Plaintiff is directed to provide to the Court written verification from the Chafee Jail staff that they will not provide to him a certified account statement.

       Plaintiff shall have thirty days from the date of this Minute Order to cure deficiencies.   If Plaintiff fails to comply within the time allowed the action will be dismissed without further notice.

Dated:   December 15, 2017