FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 18 2017

JEFFREY P. COLWELL
CLERK

| | |
|---|---|
| United States District Court District of Colorado | |
| JADA DAVIS - Plaintiff<br>vs.   1117-CV-02896-GPG,<br>et al - Defendants   17-CV-01115-GPG | |
| JADA DAVIS - Plaintiff<br>P.O. Box 699<br>Salida Co. 81201<br>719-539-2814<br>No Faxes Please<br>Inmate Number - 009657-4793 | |
| MOTION FOR DISCOVERY | |

The Plaintiff hereby moves this Court for AN ORDER REQUIRING The Defendants to Immediately Provide the Plaintiff with the following pursuant to Federal Rules of Civil Procedure 16(c), Pursuant to Federal Rules of Evidence.

1. Any Books, Papers, Documents, Photographs, Video(s) of the Plaintiff's Detention(s) From 1-3-2017 to Trial of this Civil Action, Transcript of 1-3-2017 Court Appearance and of 8-31-2017 Trial, 8-28-2017 hearing, ALL Court Appearances of the Plaintiff, OR Tangible objects held as Evidence by the Defendants in this case. This Request Specifically includes Reprints of any Chaffee County Detention Facility videos, Photographs and copies of any 911, dispatch, OR other Audio or Video tapes held as Evidence by the Defendants.

2. Any Reports or Statements of Experts made in connection with this Case including Results of Physical or Mental examinations and of scientific tests- blood tests from 1-8-2017 at Heart of the Rockies Regional Medical Center, Experiments, or Comparisons.

3. The material and information Requested in this motion includes All materials and information in the Possession or Control of the

Chaffee County Combined Courts, Judge William Peat Alderton, members of his staff, Karen Prosser members of her staff, office of Clerk of the Court, District Attorney and Deputy District Attorney Including Molly Chilson, Brian Andris, Rex Kendall and members of his or her staff, The Chaffee County Sheriff's office including the Sheriff John Spezze and ALL members of his staff - Undersheriff, Commander, Deputies, and Nurses Mary, Tara, Kathy, the Salida Police Department including Chief Terry Clark, all the members of the Salida Police Department, The Heart of the Rockies Regional medical center including DR. John Wiedsma, and all of the staff present on 1-3-2017, 1-8-2017, All staff in the Salida Police Reports by office Lance Cliff the Report with Robert Horkans MY Stalker - the $30,000.00 Report Judge Patrick Murphy advised me on, and any others who have Participated in the Investigation or Evaluation of this case and who either Regularly Report, or have Reported to the Police Department and to the Judge or District Attorney in this case.

4. Any Police, Arrest and crime or offense Reports Relating to this case.

5. If, subsequent to compliance with these standards or orders pursuant thereto, A Party discovers Additional material or information which is subject to disclosure, the Party shall Promptly notify the other Party or of the Existence of such Additional material and if the additional material or information is discovered during trial, the court shall also be Notified.

Including the 310 D St. Post office Video from 11-21-2016 at 9:00 AM. Including ALL Members of Post office staff who gave statements to the Salida Police Officer Mesire.

JADA DAVIS
Pro Se

Respectfully submitted on this 9th day of December 2017.

*Jada Davis*



12-8-2017

Last night at about 8:35 PM Inmate Nickie Warner Told me that she was gonna Break my Jaw when she sees me. Jada Davis.

Deputy Huskey made a copy of this with smaller note/statement with my signature on it.

*Jada Davis*



Attach to 17-cv-2896 and 17-cv-01115 GPG Please

12/08/17

Ms. Davis,

Your document requests are far too excessive and cumbersome for our staff to handle. We are not law clerks and cannot assist you beyond basic documents related to the case for which you are incarcerated and any other detainers you may have, which you do not.

Please contact the attorney on the matter for which you are requesting these documents so that you can get the appropriate forms.

CCDC Staff

Please copy and Return these and ALL Papers I have submitted in All Three of my cases, Jada Davis vs. The Salida Housing Authority, 17-cv-2896 and 17-cv-01115 GPG and 01115 LTB Also. Please and thank you very much, Jada Davis

Once they ARe Served, I will not be able to send out any more Letters, I sent out 5 to 6 Letters from Park county Jail and I have Not gotten any Responses; 10-9-2017 to 10-21-2017.

Attach to 17-cv-2896 And 17-cv-02895 GPG Please    Page 1 of 1

Resident Receivable Report   Chaffee County Detention Center  11-28-2017 - 17:32

St 44 / OPR carla.   JRN Number: 009657   Resident Name: Davis, Jada   Time Frame: 01/01/2017 - 11-28-2017

## Evidence - Evidence

| Date | Time | Receivable | Transaction Type | Amount | OPR | Receipt # |
|---|---|---|---|---|---|---|
| 01-03-2017 | 21:21 | Booking Fees | Receivable Charge | $30.00 | Pusha | AR9922 |
| 01-03-2017 | 21:28 | Booking Fees | Receivable Payment-Resident | $30.00 | Cobra | F2462 |
| 04-21-2017 | 21:23 | Over the counter meds | Receivable charge | $.0.15 | Pushb | AR14010 |
| 04-21-2017 | 21:23 | Over the counter meds | Receivable Payment-Resident | $0.04 | Pushb | AR14010 |
| 05-06-2017 | 22:49 | Over the counter meds | Receivable Payment-Resident | $0.11 | Cobra | #152287 |
| 05-18-2017 | 07:47 | Booking Fees | Receivable Charge-Reversal | $15.00 | AVIL | AR14986 |
| 05-18-2017 | 07:47 | Booking Fees | Recv Payment Reversal-Resident | $15.00 | AVIL | AR14986 |
| 06-12-2017 | 14:18 | Booking Fees | Receivable Charge | $30.00 | Adam | AR15974 |
| 06-12-2017 | 14:19 | Booking Fees | Receivable charge-Reversal | $30.00 | Adam | AR15975 |
| 06-14-2017 | 16:28 | Bond Fees | Receivable Charge | $10.00 | T Jack | AR16040 |
| 06-18-2017 | 04:52 | Over the counter meds | Receivable Charge | $1.00 | Pushb | AR16146 |
| 09-14-2017 | 22:45 | Booking Fees | Receivable Charge | $30.00 | Stove | AR19425 |
| 09-17-2017 | 11:19 | Housing Fee | Receivable Charge | $45.00 | Pushb | AR19462 |
| 09-23-2017 | 13:25 | Housing Fee | Receivable Charge | $35.00 | Pushb | AR19760 |
| 10-02-2017 | 22:24 | Housing Fee | Receivable Charge | $35.00 | Pushb | AR20051 |
| 10-08-2017 | 21:44 | Housing Fee | Receivable Charge | $35.00 | Pushb | AR20298 |
| 10-18-2017 | 01:25 | Housing Fee | Receivable Charge | $35.00 | Pushb | AR20615 |
| 10-23-2017 | 01:21 | Housing Fee | Receivable Charge | $35.00 | Pushb | AR20835 |
| 10-30-2017 | 11:21 | Booking Fees | Receivable Charge | $30.00 | Adam | AR21092 |
| 10-30-2017 | 11:22 | Booking Fees | Receivable Charge-Reversal | $30.00 | Adam | AR21093 |
| 11-01-2017 | 01:40 | Housing Fee | Receivable Charge | $35.00 | Pushb | AR21193 |
| 11-06-2017 | 05:39 | Housing Fee | Receivable Charge | $35.00 | Pushb | AR21374 |
| 11-15-2017 | 00:46 | Housing Fee | Receivable Charge | $35.00 | Pushb | AR21670 |
| 11-16-2017 | 04:34 | Over the counter meds | Receivable Charge | $1.00 | Pushb | AR21752 |
| 11-20-2017 | 03:08 | Over the counter meds | Receivable charge | $35.00 | Pushb | AR21869 |
| 11-26-2017 | 04:27 | Housing Fee | Receivable Charge | $35.00 | Pushb | AR22089 |
| 11-28-2017 | 06:06 | Over the counter meds | Receivable Charge-Reversal | $35.00 | AVIL | AN 343 |
| 11-28-2017 | 06:07 | Housing Fee | Receivable Charge | $35.00 | AVIL | AN 344 |

Ms. Davis,
We "Do not Handle Court cost". This is A Comprehensive Detentions billing List. You Are charged $5.00 Daily For Housing once Sentenced. This is billed weekly. CMDR. Jackson

From 9-19-2017 I was taken Against the Law - C.R.S. and my will to the Park County Jail in Fairplay, Colorado until 10-30-2017 when officer Bowers and Deputy Farley came and got me and Brought me back to the Chaffee County Detention Facility, And As You can see I have been billed by this Facility while I was At the Park County Jail where I was given A goathead thorn in my Food and I believe A goathead thorn is causing me the Pains in my Right-side Just Above my Pelvic Hairline and I am not being Allowed to see A Doctor For Either A goathead thorn or A ERUPTING APPENDIX! which is Another Violation of my Civil Rights.   Jada Davis - 12-8-2017 - P.S. which was only to Prevent me From being Able to Continue my Lawsuit Against the Salida Housing Authority and the City of Salida - "Retaliation" - Judge Kathleen M. Tafoya's court - Sophia H. Tsai Atty For the Salida Housing Authority.

12-8-20~~17~~ I asked Deputy Stover for these Printouts.
Federal Rules of Civil Procedure - I need Printouts of these things:

1. Rule 5     3. Rule 56    5. Rule 15    12. Fed. R. Civ. P. 4 Waivers of service
2. Rule 12    4. Rule 55    6. D.C. Colo. LCivR 7.1(d)
                            11. D.C. Colo. LCivR 40.1

7. Fed. R. Civ. P. 16 and D.C. Colo. LCivR 16.2 and 26.1

8. Fed. R. Civ. P. 26(a)(1)(B).

9. Fed. R. Civil Procedure 16(c).

~~10. Local Rule 10.1 Requires that Documents should be Typed or use Legible handwriting, be Double-spaced, 1½ inch top and 1 inch Left, bottom and Right margins, with writing on one side of a Page, and black ink or pen with 12 Point Font).~~

What is a 12 Point Font?

13. Rules and Standards to Follow:
~~1. Federal Rules of Civil Procedure, including the Rules governing Habeass Proceeding,~~
2. Federal Rules of Evidence
3. District Court's Local Rules
~~4. Judicial Practice Standards of the Judges of the Court~~
5. Forms Approved for use in this District. - Form for Court Appointed Attorney - get this
1. www.cod.uscourts.gov. go here
2. Prisoner Complaint form - get
3. Prisoner Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915 Form (with the Assistance of his/her Case Manager or the Facility's Legal Assistant.
4. A Certified Prisoner's Trust Fund Account Statement showing the Activity for the 6-months Immediately Preceding the filing of this Action.

Attach to 17-cv-2896 and 17-cv-01115 GPG Please

Additional Pages - Please Attach

### D. STATEMENT OF CLAIM(S)

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: #1 The Right to A Jury Trial - #2. Double Jeopardy

Supporting facts: #1. On 1-3-2017 at 3:30PM I told Judge Alderton that I Plead Not Guilty and that I want A Jury Trial and to set my trial date within Ten Days, then the Court Officer Damon Harris escorted me back to the Chaffee County Detention Facility and told me to sign some Papers - I Refused, and put "under threat and Duress" on the paper, and days later I got a Letter from the Social Security Office Stating that they were stopping my monthly checks because I was incarcerated for the conviction of a crime. I called and told them that those were false conviction Papers because I have not had a trial yet. So the court never intended to give me a Jury Trial, Judge Alderton Just sentenced me to one year of Probation which was according to the courts minutes orders was to End on 1-3-2018.

Claim Two: Double Jeopardy - I have been convicted twice for one crime and sentenced twice for one crime.

The first conviction came on 1-3-2017 and my second conviction came on 8-31-2017. On 8-31-2017 I was Sentenced to "the MAX" by Judge Alderton and given 18 months - 12 months in Jail with no credit for the 6 months I was held.

Claim Seventeen: Judge Alderton for constructed Eviction from Mount Shavano Manor and the destroying of my Rifle by the Salida Police Department on 5-18-17, 5-22-2017, and the Lost of my Personal Possessions from my Apartment at 525 W 16th Apartment 3D, Salida, CO, 81201.

No tape was used on this Envelope

12-9-2017  Attach to 17-CV-2896 and 17-CV-01115 GPG please

Dear Judge Kathleen M. Tafoya and Judge Gordon P. Gallagher Please Attach this Letter and Evidence of the type of help that the named staff at the Chaffee County Detention Facility is Deliberately ~~givi~~ giving me, I believe this is more Evidence of the Staff Acting in Concert with Judge William Pearl Alderton to stop me from suing the City of Salida, the Salida Housing Authority, the Heart of the Rockies Regional Medical Center, the Salida Police Department, the Chaffee County Sheriff Office, the Park County Jail and et al.

1. Please gather and Attach the Letters that I sent to your courts they do contain more Evidence of the Chaffee County Deputies Acting in a concerted fashion to deny me my Right to sue the above mentioned, and seek Relief for the Violations of my Civil Rights, I am being "Jim Crowed" by the Chaffee County combined courts, the Chaffee County Sheriff office, the Chaffee County Sheriff Deputies, the Nurses at the Chaffee County Detention Facility, the Salida Police Department, the Salida Housing Authority, the workers at the Mount Shavano Manor, and ALL of the Above mentioned.

3. I called the office of the Clerk at the Alfred A. ARRAJ's courthouse to get the Case Number of the Jada Davis vs. The Salida Housing Authority and et al Case and the worker gave me the Case # Number for my Prisoner Complaint - 17-CV-2896.

4. Please send me the Case Number for Jada Davis vs. the Salida Housing Authority and et al., with Sophia H. Tsai as the Attorney for the Salida Housing Authority, Baldwin, Morgan and Rider LLC., I do believe is the Proper name of Sophia H. Tsai Law Firm.

5. [faded/illegible text] ... of 17-CV-2896 ... for a [illegible] in the case [illegible] CV-01115 GPG ... motion for a [illegible] the case of Jada Davis vs. the Salida Housing Authority and et al, on the grounds that I have no money on my Prisoner Account so I cannot make any Telephone Calls, #2. I am not Allowed to use the Booking Area Telephone, #3. I do not have Access to A Computer to get the forms from www.cod.uscourts.gov. #4 I am Kidnapped under the color of the Law

over please

and Evidence of my Illegal Detention - Kidnapping is my 2 convictions and 2 sentencings for 1 crime of 3rd degree Assault on 1-3-2017. On 1-3-2017 in Judge Alderton's court Room I told him that I plead Not Guilty and I asked for A Jury Trial to be set within Ten days, and the court officer Damon Harris Escorted me Back to the booking Area And told me to sign some Papers, but when I put "under the threat and Duress" the court had A big Problem because some one had Already sent False conviction Papers to the Social Security office which is Libel, slander, Defamation, Forgery, Fraud, Evidence that the Judge never Intended to give me A Trial, which is A Violation of MY State, Local, Federal, United States constitutional Rights, Colorado constitutional Rights, civil Rights. The Second violation of my United States Constitutional Rights came when I was tried and convicted by Judge William Peat Alderton for A Second time on 8-31-2017 and sentenced to "the MAX" and given 12 months in jail with no credit for Time Served. In between my two convictions Judge Alderton forged District court Papers and Fraudulently had me sent to the State mental hospital where he wanted me to stay there for 90 days on A Incompetent to Proceed Evaluation that I did Pass.

The Social Security office has Acted in concert with the chaffee county Combined courthouse by holding those False conviction Papers and then Resubmitting them to the Social security payment center in the month of November to stop my monthly checks in December of 2017 with False Conviction Papers from march 2-2017. I sent the second set of conviction to the Social Security office on 12-4-2017 - From 8-31-2017 conviction which is Evidence of The Double Jeopardy that is Prohibited by the U.S. Constitution and A violation of my U.S. Constitutional and state of Colorado Constitutional Rights by the chaffee county combined court(s), Judge Alderton, District Attorney Molly Chilson, Brinn Andris, Randall Scott Herrick-Stare and others to be Named Later.

6. Grand m...

Until ... 

Respectfully Submitted

Additional Pages - Please Attach

Statement of claims

Claim Three: Judge Alderton forged District court papers to send me to the State of Colorado Mental Hospital. He is not the District court Judge, Patrick Murphy is. and did so in Retaliation to me suing the City and the Salida Housing Authority on 1-3-2017 because the court had sent False-Fraudulent-Forged Conviction Papers to the Social Security office.

Claim Four: Judge Alderton's Illegal Detention of me/ Kidnapping of me under the color of the Law turned into a Felony when I was burned with X-Ray machine on 1-8-2017 at the Heart of the Rockies Regional medical center.

Claim Five: I was Denied the Right to see A Doctor 30 days Later in February, 7-2017 when I started bleeding out of my chin for 60 days. Please get the Video of my Detention at the Chaffee county detention Facility.

Claim 6-Six: Violation of Colorado State constitution and statutes and my Rights when on 9-19-2017 I was transported Against my will and the statutes to the Park County Jail in Fairplay, Colorado and on 9-23-2017 a goathead thorn was put in my food.

Claim Seven: The second Felony was Perpetrated on me when I bit down on the goathead thorn that was put in my food at the Park County Jail.

Claim Eight: My civil Rights were violated when I was not Allowed to call 911 to make A Police Report about goathead thorn in my food served to me by Deputy Adams.

over please

Additional Pages - Please Attach

Claim Nine: In January my Rights were violated by Commander Tracy Jackson when she did not Allow me to press charges on Inmate Cook who threatened to string me up and she came out of her office and told him that he cannot say that to me.

Claim Ten: I am being held Illegally By Judge Alderton under the color of the Law - I have been kidnapped since 1-3-2017 until 8-21-2018 or until I get conviction overturned on Appeal.

Claim Eleven: My Rights were violated by Deputy Carland when he Put cardboard over the Holding cell 1 window to secret me, in January of 2017 to March -9, 2017 when I was moved to A-Pod cell 4, and

Claim Twelve: I was Not Allowed out of Holding cell 1 at Least One hour per day For 69 days, which is a violation of my Rights.

Claim Thirteen: I am being held in A-Pod cell 4, 24-7 because they can let me get hurt because I am being kidnapped under the color of The Law because my first conviction states that I am to be on probation until 1-3-2018

Claim Fourteen: I am being forced to Post Bond - and or to take 3 years on Probation instead of doing one year in jail which is the sentence of my second conviction by Judge Alderton, and the Sheriff Deputies is trying to force me to bond out until Appeal Ruling

Claim Fifthteen: the Social Security office used and held the first false Conviction from 3-2-2017 to send to the Social Security payment center to stop my monthly checks - in November and not the conviction papers from my Second Conviction on 8-31-2017 to stop my monthly checks from Social Security - so someone is Acting in concert at the Social Security office with the Double Jeopardy from Judge Alderton Corrupt court. and I want to include that Social Security worker in this claim also to be sued individually and in their official capacity also and that social security office at 115 N 10th St. Canon City, Co. 81212

Claim Sixteen: Michael Shaffer, The Mountain Gun and Pawn Shop at 501 East Rainbow Blvd For acting in concert with Judge Alderton and stealing my car and not Returning it and Refusing to tell me where it is.

Additional Page - Please Attach to Cases 17-cv-02896-GPG
17-cv-01115-GPG

Claim-Eighteen; Judge Alderton Illegal Detention - Kidnapping of me under the color of the Law violated my Civil Rights and Colorado Statutes I seeking Relief for this Also, For Everyday.

Claim Nineteen: Judge Alderton Illegal Detention - Kidnapping of me Also Prevented me from Persuing my Law suit - Civil Action Against the City of Salida, the Salida Housing Authority, the Mayor, Billie Jean Valdez, David Writes, DR. Tom Sandell, and All others in that Civil Action, I am seeking Relief for this Also.

Claim Twenty; Judge Alderton's 1-3-2017 False Conviction Papers sent to the Social Security office was Slanderous, Libel, Defamation, Malious, I am seeking Relief for this Also, was A Violation of my Rights.

Claim Twenty-one; Judge Alderton's False conviction was used to stop my monthly checks and has cost me $1400.00 to 1600.00 For the month of December of 2017 I am Seeking Relief For this Also which was A Violation of my Rights, and more months to come, through to 8-21-2018, Each month.

Claim Twenty-Two; Judge Alderton's Illegal Detention - Kidnapping of me Exposed me to food stuffs that I am Allergic to and I had Daily Reactions to and Daily Lost blood Due to the Exposure which I informed him of and he continued my Exposure to, I am seeking Relief For this Also which was and is A Violation of my Rights Since 1-3-2017 to 12-10-2017 and beyond.

Claim Twenty-three; Judge Alderton Illegal Detention - kidnapping of me under the color of the Law Exposed me to germs in the Chaffee County detention Facility, in the dirty cups Deputy Stove gave me to the ~~order~~ odor on the clothes, Blankets, Sheets, Fungus on the shoes, at the Park County Jail Also from 9-19-2017 to 10-30-2017 Also and I am seeking Relief For this Also, which is A Violation of my Rights.

Claim Twenty-Four; Judge Aldertons Illegal Detention - Kidnapping of me humiliating, Embarrassing, degrading, unsettling, Provoked Fear For my Life, Intimidating, threatening, Provoked stress and Duress, Shamed me, I was threatened to be tasered After Deputy Adrian Pugh told Deputy Wilson Something while I was seat belted in the truck, and Deputy Adrian Pugh told A male - white inmate with a triangle on the back of his neck that I called him Deputy Pugh-stick Pussy - I believe he again was setting me up to be Attacked by that inmate - I am seeking Relief For that.

Claim Twenty-Five: Judge Alderton Illegal Detention-Kidnapping of me has caused me to be terrorized by Chaffee County Detention Facility's Sheriffs Deputies and by Park County Jail Sheriffs Deputies and by some of the inmates at both Facilities, Attempted murder from the X-Ray machine at the heart of the Rockies Regional medical center on 1-8-2017 and Attempted murder of me with the goat head thorn at the Park County Jail on 9-23-2017, I am seeking Relief for all of these terroristic Acts and Attempts at murder on my Life, I am seeking Relief for this Also, these were Violations of my Rights.

---

Please make a copy and send it to me for my files.

Thank You very much.

