FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 18 2017

JEFFREY P. COLWELL
CLERK

I JADA DAVIS do give Judge Gordon P. Gallager Authorization to Calculate and Disburse Filing Fee Payments. Please Attach this to 1117-CV-01115-GPG
1:17-CV-02896-GPG

Please Accept this as Authorization to Calculate and Disburse filing Fee Payments.

Reason I am sending in the Cures and Deficiencies without the Proper form is because The Chaffee county staff is Refuseing to Give or Print out the forms and is trying to stop me from suing them. Please Send me All the Forms that I need and I will Fill them out but I can not make them sign them OR stamp them. I believe they will stop me from sending out these Letters too Now that they have been Served or that Notice has been Electronically mailed out. Please Send Someone to monitor the Cameras and me at the Chaffee County Detention Facility my Life is in Danger here. All of these workers Are being Sued and they don't Like it. My Appeal Ruling should be in by 1-14-18 and my First conviction on 1-3-2017 with Probation Ends on 1-3-2018, and my Second conviction on 8-31-2017 for The same Crime-charges with sentence of 1 year in Jail Ends on 8-31-2018. I need some help the Sheriffs ARE Criminals and ARE Terrorizing me and ARE Allowing the Inmates to Terrorize me while I am Locked down 24-7. Please Order this Facility to turn over the Video of my Entire Detention-Kidnapping here at the Chaffee County Detention Facility From 1-3-2017 to 12-13-2017 and on.

Respectfully Submitted this 13th day of December, 2017.

Jada Davis #009657-4793
Inmate Number

