IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF Colorado
ALFRED A. ARRAJ COURTHOUSE
901-19Th ST., ROOM A105
DENVER, CO 80294-3589

JADA DAVIS, PLAINTIFF

V.
1:17-CV-01115-GPG, DEFENDANTS - ET AL
1:17-CV-02896-GPG, DEFENDANTS - ET AL

JADA DAVIS
P.O. BOX 699
SALIDA, CO. 81201
Phone Number: 719-539-2814
NO FAXES PLEASE - NOT PRIVATE HERE
INMATE NUMBER - 009657-4793

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
DEC 15 2017
JEFFREY P. COLWELL
CLERK

△ COURT USE ONLY △

## MOTION TO AMEND Claims AND MOTION TO AMEND Jurisdiction

COMES NOW the Plaintiff, and moves this court to AMEND CLAIM AND JURISDICTION. TWICE CONVICTED and TWICE SENTENCED PRISONER, STATE.

1. Plaintiff is INDICATING the FEDERAL LEGAL BASIS For Plaintiff's claims, 42 U.S.C. § 1983 - STATE, COUNTY, and MUNICIPAL DEFENDANTS.

2. Claim NO. 27. NAME: NICKIE WARNER TITLE: INMATE At Chaffee County Detention Facility Address: P.O. BOX 699 Salido, CO 81201. I am Seeking Relief from NICKIE WARNER Because on 12-7-2017 at 8:35 PM She said to me that she will BREAK MY Jaw when she sees me and I pushed the Intercom Button and Repeated it to Staff and unknown Staff no Staff Replied to me. Defendant NO: ____ Individual Capacity

3. Claim NO. 28 Defendant NO: ____ NAME: Chaffee County Detention Facility And Staff of 8:35 PM - 12-7-2017 Title: Deputies ADDRESS: 641 W. 3Rd St., Salida, CO. 81201 Individual and Official capacity I am SEEKING Relief because I was once again not Allowed to call Police and Report.

4. PlEASE Attach to Civil Action case Numbers; 1:17-CV-01115-GPG and 1:17-CV-02896 and to the Civil Action in Judge Kathleen M. TAFOYA Court, the JADA DAVIS V. The SAlida Housing Authority and et al. Case with Attorney Sophia H. TSAi I called the Office of the Clerk at 303-844-3433 and I did Ask FoR the civil Action Number FoR my case In Judge TAFoYA's Court and the Clerk gave me CV-2896, I did not Know that it was FoR my Prisoner's Complaint, I don't think the Clerk understood why I was calling. I am not being Allowed to call the Social Security office in Canon City oR ANY other Numbers From The booking AREA telePhone, So Please I Ask Now FoR the case Number FoR the Above civil Action I have oR had in Judge TafoYA Court to be Sent to me Along with a copy of ALL Papers-Complaints- and motions That I have Submitted in All Three civil Actions, because I am in Jail and no copies will be made FoR me, and So I Can Prepare FoR these Trials.

WHEREFORE, FoR These REASONS, PlAintiFF Asks that This Motion be gRANted.

Respectfully Submitted This 12th day of DECEMBER, 2017.

_Jada Davis_

I DECLARE under Penalty of PerJury That I am the Plaintiff in this Civil Action, That I have Read this complaint, and that the information in this Complaint is True and correct. See 28 U.S.C. § 1746 ; 18 U.S.C. § 1621.    _Jada Davis_  12-12-2017

2 oF 2