```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO. 80294-3589
```

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
DEC 15 2017
JEFFREY P. COLWELL
CLERK

JADA DAVIS, PLAINTIFF

V.

1:17-CV-01115-GPG, DEFENDANTS
1:17-CV-02896-GPG, DEFENDANTS

△ COURT USE ONLY △

```
JADA DAVIS
P.O. BOX 699
SALIDA, CO. 81201
Phone Number: 719-539-2814
NO FAXES PLEASE - NOT PRIVATE HERE.
INMATE Number - 009657-4793
```

## MOTION TO AMEND Prisoners Complaint AND Claim

Comes Now the Plaintiff, JADA DAVIS, and moves this court to AMEND Prisoner's Complaint. AMENDMENT TO DEFENDANT'S LIST.

1. DEFENDANT NO. _____   NAME: The Employee who held and Submitted the first false conviction papers from 3-2-2017 sent from the Chaffee county combined courts and the Employee who sent known false conviction papers to the Social Security Payment Center to stop my December 2017 Social Security check; I am claiming this is A Action in concert with the Other Named Defendants in civil actions 17-CV-01115-GPG and 17-CV-02896-GPG. I am seeking relief from this Action.

2. Claim No. 26   NAME: The Social Security Employee   Title: Agent
Address: 115 N 10Th ST. Canon City 81212. The Social Security office
Phone No: 719-275-7848   Fax No. 719-275-7997

WHEREFORE, MS. DAVIS, the Plaintiff asks that this Motion be granted.

Respectfully submitted this 12th day of DECEMBER, 2017

Jada Davis

1 OF 1

JADA DAVIS
P.O. Box 699
Salida, CO. 81201

Chaffee County Jail

Office OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589
OFFICIAL BUSINESS    LEGAL MAIL-12-13-2017

DENVER CO 802
13 DEC '17

ZIP 81201
02 4W
0000339735 DEC. 13. 2017
U.S. POSTAGE ≫ PITNEY BOWES
$ 000.46⁰

80294-250151

No tape was used on this Envelope