United States District Court District of Colorado
Alfred A. Arraj Courthouse
901-19th St., Room A105
Denver, CO. 80294-3589

JADA DAVIS, PLAINTIFF

V

Alderton et al - 1:17-CV-02896-GPG

Civil Action No. 17-CV-01115-GPG
Attach to both 17-CV-02896, 17-CV-01115 - PLEASE!

JADA DAVIS
P.O. BOX 699
Salida, CO. ~~81201~~-81201
Phone Number - 719-539-2814
NO FAXES PLEASE - NOT Private Here

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 21 2017

JEFFREY P. COLWELL
CLERK

△ Court use only △

## MOTION TO AMEND PRISONER COMPLAINT AND MOTION TO AMEND REQUEST FOR RELIEF

COMES NOW JADA DAVIS, PLAINTIFF, MOTION to Amend PRISONER COMPLAINT.

AS GROUNDS, THE PLAINTIFF STATES as follows:

1. PRISONER COMPLAINT FORM did not Provide QUESTION OF DO I WANT A JURY TRIAL?

THE PLAINTIFF hereby MOVES THIS Court TO GRANT PLAINTIFFS REQUEST TO AMEND PRISONERS COMPLAINT AND GRANT PLAINTIFF A JURY TRIAL, "JURY TRIAL DEMANDED" by PLAINTIFF.

2. PLAINTIFF hereby MOVES THIS Court to Grant PLAINTIFF'S MOTION FOR LEAVE TO AMEND PLAINTIFF'S REQUEST FOR RELIEF.

I THE Plaintiff do not know who MOLLY Chilson EMPLOYER IS, so IF THE STATE OF COLORADO IS Molly Chilson's the DISTRICT Attorney EMPLOYER, THE PlainTiff IS REQUESTING TO AMEND "REQUEST FOR RELIEF" IN THE Following MANNER, The PlainTiff IS DEMANDING

ONE HUNDRED MILLION DOLLARS FROM the STATE OF COLORADO AND District Attorney Molly Chilson in her Official Capacity and Individual capacity. Also, FOR THE Double Jeopardy I have Suffered because her Molly Chilson, Deputy District Attorney BRian ANDis, REX Kendall, And All others who were involved. $100,000,000.00, and From the State of Colorado, FOR MALICIOUS Prosecution.

3. THE Plaintiff is REQuesting ONE HUNDRED Million Dollars Also From the HEART OF The ROCKIES REGIONAL MEDICAL CENTER AND From the X-RAY TECHNICIAN For Radiation Burn From X-RAY machine on 1-8-2017. all $100,000,000.00, and From the STATE OF Colorado, FOR Attempted murder.

4. THE PlAINTiff is REQuesting ONE HUNDRED Million Dollars Also From CHAFFEE COUNTY and From The CHAFFEE COUNTY COMBINED Courts, AND The CHAFFEE County DETENTION Facility, AND THE Judge William PEAt Alderton FOR Suffering of Double Jeopardy, AND For Illegal Transporting of Plaintiff to The PARK COUNTY JAIL, AND For Illegal Housing of the Plaintiff their, and For ILLegaL Billing the Plaintiff as if the Plaintiff was in The Chaffee County Detention Facility-A-POD-CELL 4 when the Plaintiff was At the PARK County Jail in Fair Play, Colorado. $100,000,000.00, and From The State of Colorado. FOR Attempted murder and Civil Rights violations, NO Hot water FOR 25 days.

5. THE PLAINTIFF is REQuesting $100,000,000.00 -ONE HuNDRED Million Dollars Also From Judge William PEAT Alderton, The Chaffee County Combined Courts, THE 115 N 10Th ST. CANON CITY, Colorado 81212-Social Security Office-WORKER who Held and then Resubmitted Known False-fraudulent conviction Papers From the 3-2-2017 Court of Judge William Peat Alderton Even After I did inform the Social Security office/Administration that I had not had A Trial which was held in Double Jeopardy on 8-31-2017, And For Forging District Court Papers to send me to the STATE MENTAL Health Hospital in Pueblo, Colorado From 5-18-2017 to 6-14-2017, Judge Alderton Is Not A District Court Judge. and From the STATE OF Colorado. For slander, Defamation, Libel, Denying Plaintiff A Trial & Fair Trial.

2

6. THE Plaintiff is Requesting $100,000,000.00 - ONE Hundred million Dollars From The County or City of Fairplay, Colorado, PARK County, the Park County Sheriff's Office, THE STATE of Colorado for Deputy Ledvina and Corporal Copeland not Allowing me to call the Police and Make A Report about the "Goat Head" thorn that Deputy Adams Served me in segregation cell 1 on 9-23-2017, and for Hanging up the telephone Twice when the Civil Rights Agent tried to connect me to the F.B.I. while I was on the telephone in Case Manager Sandy Jones Office using the telephone. Also from State of Colorado.

7. THE Plaintiff is Requesting $100,000,000.00 - ONE Hundred Million Dollars For Relief from the City of Salida, The County of Chaffee, the Salida Police Department, THE 3rd ST. Post Office, The Post Master - MS. STACY PHILLIPS, THE Four Postal Workers who gave Statements to the Salida Police, officer MESKE, officer LANCE Cliff for telling me that I can not go to the Heart of the Rockies Regional Medical Center without A Police Escort, The Chaffee County Sheriff Office, District Attorney Molly Chilson, Deputy District Attorney Brian Andris, District Attorney REX KENDALL, for Lying to the Salida Police in their Statements the Four Postal workers, for not Arresting Lynn Deborah Bastian at the Pawn Shop at 501 East Rainbow blvd on or After 1-3-2017 for Admitting that she Hit me on 11-21-2016, For not Prosecuting LYNN Deborah Bastian, For Malicious Prosecution of Plaintiff and for Altering the Security Video from 1-3-2017 from the Mountain Gun and Pawn Shop, Along with Randall Scott Herrick - STARE - Alternative Defence Counsel - Court Appointed by Judge William Peat Alderton, and for Actions in concert from 1-3-2017 to 8-31-2017. Also From State of Colorado.

8. THE Plaintiff is Requesting RELIEF of $100,000,000.00 - ONE Hundred million Dollars From The City of Salida, County of Chaffee, STATE OF Colorado, From the County of Chaffee, From the STATE of Colorado, From the Chaffee County Combined

8. Courts, from the DR. SUSAN COYKENDALL, PHD of the Colorado MENTAL Health Institute At Pueblo - 1600 West 24th Street Pueblo, CO. 81003, NURSE MARY and NURSE TARA at the Chaffee County DETENTION Facility, Chaffee County Sheriff office, Chaffee County Deputy's on Duty on 1-3-2017 to 1-8-2017, Judge Alderton, court officer DAmon Harris, The Salida Police Department, Officer Spencer Blades, Officer Trevor Thornhoff, Officer Aidan Osborn, Sheriff John Spezze of Chaffee County Sheriff Office, Deputy Darren Longheed, Deputy Kevin Everson, THE 11th Judicial District Court of Chaffee County, Colorado. Court Address: 142 Crestone Ave., Salida, CO. 81201. Phone 719-539-2561, ERNEST F. MARQUEZ, Randall Herrick-STARE, MARQUEZ & Herrick-STARE, LLC 102 N. I ST., P.O. BOX 1203 Salida, CO. 81201 Phone - 719-539-7663 - Atty Reg # 7221, and the Officer who handcuffed me the Plaintiff on 1-3-2017 - at 501 EAst Rainbow Boulevard at 9:36 at the Mountain Pawn and Gun ., for Not Following C.R.S. and Salida Municipal code, FOR Arresting me in Violation of The Plaintiffs constitutional, Statutory, and Procedural Rights. Miranda V. ARIZONA, 384 U.S. 436, 86 S. Ct. 1602, 16 L. Ed. 2d 694 (1966); A Reasonable Person in the Plaintiffs Position would believe that he/she was Not Free to Leave and was in police Custody - Kidnapped, People V. Archuleta, 719 P. 2d 1091, 1092 (Colo. 1986); People V. Thiret, 685 P. 2d 193, 203 (Colo. 1984). Further, the Statements were not volunteered but were Responses to Police interrogation or its Functional Equivalent, Rhode ISLand V. Innis, 446 U.S. 291, 100 S. Ct. 1682, 64 L. Ed. 2d 297 (1980), People V. Lee, 630 P. 2d 583 (Colo. 1981), or were otherwise deliberately Elicited, Fellers V. United STATES, U.S., 124 S. Ct. 1019, 157 L. Ed. 2d 1016 (2004). Thus, The Questioning of the Plaintiff was Custodial and Required the Police to give miranda warnings and obtain a waiver of those Rights prior to Questioning the Plaintiff. Thus Plaintiff Request Relief FOR Kidnapping of Plaintiff under the color of the LAW by the DEfendants. The burden of Proving Facts Constituting Proable

8. Cause to ARREST without A warrent is on the Prosecution. People V. Roybal, 655 P.2d 410, 412-13, 661 (Colo. 1982)(en banc). THE Plaintiff was not given A Summons to Appear at The scene Pursuant to C.R.S. and The Salida Municipal Code, which is Grounds For Plaintiff Claim For Relief. Also on 1-3-2017 Judge William Peat Alderton did Deny me of my Right to A Jury Trial, the Plaintiff was Asked by Judge Alderton how does she Plead and I the Plaintiff told the Court-Judge that I Plead Not Guilty and the Plaintiff asked For A Jury Trial and the Plaintiff Asked to have her or the Trial set within Ten days as DAN ZETTLER-Public Defender to the Plaintiff to tell the court and Court officer Damon Harris did Remind the Plaintiff of Just what Dan Zettler said to tell the Judge about setting the Plaintiff's Trial within Ten Days. Now know that Diana C. Bull was my Appointed Public Defender on 1-3-2017 and I did Answer the Judge Alderton, Diana C. Bull spoke and told the Judge "<u>to Let hee sit down there</u>". And then the Court Officer Damon Harris Escorted the Plaintiff back to the Chaffee County Detention Facility Booking AREA where he told me the Plaintiff Now - the Defendant then on 1-3-2017 at about 3:30 PM, to sign Some Papers which I Refused to do so and I Put on the Papers "under the Threat and Duress" on them and I believe they were then "In Trouble" because I believe the court had Already Sent False Conviction Papers to A Social Security office. Court officer Damon Harris Placed the Plaintiff in holding cell 2 where at about 5:00 PM on 1-3-2017 I the Plaintiff <u>began to bleed from my Anus and did continue to do so For 5 days From 1-3-2017 to 1-8-2017 and was not Allowed to see a Doctor by Nurse MARY and Nurse Tara</u> and on 1-8-2017 when I when to The Heart of the Rockies Regional Medical Center For Chest Pains From Not Eating Enough For over Five days, <u>I was then Burned with The X-Ray machine by the X-Ray Technician</u>, Probaly For Hitting Lynn Deborah Bastian on 1-3-2017 or because Some one that works at the Heart of the Rockies Regional Medical center told officer Lance Cliff that they Thought "I would come back into the hospital and shoot up the place" which is what was wrote

8. in the Police Report by Officer Lance Cliff, and he told me that I can not go to back to the Heart of the Rockies Regional Medical Center without A Police Escort on the day that Robert Horkans Followed me the Plaintiff home - Stalked me at about 11:00 AM - I was Stalked and at about 5:45 PM the same day That I was Stalked, Officer Lance Cliff told me I Cannot go to the hospital without A Escort. When I Tried to file A small claim at the Chaffee County Combined Courts, KAREN Prosser Told me that my claim was not in the Proper Form and my claim was Rejected, and the District Court Judge Patrick Murphy wrote on my claim that It is A $30,000.00 Dollar claim but I can not get $30,000.00 From all 3 of the People in the Rejected claim - 1- Robert Horkans or 2- Officer Lance Cliff, or 3- the Heart of the Rockies Regional medical center. Grounds For Claim for Relief. And on 1-14-2017 DR. Susan Coykendall came to the Chaffee County Detention Facility because of Forged-Fraudulent District Court Papers From County Court Judge William Peat Alderton of chaffee County. DR. Susan Coykendall walked away and wrote 4 Pages of Lies and submitted them to Judge Alderton on 1-24-2017., Grounds for Relief from the DR. Coy Kendall, The Judge Put his Name on District court Papers and Pretended to be A District Court Judge to have me committed to the Colorado Mental Health Institute at Pueblo. Grounds For Relief from Dr. Susan Coykendall in her individual capacity and in her Official capacity, which I The Plaintiff is Requesting Relief For Also. Plaintiff Also is Allegeing that all of these Action where in concert with the Judge Alderton. to Deny the Plaintiff her Rights, to Kidnap, Slander, Defame, thwart Plaintiffs Law suit against the City of Salida and the Salida Housing Authority, and the Salida Police Department Prior to 1-3-2017.

9. The Plaintiff is Requesting Relief From MICHAEL SHAFFER For Removing the Plaintiffs Automobile from his Front Parking Lot at 501 EAST Rainbow Boulevard Salida, Co 81201 and Storing it in the Rear of Said Property For or From 1-6-2013 to 5-12-2017 and on or about 5-12-2017 The Plaintiff Called About her Automobile and Defendant Told Plaintiff to call back ine the Defendant would see if he can get The Plaintiffs car back, when Plaintiff Called back he said to-

9. Plaintiff "that you were supposed to call me back the next day." and then said that he could not get my car back. Then in August of 2017 the Defendant told Mrs. M. Shorter-King that he don't know anything about where my car is, who towed it, and has continued to deprive me of my property - the Plaintiff, which I believe is his Acting in concert with Judge Alderton, The Salida Police Department, The Chaffee County Sheriff's office, in Retaliation for the Plaintiff's Law suits Against the City of Salida et al. The Plaintiff is Requesting Relief for the Deprivation of her property, mental anguish, Emotional Distress, Financial Loss, Addition Property in said Automobile - my Disabled Placard, Brand New Jack, Shoes, Cigeretts, Blankets, money spent on Stickers for Plates on Automobile, Registration, about $600.00 spent to keep up auto insurance on automobile, $1800.00 I had to spend on Another Automobile A 2001 Suzuki, The $182.00 to Register it, the $130.00 for Insurance on it, the $750.00 I have to spend to ship it to Salida, CO. 81201, the $80.00 I paid for said car Registration when the Plaintiff first got the car. The Discomfort the Plaintiff is and has suffered because the Defendant Refuses to give the Plaintiff back her car or tell the Plaintiff where her car is. The Plaintiff is Requesting Relief of $100,000.00 Dollars from the Defendant Michael Shaffer - One Hundred Thousand Dollars, and Prosecution of the Defendant for grand Theft of an Automobile From A Disabled Person, And Participating in A organized crime, Rackateering member.

Defendant No. ___ Name: Diana C. Bull  Title: Public Defender
Employer: Office of the State Public Defender  Address:
Address: 8044 West Hwy 50, Suite 100  Salida, CO. 81201
Phone 719-539-3521 x 4

10. Plaintiff's Authorization to Calculate and Disburse Filling Fees Payment.

WHEREFORE, and for THESE Grounds the Plaintiff Asks that this Motion be GRANTED.

Respectfully Submitted this 18th day of December, 2017.    _Jada Crowe_

7



U.S. POSTAGE PITNEY BOWES
ZIP 81201 $ 000.67⁰
02 4W
0000339735 DEC 19 2017

SADA DAVIS
P.O. BOX 699
Salida, CO. 81201

Office of the Clerk
United States District Court
Alfred A. Arraj Courthouse
901-19th St., Room A105
Denver, CO. 80294-3589

Official Business    Legal Mail - 12-18-2017

Chaffee County Jail

80294-250151

No Tape was used on this Envelope