**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 28 2017

JEFFREY P. COLWELL
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:17-cv-02896-GPG
(To be supplied by the court)

JADA DAVIS — Inmate Number -009657-4793, Plaintiff,

v.

Alderton et al

_____, Defendant(s).

PRISONER'S MOTION AND AFFIDAVIT
FOR LEAVE TO PROCEED PURSUANT TO 28 U.S.C. § 1915

I request leave to commence this civil action without prepayment of fees or security therefor pursuant to 28 U.S.C. § 1915. In support of my request, I declare that:

1. I am unable to pay such fees or give security therefor.

2. I am entitled to redress.

3. The nature of this action is:

    Civil Right Violation, Kidnapping under the color of the Law which has turned into Attempted murder with 2 Felonies

(Rev. 10/01/12)

4. My assets and their value are listed below: (attach an additional page if necessary) 3 Pages Attached  Additional (over please)

(Assets may include income from employment, rent payments, interest or dividends, pensions, annuities, life insurance payments, Social Security, Veteran's Administration benefits, disability pensions, Worker's Compensation, unemployment benefits, gifts or inheritances, cash, funds in bank accounts, real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing), or any other source of income.)

I have Not yet gotten A $10,000.00 Death Insurance Payout from my father; I have A 99 Ex Pose In canon City and A 2001 Suzuki un Registered in MO.

5. Are you in imminent danger of serious physical injury?

✓ Yes ___ No (CHECK ONE). If you answered yes, briefly explain your answer:

I have been burned by X-Ray machine on 1-8-2017 and I have had a goathead thorn Put in my food on 9-23-2017

6. I have attached to this motion a signed authorization directing my custodian to calculate and disburse funds from my inmate trust fund account or institutional equivalent to pay the required filing fee.

7. I have attached to this motion a certificate from the appropriate official at each penal institution in which I have been confined during the six-month period immediately preceding the filing of this action and a certified copy of my inmate trust fund account statement for the same six-month period.

**DECLARATION UNDER PENALTY OF PERJURY**

I declare under penalty of perjury that the information in this motion and affidavit is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed on   12-22-2017
                 (Date)

                            *Jada Davis*
                            (Prisoner's Original Signature)

(Rev. 10/01/12)                                2

## CERTIFICATE OF PRISON OFFICIAL

I certify that the attached statement is an accurate copy of the inmate trust fund account statement or institutional equivalent for the past six months for the prisoner named below.

Prisoner's Name: JADA DAVIS

Signature of Authorized Prison Official: _____

Date: 12-22-2017

## AUTHORIZATION

I, __JADA DAVIS__, request and authorize the agency holding me in custody to calculate and disburse funds from my inmate trust fund account or institutional equivalent in the amounts specified by 28 U.S.C. § 1915(b). This authorization is furnished in connection with this civil action and I understand that the total filing fee of $350.00 is due and will be paid from my inmate trust fund account or institutional equivalent regardless of the outcome of this case.

Prisoner Name (please print): __JADA DAVIS__

Prisoner Signature: __/s/ Jada Davis__

*1 to be copied for 17-2896*



# Chaffee County Sheriff's Office

Sheriff, John Spezze
Undersheriff, Joe McGuire

11/29/17

Ms. Davis,

Per your request, attached is a signed letter stating you are considered to be an indigent inmate.

As for the "certified prisoner trust fund account statement", there is no such account here at Chaffee County Detention Center.

Cmdr. Jackson

> I need the form that states that I am a Prisoner here, how long I have been A Prisoner, That I have no Income - Indigent, and I Need it to be signed by Commander Jackson OR the Sheriff, So All Fees and court cost will be waived By District court In Denver. Along with A Certified Prisoner trust Fund Account Statement showing the Activity for the 6 months immediately preceding the filing of this Action.

641 W. 3rd ST., P.O. BOX 699, SALIDA CO 81201   PHONE (719)539-2814 FAX (719) 539-1077

13) 12-20-2017 at about 8:00 AM I asked Deputy Renkole Cuthor and Deputy Tucker said to give him a minute and he would hand it to me. I saw 3 bodies moving around inside of the control booth 2 big men and one small woman like figure - Avilla, the other A-Pod Inmates were in their cells. Last night Deputy Stover stood outside of my cell and called my name until I woke up to ask me if I wanted to come out of my cell after 11:00 PM / Lockdown, I said No Ever After All of the Deputies ARE ignoring my posted note on my cell window asking them to not wake me and informing them ALL that I will ask to be let out when I want to come out of my cell after lock down - 11:00 PM and to please go away they ARE STILL ALL harassing me in my sleep. before Stover; write, Compton, Pugh-Adrian,

14. Tucker came in and got the yellow note and the white envelope that the men passed under the door into the A-Pod before meds are passed out to the ladies.

15. At med time at 9:00 AM on 12-21-17 I told Bertolett to tell Nurse Mary, I have swelling in hands and a Trigger thumb on my Right hand Every night.

16) at 10:24 on 12-21-2017 Lt. Martinez told me that Commander Tracy Jackson will not be back at work until Tuesday 12-26-2017 and that he can not give me the statement saying that they will not give me a copy of a letter saying that they will not give me a certified Prisoners Trust Fund Account Statement, he said that he will check with Commander Tracy Jackson.

1866 Head Help

12-11-2017    719 239 4545 → Jasmin, # Sky Lar, # James    the Freedmens Bureau
Joleen Daughter →                              son
                                        Mike & sissy

1. at about 10:45 Am I told Deputy Dickson to tell the nurse that I was Blowing bloodclots from my Nose.

2. The day Deputy Stover Returned to work is the day # Deputy that gave A Letter and A kite To Requesting to see the case manager & the Legal Assistant here at the Chaffee county detention Facility.

3. at Lunch time 12:45 Pm I told Deputy Berdoleff that I am Blowing out blood from my nose for the second time today.

4. on 12-13-2017 - Sgt. Jimmie James said Park Co. Jail was sick of my bull shit is why im back not C.R.S. stood in my cell A Pod-cell 4 at about 5:00pm and told me that they Chaffee county sheriffs office - Detention facility can send me where Ever they want.

5. on 12-14-2017 at - - told me they see the Racisim here but cant do anything About it.

6. on 12-15-2017 at 9:00 am Farley Told me that the Inmates can bounce the ball against the door.

7. on 12-13-2017 Sgt. James said he would get me out of my cell on 12-14-2017 to make calls in A-Pod oR at booking desk at 2-4 Pm. Did not happen

8. Derke Just told mother that she did 2 hits of Acid + doped weed! Inzapam + something Else at 9:30
                                                   meth
9. 12-15-2017
Nickie warner Just told me that I violated MY Probation - but I been Kidnapped all Year. What Probation? I been in custody From 1-3-2017 to 6-14-2017

10. 12-15-2017 - At 12:00 Pm A Deputy Let Nickie warner cut out A heart with Scissors - I asked to cut my tee shirt and Push told me no I could not. I use Cloth to brush my TEETH. I

11. at 7:09 Deputy Courtflin told me no mail comes on Friday for Last 2 years.

12. on 12-16-17 at 10:10 am I told curt and Rose + and put my cane with my property.

13. The Freedmens Bueau - google This

14. on 12-13-2017 wedsnday - Pugh told Joleen Jackson that she could sit in my face and stare at me as Long as she dont say nothing to me and she did and opened her mouth to say something to me, and Sgt. James told her to stop harassing me and shut my window.

15. on 12-16-2017 - one of the new girls pulled on my Door and said it was A Accident which was A LIE.

16. 12-17-17 before 8:1 am Nickie warner Just told the girls in Red that they were not to Interact with me & the girls in Red said it was the whitte with colored hair who pulled on my Door Last night - In the cell with Nickie

17. They Just gave Nickie warner the Vaccum and when finished she put it out of A-Pod & Deputy Farley did not hand me the Remote to the T.V. and All of the other Inmates were in their cells After Breakfast.

12-18-2017 - 5:06 Am - woke-up to Throbbing chest Pains on Left breast that will not stop. Told Pugh or wright, said they are coming to take my vitels - 5:13 am  97,2 temp

R. Rutter - said take ASPRIN - 5:24 am tell him pain is throbbing to my  104/63   96
heart beat.                                                                 75    52-74

12-22-2017

RE: Prisoner's Motion And Affidavit For Leave to Proceed Pursuant to 28 U.S.C. § 1915

4. My Assets and their Value ARE listed below:

My monthly Social Security Checks are being Withheld and Repayments Are being Deducted Because I have been Held-Kidnapped under the Color of the Law since 1-3-2017 to 6-18-2017, and Again From 9-14-2017 to 12-22-2017 to 8-21-2018 - 3rd conviction Sentence of One Year in Jail, First Conviction on 1-3-2017 - Sentence of One Year on Probation to End on 1-3-2018 - is in the Courts Minute orders Given to me by Alternative Defence Counsel - Court Appointed Randall Scott Herrick - Stare in the month of April of 2017. On 12-4-2017 The 1-800-772-1213 Social Security Agent - MRS. Sharon told me that my monthly checks had been Stopped - I believe for something Deffered" and she told me she was sending me the March 2, 2017 Papers stating my conviction to which I told her that was a False - Fradudulent Conviction, and she said That I should get it in the mail by 12-14-15-2017 which I have not yet gotten here at The Chaffee county Jail - P.O. Box 699, Salida, Co. 81201.

I have $1000.00 dollars worth of Jewelry in the Lee's Pawn Shop in St.Louis, M and $225.00 dollars worth of Jewelry in Cash Central Pawn shop in St.Louis, M which I can not get to because I am in Salida, Colorado, and I did have A washing machine from Rent A Center at my APArtment, but this Judge Alderton Evicted me from 525 w 16th St. #30, Salida, Co. 81201 Apartment in 12-1-2016 for what he said "Surmounts" to a Threat - but the Police, FBI, CBI, did not Arrest me For Any Threats because I did not threaten anyone or Billie Jean Valdez - I told her That she means me no good and to stay Away from me. The Salida Housing Authority moved And Stored my belongings in Two Different Storage units And held the Key and on some day in August of 2017 I was Allowed to go In and get some of my things and they kept the key and told me that they were going to depose of my things After or on 8-30-2017 one day before my Trial, my stuf was Removed from my Apartment on 5-18-2017 or on 5-22-2017 by writ from Judge Alderton and my Rifle worth $300.00 to 400.00 - Plus was taken by the Salida Police and Destroyed After 49 days, I was sent to the Colorado State mental Health Hospital in Pueblo, Co. on 5-19-2017 or 5-18-2017 and held untill 6-14-2017 - but Judge Alderton wanted me to stay there for 90 days. which is what DR. Carol Collier told me, and she said to him "She wanted me to be Released and not to have to come back and stay there For up to 90 days No Furloughing me.

12-22-2017

RE: Prisoner's Motion And Affidavit For Leave to Proceed Pursuant To 28 U.S.C. §1915

5. ARE You in Imminent Danger of Serious Physical Injury?

YES.

1. Since I have been in The custody - Illegally detained - Kidnapped by These People - 1-3-2017, at 5:00PM I started bleeding from my Anus for 5 days and was Not Allowed to see A Doctor - The bloody Tissues can be seen on the Chaffee county Detention Facility Video from the Booking Area from 1-3-2017 to 1-8-2017., 2) While at the Heart of the Rockies Regional Medical Center on 1-8-2017 - I was Burned or Radiated with the X-RAY machine and 30 days Later on 2-7-2017 I had to wear A big band-Aid to court over my chin because my chin began to swell up and did burst open after I Returned from Judge Alderton's courtroom to cell-A 1 in the booking AREA and my chin bleed and oozed oozed out cheese Like stuff from 2-7-2017 to 4-10-2017 or some date in the month of April of 2017, and again I was Not Allowed to see A Doctor - Also I started Having Flashings In my Eyes - Things I Look at were Jumping and still is to this day - 12-22-201 After being X-Rayed my head swelled up on both sides in Front of my Ears and then my chin started to swell up, The Nurse Mary Told me when my head swelled on both sides on Front of my Ears "I have a Really good Immune System". Nurse TARA Told me not to squeeze out the cheesey stuff from my chin - Just Leave it Alone. When I was moved to A-Pod-cell 4 on MARCH, 9, 2017 I was Allowed to take a Round mirror into the cell with me to change my band-Aid until my chin stops bleeding myself. Dr. Susan Coy Kendall wrote about the bloody Tissues from my Anus in her Five Pages of Lies She walked away and wrote After about A one minute meeting and submitted it to Judge Alderton Full of Lies to have me committed to the State mental Hospital. 3) On 9-19-2017 I was sent to the Park county Jail in Fairplay, colorado Against the C.R.S. and against my Expressed will/desire, I told Deputy AVILLA that I was suppose to serve my one Year in the Chaffee county Jail - Detention Facility and that is what is stated in the conviction Papers from Judge Alderton and she Told me that "I am going ANY way", and Deputy Tucker and Deputy Pugh-Adrian, Lieutenant MARTINEZ, and court officer DAMON Harris - who stood Ready and waiting to TAZER ME, Escorted me to and Into A white truck and Pugh and Tucker drove me to a spot where Park county Sheriff's Deputy Wilson Put me into his car and drove me to the Park county Jail In Fairplay, colorado - the first thing Deputy Wilson said to me before I was unbuckled was he called me by my First Name and then he yelled out that he will Tazer me for what I don't know, becau I had Not said A word, Deputy Pugh walked up to Deputy Wilson and said something to him Before Pugh unbuckled me.

over please

5. When I got to the Park County Jail I was placed in segregation cell 1 with the camera where I stayed until monday september the 25th, 2017, but on Saturday the 23 of september 2017 at Dinner - about 6:30 PM I was served A "goathead" thorn by Deputy Adams, and when I called out for her to come back their were Two white men who started to laugh outside of the door to the segregation cells, who pointed and Laughed at me, and when I asked Deputy Adams who were the two white men she told me that they were Inmates and a week later I asked her what was their names she told me that she did not Remember.

For the above mentioned Reasons and because I was never Read my Miranda warning-Rights, I never was supposed to have been Arrested or Detained by The Chaffee County Sheriff officer "who hand cuffed me" on 1-3-2017" and This case was suppose to have been tossed out by the court and I was supposed to have been Released and was not, and because All of these People Are Not following Any of the Laws on the books - C.R.S., The State of Colorado and the United States Constitutions, I believe This is A Organized criminal Empire who is operating under the color and cover of the Law, Racketeering, And is A Terrorizing or under the color of the Law - doing unEthical and criminal Acts-behaviors Against me and others Here Also that I have witnessed Here. On march the 11th 2017 Deputy Miller was inside of my cell A-Pod-cell 4 After Lockdown and I was Asleep and Awoke to him Standing At the cell Door and I do not Know what he did to me or how Long he was in my cell while I was Asleep and he said to All Inmates in A-Pod that he checked the video "and he was over there", and Commander Tracy Jackson told me that we her and I had Discussed Deputy Miller being "in my cell" which we had Not, She Just Lied to me to my face Like I am brainless, because she will not Allow me to Press charges on Inmate Cook who did Threaten to "String me up" and Cmdr Tracy Jackson Ran up and told him "he cannot say that" and because A male Inmate Ask Deputy Carland to take A Report After being scratched up in the H-2-cell in booking and he Refused to do so and Cmdr Tracy Jackson I heard her tell the Scratched-up inmate that "No one would believe him because he is A METH Head", And because the People with badges and guns Are Breaking the Laws Here in this building and in this city and county and Park county Jail, and in Fairplay, Co. and the only thing Left to do is to put A Rope Around my Neck and Kill me for Him - Passing the Second Punch back to A "White" woman, They have Altered the Pawn Shop video, X-Rayed me - Radiated me, Put a "goathead" thorn in my food - which is Attempted murder on me and All this is on video tape - Either their is No Law or They Are Above the Law All because they Are "Whites" and All the Whites stick Together against All of the Blacks in America or in Colorado or in Chaffee co.

*[signature]*

