| | |
|---|---|
| UNITED STATES DISTRICT COURT DISTRICT OF COLORADO<br>ALFRED A. ARRAJ COURTHOUSE<br>901-19TH ST., Room A105<br>DENVER, CO 80294-3589 | **FILED**<br>UNITED STATES DISTRICT COURT<br>DENVER, COLORADO<br>DEC 28 2017<br>JEFFREY P. COLWELL<br>CLERK |
| JADA DAVIS, Plaintiff<br>V.<br>Alderton et al, Defendant(s)<br>Case Number: 1:17-CV-02896-GPG | △ COURT USE ONLY △ |
| MS. JADA DAVIS - Inmate Number: 009657-4793<br>P.O. BOX 699<br>Salida, CO. 81201<br>Phone Number: 719-539-2814<br>No FAXES PLEASE - Not Private Here | |

**MOTION TO INFORM THE COURT, MOTION TO THANK THE COURT AND THE CLERK OF THE COURT.**

COMES NOW JADA DAVIS, Plaintiff, in Civil Action 1:17-CV-02896-GPG, Plaintiff has sent to the office of the clerk a copy of a letter from the Commander MRS. Tracy Jackson of the Chaffee County Detention Facility - Dated - 11-29-17, and I Quote "MS. Davis, Per Your Request, Attached is a signed Letter stating You are considered to be an Indigent Inmate. As For the "Certified Prisoner Trust Fund Account Statement", there is No Such Account here at Chaffee County Detention Center. Cmdr. Jackson".

2. I Also sent my only copy of a letter from the staff, stating that my Request for Print-outs from Internet is too Extensive and they are Not my Office of the Clerk, and to get my Print outs from my Attorney, signed Staff. I did mail this letter to the office of the clerk Also and this court or clerks office should have it Also. So I have Asked the clerk of the court and of the court to Please Copy and Return any and ALL Papers that I have been submitting to the court because these People have told me that they will not make me any copies of papers that do not pertain to my case in which I am incarcerated for - Case # 2017M-0014, C0082017M000004..

3. I have $.0.00 dollars on or in my Inmate Account - Inmate Number 009657-4793, and I can not send at the Least $20.00 dollars in to the office of the clerk to pay for a copy of all the letters and motions that I have submitted so that I can Review - separate - and organize my Papers to Properly Prepare for a trial in this Civil Action. Plaintiff has submitted to the court written verification from the Chaffee Jail Staff that they will not provide her with a certified Account Statement, on the Chaffee County Sheriff's Office Letter Head, Sheriff John Spezze Name on it.

1

4. I the Plaintiff has sent to the office of the clerk a copy of the Plaintiff's Request to Commander Tracy Jackson for a certified copy of a Trust Fund Account Statement because the Commander would not Allow that Request Letter to be placed on her Desk, So I have sent that Letter to Your/the office of the clerk at the Alfred A. ARRAJ courthouse asking the clerk of the court to mail it to Tracy Jackson commander of the Chaffee county Sheriff's office at 641 W 3rd St., P.O. Box 699, Salida, Co. 81201 -719-539-2814, Fax - 719-539-1077, that way No Deputy here can stop it from being mailed out to her from here with her Name on it, and she can not say that she did not get it from the office of the clerk. the Deputies have told me that their is no case manager here or no Legal Assistant here for the Inmates.

5. I will try to get another copy of the 11-29-17 Letter from commander Jackson made by Deputy Husky and send it in, but first I will wait for the papers that the clerk of the court is Directed to send a copy of the Docket to Plaintiff in case No. 17-CV-01115-LTB to me/Plaintiff - thank you very much - Your Honor. Your Honor I will ASK my Friend MRS. Lawanda Love to Send on my behalf a $20.00 money order to the office of the clerk to Pay for some or all of the coping I Need done. I Also sent the clerk A Letter of the things that the Deputies would not Print out from the internet for me, and A Letter stating from commander Tracy Jackson that the Deputies ARe Not my secretary's. Please Send A Authorization to calculate and disburse filing fee form, they will not print this from www.cod.uscourts.gov.

Today is 12-20-2017 and I have not yet Recieved a Prisoner Complaint form and a Prisoners Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915 form from your clerk of the court, In Ten days I will Resend the copies that I have that CMDR. Tracy Jackson gave me on 11-29-17.

For THESE REASONS, Plaintiff ASKs that THESE motions be GRANTED.

Respectfully Submitted this 20TH day of DECEMBER, 2017

_/s/ Jada Davis_

2



Sada Davis
P.O. Box 699
Salida, co. 81201

DENVER CO 812
26 DEC '17

Office of the clerk
United States District court
Alfred A. Arraj courthouse
901-19th, ST.) Room A105
Denver, co. 80294-3589
Official Business    Legal mail - 12-21-2017

Chaffee County Jail

80294-250151

U.S. POSTAGE >> PITNEY BOWES
ZIP 81201
02 4W
0000339735 DEC 26 2017
$ 000.46°