**FILED**

UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 29 2017

JEFFREY P. COLWELL
CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

JADA DAVIS, PLAINTIFF

V.

Alderton et al    Case Number 1:17-cv-02896-GPG

△ COURT USE ONLY △

MS. JADA DAVIS
CHAFFEE COUNTY JAIL
641 W. 3rd ST.,
P.O. BOX 699
SALIDA, CO. 81201
Phone Number - 719-539-2814 -
NO FAXES PLEASE - NOT PRIVATE HERE

MOTION TO INFORM THE COURT AS TO PLAINTIFF DIRECTED BY COURT MINUTE
ORDERS AND MOTION TO AMEND CLAIM AND REQUEST FOR RELIEF - NOTICE TO COURT

- COMES NOW the Plaintiff, JADA DAVIS, Pursuant to the COURT ORDERS IN
ORDERS ENTERED BY MAGISTRATE JUDGE GORDON P. GALLAGHER - MINUTE ORDER
DATED: DECEMBER 15, 2017, STATES - AS FOR Plaintiff's Claim that Jail STAFF will not
Provide him/her MS. JADA DAVIS with A Certified Copy OF A TRUST FUND Account
Statement, Plaintiff is Directed to Provide to the court written Verification from
the CHAFFEE JAIL STAFF that they will not Provide to her a Certified
Account Statement. ON December 24, 2017 at 7:30 AM The Plaintiff gave A
Copy of the court minute ORDER to DEPUTY Pugh, BRANDY - Supervisor today,
and as I stated in A Letter Dated 12-22-2017 to the court with A Prisoner's
Motion and Affidavit For Leave to Proceed Pursuant to 28 U.S.C. § 1915 Form,
Ⓛ at 10:24 on 12-21-2017 - LIETENANT MARTINEZ Told me That Commander
Tracy Jackson will not be back At work until Tuesday - 12-26-2017 and that he cannot
give me the statement saying that they will not give me a copy of Letter saying that
they will not give me A Certified Prisoner's Trust Fund Account Statement, he said
that he will check with commander Tracy Jackson, and he never got back with me
Later that day OR the Next day. So Today 12-24-2017 at 7:47 AM I ASKED the
Deputy MAEZ - T to Put the COPY of court Minute ORDER - what court Directed
Plaintiff to Provide to the Court - on the DESK of Commander Tracy Jackson,
I did Enclose A COPY of MY REQUEST FOR This statement in A Letter to the court to be
Mailed from the office of the Clerk, so commander Jackson can not say she did not get It.

1

2. COMES NOW the PLAINTIFF and moves this Court FOR an Order Allowing her to AMEND CLAIM and REQUEST FOR RELIEF to show Court the DAMAGES The Plaintiff has Suffered DUE TO the DEFENDANT's Actions as stated In Plaintiff's Prisoner's Complaint - CIVIL RIGHTS VIOLATIONS. THE DEFENDANTS has caused the Plaintiff to Suffer Great MENTAL ANGUISH, Slander stress the Suffering of the Plaintiff-Victim From ORAL and Written Calumniation, AND LIBEL from the Printing, writing and Publication and circulating False and Fraudulent, Forged Documents, the VILIFICATION of the Plaintiff by the DEFendant's, the DEFAMATION of the Plaintiff by the Defendants, the Plaintiff has been MALigned by the Defendants. the Plaintiff has Suffered Ignominy, Opprobrium, Shamed, DISGraced, Dishonored, the Plaintiff has been Publicly humiliated by the Defendants, the Plaintiff's name and RePutation has been Placed in to DISREPute by the defendants, the Defendants Actions against the Plaintiff has inflicted Infamy upon the Plaintiff and A Mendacious ⬛ character upon the Plaintiff, because of the Actions of the Defendants, the Social Security Administration Manager - Melinda MINER at 115 W 10th St. Canon City, Colorado told me or suggested to me, wondered if and Asked me did I Violate Probation which is why I back in Jail After April to June of 2017 which was beyond Humiliating for me considering That I have NEVER been on Probation in the State of Colorado and After I was Tricked Into Probation by Public Defender in San bernadino CA. by Author Bennett III, Just the Same WAY court officer Damon Harris TriYed to Decieve me on 1-3-2017.

BECAUSE THE DEFENDANT's has caused the Plaintiff Such great PAIN AND Suffering, The Plaintiff Asks that This Motion be Granted and when She Receives The CoPY of the Docket In Case No.17-CV-01115-LTB that the court Directed the Clerk of the Court to Send to the Plaintiff, which Plaintiff has Not gotten Yet, and Plaintiff be Allowed to Amend claim in Such manner, who caused what Suffering to the Plaintiff.

RESPECTFULLY Submitted this 24 day OF DECEMBER, 2017

*Jada Cass*

Traditional Page ~~Attachment~~ Page 1

12-22-2017

RE: Prisoners Motion And Affidavit For Leave to Proceed Pursuant to 28 U.S.C. § 1915

4. My Assets and their Value ARE Listed below:

My monthly Social Security checks are being withhedel and Repayments ARE being Deducted Because I have been Held-Kidnapped under the color of the Law since 1-3-2017 to 6-18-2017, and Again From 9-14-2017 to 12-22-2017 to 8-21-2018-3rd conviction sentence of one Year in Jail, First conviction on 1-3-2017-sentence of one Year on Probation to End on 1-3-2018 — is in the courts Minute orders given to me by Alternative Defence Counsel-court Appointed Randall Scott Herrick-Stare in the month of April of 2017. on 12-4-2017 The 1-800-772-1213 Social Security Agent-MRS. Sharon told me that my monthly checks had been stopped: I believe for something Deffered" and she told me she was sending me the March 2, 2017 Papers Stating my convictions, to which I told her that was a False-Fraudulent conviction, and she said That I should get it in the mail by 12-14-15-2017 which I have not yet gotten here at The Chaffee County Jail-Po. Box 699, Salida, Co. 81201, I have $1000.00 dollars worth of Jewelry in the Lee's Pawn Shop in St. Louis. mo, and $225.00 dollars worth of Jewelry in Cash Central Pawn Shop in St. Louis. mo, which I can not get to because I am in Salida, Colorado, and I did have A washing machine from Rent A center at my Apartment, but this Judge Alderton Evicted me from 525 w 16th St. #30, Salida, Co. 81201 Apartment in 12-1-2016 for what he said "Surmounts" to A Threat -but the Police, FBI, CBI, did not ARREst me for Any Threats because I did not threaten any one or Billie Jean Valdez - I told her That she means me no good and to stay Away from me. The Salida Housing Authority moved And Stored my belongings in Two Different Storage units And held the key and on some day in August of 2017 I was Allowed to go in and get some of my things and they Kept the key and told me that they were going to depose of my things After or on 8-30-2017 one day before my Trial as my stuff was Removed from my Apartment on 5-18-2017 or on 5-22-2017 by Writ from Judge Alderton and my Rifle worth $300.00 to 400.00 -Plus was taken by the Salida Police and Destroyed After 49 days I was sent to the Colorado State mental Health Hospital in Pueblo, Co. on 5-19-2017 or 5-18-2017 and held until 6-14-2017-but Judge Alderton wanted me to Stay there for 90 days which is what DR. Carol Collier told me, and she said to him "She wanted me to be Released and not to have to come back and stay there for up to 90 days, No Furloushing me.

12-22-2017

<u>Additional Page - Attachment - Page 2</u>

RE: Prisoner's Motion And Affidavit For Leave to Proceed Pursuant To 28 U.S.C. §1915

5. ARE You in Imminent DAnger of Serious Physical INJury?
YES,

1. Since I have been in The custody - ILLegally detained - Kidnapped by These People - 1-3-2017 at 5:00Pm I started bleeding from my ANus FoR 5 days and was Not Allowed to See A Doctor - The bloody Tissues can be Seen on the Chaffee county Detention facility Video from the Booking AreA from 1-3-2017 to 1-8-2017, 2) While at the Heart of the Rockies Regional Medical center ON 1-8-2017 - I was Burned or Radiated with the X-Ray machine and 20 days Later on 2-7-2017 I had to wear A big band-Aid to court over my chin because my chin began to swell up and did burst open after I Returned from Judge Aldertons courtroom to cell-H-1 in the booking AreA and my chin bleed and oozed OOZed out Cheese Like Stuff from 2-7-2017 to - 4-10-2017 or some date in the month of April of 2017, and again I was Not Allowed to see A Doctor - Also I started Having flashings In my Eyes - Things I Look at were Jumping and still is to this day -12-22-2017, After being X-Rayed my head swelled up on both sides in front of my EArs and then my chin started to swell up, The Nurse mary Told me when my head swelled on both sides on front of my Ears "I have a Really good Immune System", Nurse TARA Told me not to Squeeze out the cheesey stuff from my chin - Just Leave it Alone. When I was moved to A-Pod-cell 4 on MArch, 9, 2017 I was Allowed to take a Round mirror into the cell with me to change my band-Aid until MY Chin stops bleeding myself. Dr. Susan Coy Kendall wrote about the bloody Tissues from my ANus In her five Pages of Lies She walked away and wrote After about A One minute meeting and submitted it to Judge Alderton Full of Lies to have me committed to the State mental Hospital. 3) On 9-19-2017 I was sent to the Park county Jail in fairplay, colorado Against the C.R.S. and against my Expressed will/desire, I told Deputy AVILLA that I was suppose to serve my one Year in the Chaffee county Jail - Detention facility and that is what is stated in the conviction Papers from Judge Alderton and she told me that "I am going Any way", and Deputy Tucker and Deputy Pugh-Adrian, Lieutenant MARTinez, and court officer DAmon Harris - who stood Ready and waiting to TAZER ME, Escorted me to and into A white truck and Pugh and Tucker drove me to a spot where Park county Sheriff's Deputy wilson Put me into his car and drove me to the Park county Jail In fairplay, colorado - The first thing Deputy wilson Said to me before I was unbuckled was he called me by my first Name and then he yelled out that he will TaZeR Me for what I don't Know, because I had Not said A word, Deputy Pugh walked up to Deputy wilson and said Something to him Before Pugh unbuckled me.

over please

5. When I got to the Park County Jail I was placed in segregation cell 1 with the camera, where I stayed until Monday September the 25th, 2017, but on Saturday the 23rd of September 2017 at Dinner - about 6:30 PM I was served A "goathead" thorn by Deputy ADAMS, and when I called out for her to come back their were Two white men who started to Laugh outside of the door to the Segregation cells, who pointed and Laughed at me, and when I asked Deputy Adams who were the two white men she told me that they were Inmates and a week Later I Asked her what was their names she told me that She did not Remember.

FOR The Above mentioned Reasons and because I was never Read my Miranda Warning-Rights, I never was supposed to have been Arrested or Detained by The Chaffee County Sheriff officer "who hand cuffed me" on 1-3-2017" and This case was suppose to have been tossed out by the court and I was supposed to have been Released and was not, and because All of these People Are Not following Any of the Laws on the books - C.R.S., The State of Colorado and the United States Constitutions, I believe This is A ORGANIZED criminal EMPIRE who is operating under the color and cover of the LAW, RACKETEERING, And is A Terrorizing or under the color of the LAW - doing unEthical and criminal Acts-behaviors Against me and others Here Also that I have witnessed Here. On March the 11th 2017 Deputy Miller was inside of my cell A-Pod-cell 4 After Lockdown and I was Asleep and Awoke to him standing AT the cell door and I do not Know what he did to me or how long he was in my cell while I was Asleep, and he said to All Inmates in A-Pod that he checked the Video "and he was over there", and Commander Tracy Jackson told me that we, her and I HAd Discussed Deputy Miller being in my cell" which we had not, She Just Lied to me to my Face Like I am brainLess, because She will not Allow me to Press charges on Inmate Cook who did Threaten to "String me up" and Cmdr. Tracy Jackson Ran up and told him "he cannot say that", and because A male Inmate Ask Deputy Carland to take A Report After being scratched up in the H-2-cell in bookings and he Refused to do so and Cmdr. Tracy Jackson I heard her tEll the scratched-up inmate that "No one would believe him because he is A METH Head", And because the People WitH badges and guns ARE Breaking the Laws Here in this building and in this city and county and Park county Jail, and in Fair Play, CO. and the only thing Left to do is to Put A ROPE ARound my NECK and Kill me FoR Hitting -Passing the Second Punch back to A "white" woman, They have Altered the Pawn shop video, X-Rayed me - Radiated me, Put A "goathead" thorn in my food - which IS Attempted murder on me and All this is on Video Tape - Either there is no Law OR they ARE Above the Law All because they ARE "whites" and All the whites Stick Together against ALL OF the Blacks in America or In Colorado or in Chaffee.

# PARK COUNTY DETENTION CENTER - INMATE REQUEST FORM

Chaffee County Jail

INMATE REQUESTING: JADA DAVIS      DATE: 12-24-2017   HOUSING: A-POD-Cell-4

REQUEST: To Thank The Judges For ALL of their Help All Year Long & to Extend SEASONS GREETings To ALL, & many more. I did call office of the clerk and Asked For case number to JADA Davis V. The Salida Housing Authority and got -cv-02896 which is to Judge Gordon P. GALLAGHER - I Asked For Judge Kathleen M. TAFOYA Case Number to JADA DAVIS V. The SALida Housing Authority case NumbeR - Sophia Tsa with Attorney

OFFICER REPLYING: From Baldwin, Morgan & Rider Lawfirm   Attorney For the Salida Housing Authority   DATE:

RESPONSE: Please send me the case Number For Jada Davis V. The Salida Housing Authority Thankyou Very much and have a Great New Year to All.   Jada Davis   12-24-2017

Inmate Number is #009657-4793 4793.

P.S. NO MORE 1:17-cv-01115-Filings ! From me. Please Attach these Papers to those I Sent out on 12-22-2017 - There is no mail in or out of Jail on Fridays.

The white to Judge L+B   YELLOW TO Judge GPG   PINK to Judge Kathleen M. TAFOYA PLEASE

Distribution: White - File     Yellow - Return to inmate with answer     Pink - Inmate

5539(9/99)



Jada Davis
P.O. Box 699
Salida, Co. 81201

Office of the Clerk
United States District Court
Alfred A. ARRAJ Court House
901-19th St., Room A105
Denver, Co. 80294-3589
Official Business

Legal mail - 12-26-2017

80294-250151

No tape was used on this Envelope

Chaffee County Jail

ZIP 81201
02 4W
0000039735

U.S. POSTAGE》PITNEY BOWES
$ 000.46°
DEC 27, 2017