# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-02896-GPG

JADA DAVIS,

    Plaintiff,

v.

WILLIAM PEAT ALDERTON, Judge,
CHAFFEE COUNTY SHERIFF'S OFFICE,
THE CITY OF SALIDA,
THE SALIDA POLICE DEP'T,
THE CITY,
THE POLICE FOR THE CITY OF SALIDA, CO.,
THE STATE OF COLORADO,
THE CITY OF SALIDA,
SUSAN COYKENDALL, PHD,
BRIAN ANDRIS-C, Deputy District Attorney,
MOLLY CHILSON, District Attorney,
DAMON HARRIS, Court Officer,
KAREN PROSSER, Clerk of the Court,
OFFICE OF CLERK STAFF, Chaffee County Combined Courts,
CHAFFEE COUNTY COMBINED COURTS, 11th Judicial Circuit,
JOHN SPEEZE, Sheriff,
JOE McGUIRE, Undersheriff,
TRACY JACKSON, Commander,
MARTINEZ, Lieutenant,
JIMM JAMES, Sergeant,
ADRIAN PUGH, Deputy,
BRANDY PUGH, Deputy,
R. J. CARLAND, Deputy,
MILLER, Deputy,
FLORIA TONDA AVILLA, Deputy,
BERTOLEFT, Deputy,
STOVER, Deputy,
FARLEY, Deputy,
COMPTON, Deputy,
PAYSON, Deputy,
VELTRI, Deputy,
DICKSON, Deputy,
T. MOODY, Deputy,
Z. TUCKER, Deputy,
SMITH, Deputy,
NURSE MARY,
NURSE TARA,
MARQUEZ & HARRICK-STARE, Alternate Defense Counsel,
RANDAL SCOTT HERRICK-STARE, Attorney

THE MAYOR OF THE CITY OF SALIDA,
EVERY POLICE OFFICER OF THE SALIDA POLICE DEPARTMENT
TERRY CLARK,
CHIEF OF POLICE,
MOUNTAIN PAWN AND GUN,
MICHAEL SHAFFER, Owner of Mountain Pawn and Gun,
CITY OF FAIRPLAY, COLORADO,
PARK COUNTY JAIL SHERIFF'S OFFICE,
DAN MULDOON, Jail Administrator, Park County Sheriff's Office,
FRED WEGENER, Park County Sheriff,
DAVID WOHLERS, Undersheriff Park County Sheriff's Office,
HEART OF THE ROCKIES REGIONAL MEDICAL CENTER,
X-RAY TECHNICIAN, Rockies Regional Medical Center,
TREVOR THORNHOFF, Salida Police Officer,
AIDON OSBORN, Salida Police Officer,
KEVIN EVERSON, Chaffee County Sheriff's Deputy,
DARREN LONGHEED, Chaffee County Sheriff's Deputy,
THE SALIDA POST OFFICE,
STACY PHILLIPS, Postmaster,
NAMES IN POSTAL WORKER'S STATEMENT-POLICE REPORT ON 11-21-2016,
OFFICER MESKE, Salida Police Officer, and
THE CHAFFEE COUNTY SHERIFF DEPUTY WHO HANDCUFFED PLAINTFF,

     Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE GORDON P. GALLAGHER

     On December 28, 2017, Plaintiff filed a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, ECF No. 16, and a "Motion to Inform the Court . . . ," ECF No. 17.   Plaintiff now has complied in part with the December 5, 2017 Order to Cure by filing the Motion and Affidavit and certification that he does not have funds in an inmate account.   Plaintiff, however, still has not submitted her claims on a proper Court-approved form.

     Although not clear, it appears Plaintiff is stating that she was not able to photocopy the documents she has submitted to the Court in this case and is asking the Court to provide copies of the documents she has submitted.   The Court notes that Plaintiff refers to copies of documents submitted in Case no. 17-cv-01115-LTB, but that case was dismissed and Plaintiff has been instructed no new improper filings will be accepted in that case.   The Court, therefore, will direct **the Clerk of the Court to send to Plaintiff a copy of the Docket in this case.**   Plaintiff then can identify and tell the Court what documents she desires to have photocopied.   Photocopies are $.50 per page.   Once Plaintiff informs the Court which documents to copy the Court will let Plaintiff know the cost of the photocopying so she can send the money to the Court in advance of the copying.

Plaintiff's Motion to Inform, ECF No. 17, is **DENIED** as moot pursuant to this Order.

The Court will allow Plaintiff an additional thirty days from the date of this Minute Order to submit her claims on a Court-approved Prisoner Complaint form as she was directed to do in the December 5, 2017 Order to Cure Deficiencies.   The Court notes that a Prisoner Complaint form was sent to Plaintiff on December 15, 2017.   See ECF No. 8. If Plaintiff fails to file her claims on a Court-approved form within the time allowed the action will be dismissed without further notice.

Dated:   December 30, 2017