Please Attach to 1:17-cv-02896-GPG

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 02 2018

JEFFREY P. COLWELL
CLERK

# CERTIFICATE OF PRISON OFFICIAL

I certify that the attached statement is an accurate copy of the inmate trust fund account statement or institutional equivalent for the past six months for the prisoner named below.

Prisoner's Name: JADA DAVIS

Signature of Authorized Prison Official: Lt. Jack Mastony

Date: 12-22-2017

TRANSACTION INFORMATION                                              Page        1 of        1

**Chaffee County Detention Center**
09/24/2017 10:49:07
ST 044 | OPR pughb

Statement Date  : 09/24/2017 10:49
JRN Number      : 009657
Resident Name   : DAVIS, JADA

| Date | Receipt # | Transaction | Account | Amount | Balance |
|---|---|---|---|---|---|
| Beginning Balance | | | | $10.00 | $10.00 |
| 06/18/2017 | AR16146 | Receivable Charge — Lie Also | Over the counter Meds | $1.00 | $11.00 |
| 09/14/2017 | AR19425 | Receivable Charge | Booking Fees | $30.00 | $41.00 |
| 09/17/2017 | AR19462 | Receivable Charge | Housing Fee | $45.00 | $86.00 |
| 09/23/2017 | AR19760 | Receivable Charge | Housing Fee | $35.00 | $121.00 |

12-27-2017 Lietenant Martinez gave me this at 11:40 PM and told me that he can not give me a certified copy of the Inmate trust fund account statement and that he knows this is not it, so I asked him for a Letter stating that he will not give me a certified copy of the Inmate trust Fund Account. and this is their Institutional Equivalent.

Respectfully submitted

CHAFFEE COUNTY DETENTION CENTER
P.O. BOX 699    148 CRESTONE AVENUE
Salida, CO, 81201

| | |
|---|---|
| Initial Book Date | 01/03/2017 |
| Last Book Date | 09/14/2017 |
| Last Release Date | 09/24/2017 |

*(handwritten: Please take note of this date! Lie by them also.)*

**STATEMENT SUMMARY:**

| | |
|---|---|
| Last Statement Date | 06/14/2017 16:30 |
| Last Balance** | $10.00 |
| Payments/Credits | $0.00 |
| New Charges | $111.00 |

**ACCOUNTS OWED:**

| | |
|---|---|
| Booking Fees | $30.00 |
| Bond Fees | $10.00 |
| Over the counter Meds | $1.00 |
| Housing Fee | $80.00 |

JADA   DAVIS
525 west 16th #30
salida, CO, 81201

RESIDENT NAME
DAVIS, JADA

| | |
|---|---|
| JRN Number | 009657 |
| STATEMENT DATE | 09/24/2017 10:49 |
| TOTAL AMOUNT OWED | $121.00 |
| DUE DATE | UPON RECEIPT |
| MINIMUM AMOUNT DUE | $121.00 |

*(handwritten: I was at the Park county Jail.)*

Total Amount Owed : $121.00

Any questions?
   Please Contact:
      **DEPUTY TONDA AVILA**
      **(719)530-5712**

**Payment due in 30 days unless other arrangements have been made. Money Orders and Cashier Checks only, Cash in person. NO Credit Cards. Statement may not reflect all charges and is subject to change. Past due accounts may be turned into collections.**

**Balance on the Last Statement Date          pughb    12272017151334

---

Please cut this portion and mail with your payment

JADA   DAVIS
525 west 16th #30
salida, CO, 81201

| DAVIS, JADA | |
|---|---|
| JRN Number | 009657 |
| STATEMENT DATE | 09/24/2017 10:49 |
| DUE DATE | UPON RECEIPT |
| MINIMUM AMOUNT DUE | $121.00 |
| Amount Enclosed | $ |

Please make your payment payable to:
   **CHAFFEE COUNTY DETENTION CENTER**

CHAFFEE COUNTY DETENTION CENTER
P.O. BOX 699    148 CRESTONE AVENUE
Salida, CO, 81201

CHAFFEE COUNTY DETENTION CENTER
P.O. BOX 699     148 CRESTONE AVENUE
Salida, CO, 81201

JADA  DAVIS
525 west 16th #30
salida, CO, 81201

RESIDENT NAME
DAVIS, JADA

| | |
|---|---|
| JRN Number | 009657 |
| STATEMENT DATE | 12/27/2017 14:34 |
| TOTAL AMOUNT OWED | $589.50 |
| DUE DATE | UPON RECEIPT |
| MINIMUM AMOUNT DUE | $589.50 |

Any questions?
   Please Contact:
      DEPUTY TONDA AVILA
      (719)530-5712

Payment due in 30 days unless other arrangements have been made. Money Orders and Cashier Checks only, Cash in person. NO Credit Cards. Statement may not reflect all charges and is subject to change. Past due accounts may be turned into collections.

| | |
|---|---|
| Initial Book Date | 01/03/2017 |
| Last Book Date | 10/30/2017 |
| Last Release Date | |

**STATEMENT SUMMARY :**

| | |
|---|---|
| Last Statement Date | 09/24/2017 10:49 |
| Last Balance** | $121.00 |
| Payments/Credits | $65.00 |
| New Charges | $533.50 |

**ACCOUNTS OWED :**

| | |
|---|---|
| Property Damage | $12.50 |
| Booking Fees | $30.00 |
| Bond Fees | $10.00 |
| Over the counter Meds | $2.00 |
| Housing Fee | $535.00 |
| | |
| Total Amount Owed : | $589.50 |

**Balance on the Last Statement Date          pughb    12272017151334

---

Please cut this portion and mail with your payment

| | |
|---|---|
| DAVIS, JADA | |
| JRN Number | 009657 |
| STATEMENT DATE | 12/27/2017 14:34 |
| DUE DATE | UPON RECEIPT |
| MINIMUM AMOUNT DUE | $589.50 |

Amount Enclosed     $ [   ][ . ][   ][   ].[   ]

Please make your payment payable to:
   CHAFFEE COUNTY DETENTION CENTER

JADA  DAVIS
525 west 16th #30
salida, CO, 81201

CHAFFEE COUNTY DETENTION CENTER
P.O. BOX 699     148 CRESTONE AVENUE
Salida, CO, 81201

**TRANSACTION INFORMATION**  Page   1 of   1

Chaffee County Detention Center
12/27/2017 14:34:01
ST  044 | OPR  pughb

```
Statement Date   : 12/27/2017 14:34
JRN Number       : 009657
Resident Name    : DAVIS, JADA
```

| Date | Receipt # | Transaction | Account | Amount | Balance |
|---|---|---|---|---|---|
| Beginning Balance | | | | $121.00 | $121.00 |
| 10/02/2017 | AR20051 | Receivable Charge | Housing Fee | $35.00 | $156.00 |
| 10/08/2017 | AR20298 | Receivable Charge | Housing Fee | $35.00 | $191.00 |
| 10/18/2017 | AR20615 | Receivable Charge | Housing Fee | $35.00 | $226.00 |
| 10/23/2017 | AR20835 | Receivable Charge | Housing Fee | $35.00 | $261.00 |
| 10/30/2017 | AR21092 | Receivable Charge | Booking Fees | $30.00 | $291.00 |
| 10/30/2017 | AR21093 | Receivable Charge-Reversal | Booking Fees | -$30.00 | $261.00 |
| 11/01/2017 | AR21193 | Receivable Charge | Housing Fee | $35.00 | $296.00 |
| 11/06/2017 | AR21374 | Receivable Charge | Housing Fee | $35.00 | $331.00 |
| 11/15/2017 | AR21670 | Receivable Charge | Housing Fee | $35.00 | $366.00 |
| 11/16/2017 | AR21752 | Receivable Charge | Over the counter Meds | $1.00 | $367.00 |
| 11/20/2017 | AR21869 | Receivable Charge | Over the counter Meds | $35.00 | $402.00 |
| 11/26/2017 | AR22089 | Receivable Charge | Housing Fee | $35.00 | $437.00 |
| 11/28/2017 | AN343 | Receivable Charge-Reversal | Over the counter Meds | -$35.00 | $402.00 |
| 11/28/2017 | AN344 | Receivable Charge | Housing Fee | $35.00 | $437.00 |
| 11/28/2017 | AR22151 | Receivable Charge | Property Damage | $12.50 | $449.50 |
| 12/04/2017 | AR22367 | Receivable Charge | Housing Fee | $35.00 | $484.50 |
| 12/13/2017 | AR22662 | Receivable Charge | Housing Fee | $35.00 | $519.50 |
| 12/19/2017 | AR22926 | Receivable Charge | Housing Fee | $35.00 | $554.50 |
| 12/24/2017 | AR23162 | Receivable Charge | Housing Fee | $35.00 | $589.50 |

*Handwritten annotation spanning the 10/02/2017 through 10/30/2017 Receivable Charge rows:* "I was at the Park county Jail."

**RESIDENT RECEIVABLE REPORT**                                    Page     1 of     1

Chaffee County Detention Center
12/27/2017 15:00
ST  44  |  OPR   pughb

SUMMARY

JRN Number      :  009657
Resident Name   :  DAVIS, JADA
Time Frame      :  06/22/2017 - 12/22/2017

*I was PR-bonded out on 6-18-2017*

| Receivable | Charges | Collections | Balance |
|---|---|---|---|
| Property Damage | $12.50 | $0.00 | $12.50 |
| Booking Fees | $30.00 | $0.00 | $30.00 |
| Housing Fee | $500.00 | $0.00 | $500.00 |
| Over the counter Meds | $1.00 | $0.00 | $1.00 |
| Totals : | $543.50 | $0.00 | $543.50 |

CHAFFEE COUNTY DETENTION CENTER
P.O. BOX 699    148 CRESTONE AVENUE
Salida, CO, 81201

| | |
|---|---|
| Initial Book Date | 01/03/2017 |
| Last Book Date | 06/12/2017 |
| Last Release Date | 06/14/2017 |

JADA   DAVIS
525 west 16th #30
salida, CO, 81201

**STATEMENT SUMMARY :**

| | |
|---|---|
| Last Statement Date | 01/03/2017 21:21 |
| Last Balance** | $0.00 |
| Payments/Credits | $75.15 |
| New Charges | $85.15 |

**ACCOUNTS OWED :**

| | |
|---|---|
| Bond Fees | $10.00 |
| Total Amount Owed : | $10.00 |

RESIDENT NAME
**DAVIS, JADA**

| | |
|---|---|
| JRN Number | 009657 |
| STATEMENT DATE | 06/14/2017 16:30 |
| TOTAL AMOUNT OWED | $10.00 |
| DUE DATE | UPON RECEIPT |
| MINIMUM AMOUNT DUE | $10.00 |

Any questions?
    Please Contact:
        **DEPUTY TONDA AVILA**
        **(719)530-5712**

Payment due in 30 days unless other arrangements have been made. Money Orders and Cashier Checks only, Cash in person. NO Credit Cards. Statement may not reflect all charges and is subject to change. Past due accounts may be turned into collections.

**Balance on the Last Statement Date          pughb    12272017151334

---

Please cut this portion and mail with your payment

JADA   DAVIS
525 west 16th #30
salida, CO, 81201

| DAVIS, JADA | |
|---|---|
| JRN Number | 009657 |
| STATEMENT DATE | 06/14/2017 16:30 |
| DUE DATE | UPON RECEIPT |
| MINIMUM AMOUNT DUE | $10.00 |

Amount Enclosed          $ ☐☐☐☐☐.☐☐

Please make your payment payable to:
    **CHAFFEE COUNTY DETENTION CENTER**

CHAFFEE COUNTY DETENTION CENTER
P.O. BOX 699    148 CRESTONE AVENUE
Salida, CO, 81201

**TRANSACTION INFORMATION**                                    Page    1 of    1

Chaffee County Detention Center
06/14/2017 16:30:14
ST  044 | OPR  pughb

```
Statement Date  : 06/14/2017 16:30
JRN Number      : 009657
Resident Name   : DAVIS, JADA
```

| Date | Receipt # | Transaction | Account | Amount | Balance |
|---|---|---|---|---:|---:|
| Beginning Balance | | | | $0.00 | $0.00 |
| 01/03/2017 | AR9922 | Receivable Charge | Booking Fees | $30.00 | $30.00 |
| 01/03/2017 | F2462 | Receivable Payment-Resident | Booking Fees | -$30.00 | $0.00 |
| 04/21/2017 | AR14010 | Receivable Charge | Over the counter Meds | $0.15 | $0.15 |
| | | Receivable Payment-Resident | Over the counter Meds | -$0.04 | $0.11 |
| 05/06/2017 | A152287 | Receivable Payment-Resident | Over the counter Meds | -$0.11 | $0.00 |
| 05/18/2017 | AR14986 | Receivable Charge-Reversal | Booking Fees | -$15.00 | -$15.00 |
| | | Recv Payment Reversal-Resident | Booking Fees | $15.00 | $0.00 |
| 06/12/2017 | AR15974 | Receivable Charge | Booking Fees | $30.00 | $30.00 |
| 06/12/2017 | AR15975 | Receivable Charge-Reversal | Booking Fees | -$30.00 | $0.00 |
| 06/14/2017 | AR16040 | Receivable Charge | Bond Fees | $10.00 | $10.00 |

Handwritten note: "I was at co. mental health hospital at Pueblo, Co"

SADA DAVIS
P.O. Box 699
Salida, CO. 81201

Office of the Clerk
United States District Court
Alfred A. ARRAJ Courthouse
901-19th St., Room A105
Denver, CO 80294-3589
Official Business       Legal mail - 12-27-2017

Chaffee County Jail

ZIP 81201
02 4W
0000339735 DEC 28 2017
U.S. POSTAGE >> PITNEY BOWES
$ 000.67⁰

