UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A-105
DENVER, CO 80294-3589

JADA DAVIS, PLAINTIFF

V.

ALDERTON et al

1:17-CV-02896-GPG *CASE NUMBER

MS. JADA DAVIS   INMATE NUMBER: D09657-4793
                              DO 26457-5255
641 W. 3RD ST.,
P.O. BOX 699
SALIDA, CO. 81201
PHONE: 719-539-2814
NO FAXES PLEASE -NOT PRIVATE HERE

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**JAN 02 2018**

JEFFREY P. COLWELL
CLERK

---

## MOTION TO INFORM THE COURT RE: ORDER TO CURE DEFICIENCIES

COMES NOW JADA DAVIS, The PLAINTIFF, To Inform the court In Regards to courts order to cure DEFICIENCIES.

1. ON DECEMBER 15, 2017, PLAINTIFF WAS DIRECTED BY THE COURT To Provide To the court written verification from the CHAFFEE JAIL STAFF That they will not Provide him-her with A CERTIFIED COPY OF A TRUST FUND Account Statement.

2. THE PLAINTIFF has SENT Two Letters to the court to INform the court Just which CHAFFEE Jail STAFF She has ASKED FOR A LETTER STATING That They will not give the Plaintiff A CERTIFIED Account Statement.

3. TODAY is DECEMBER 26, 2017 and Commander Tracy Jackson was ASKED AGAIN at 2:45 PM by Deputy BERTOLETT FOR the Letter Stating that She will not give the Plaintiff the Certified Account Statement OR A written verification from the Chaffee Jail Staff that they will not provide her with a Certified Account Statement, and again at 3:45 PM and now at 5:00 PM I still have not gotten it from her.   Jada Davis

SADA DAVIS
P.O. Box 699
Salida, Co. 81201

CHAFFEE CLK
CO 802
28 DEC '17



U.S. POSTAGE >> PITNEY BOWES

ZIP 81201
02 4W
0000337735DEC 28 2017
$ 000.46°

Office of the Clerk
United States District Court
ALFRED A. ARRAJ Court House
901-19TH ST.) Room A 105
DENVER, CO 80294-3589

OFFICIAL Business

Legal mail - 12-27-2017

Chaffee County Jail

80294-250151

