Please Attach to 1:17-cv-02896-GPG - Davis v Alderton et al

**CHAFFEE COUNTY DETENTION FACILITY**
# GRIEVANCE FORM

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
JAN 05 2018
JEFFREY P. COLWELL
CLERK

Inmate name: Jada Davis

Pod: A    Cell: 4    Bunk: bottom    Date: 12-31-2017

Nature of Grievance: Assault, at about 1:00 pm Nickie Warner Assaulted Jada Davis and was never Locked down by Lt. Martinez, Deputy B. Pugh, or New Deputy - unNamed.

Martinez + Pugh Refused to give me this form on 12-29-17 and Tucker + Bertolett Refused to take this form on 12-31-17. and give me a copy of it. At 7:30 01-2-18 Brandy Pugh was Asked to come and get it and give me a copy of it.

Persons Involved: Nickie Warner Assaulted Jada Davis in my cell, walked up to my cell and Assaulted me while trying to shut door-trap and Lt. Martinez, Deputy B. Pugh and New Deputy did not Lock Nickie Warner down

Solution Inmate is attempting to accomplish: Commander Tracy Jackson has still Not given Jada Davis the Certified Prisoners Trust Fund Account Statement, or a Letter stating that they will not give me the copy of the certified trust fund Account Statement.

Date and Time Received: 1/2/18  10:48    Deputy: [signature] D19

Supervisor: _____

White original: File                                Make a copy on pink paper for inmate

11-2013

ADA DAVIS
P.O. Box C99
Nida, CO 81201

Chaffee County Jail

Office of the Clerk
United States District Court
ALFRED A. ARRAJ courthouse
901-19TH ST., Room A105
Denver, CO 80294-3589

Official Business      Legal mail - 1-3-2018

U.S. POSTAGE >> PITNEY BOWES
ZIP 81201
02 4W
0000339735 JAN 03 2018
$ 000.46