FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 16 2018

JEFFREY P. COLWELL
CLERK

1-9-2018 RE: Jury Demand was Requested

I did Request A Jury Trial when I submitted the proper court ordered Complaint form - Prisoner complaint form. Please Amend the U.S. District Court, District of Colorado (Denver) Civil Docket for CASE #: 1:17-CV-02896-GPG

Davis v. Alderton et al     Date Filed: 12/01/2017
Assigned to: Magistrate Judge Gordon P. Gallagher    Jury Demand: NONE
Cause: 42:1983 Prisoner Civil Rights    Nature of suit: 550 Prisoner-Civil Rights (u.s. not a defendant)
Jurisdiction: Federal Question

The Plaintiff did Request A Jury Trial when she sent in the Prisoners Complaint form and Prisoners Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 Form. Please Review these papers and Please change this Docket so I can have a Jury To Decide my case Please and Thank You.

The Plaintiff believes that this is A Necessary Request and Respectfully submits this filing on this 9th day of January, 2018.

*[signature]*

I Sent another Letter on 1-8-2018, About Appellate Attorney and Park County Judge Stephan A. Groome, I will be Plaintiff's Last, I sent it before I got court Letter Directing me to Refrain from sending unnecessary and improper filings. There will be no more Filings unless prompted to do so by letter from the court of Judge Gordon P. Gallagher. I do not want to mess this case up.

