**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 17-cv-02896-GPG

JADA DAVIS,

    Plaintiff,

v.

WILLIAM PEAT ALDERTON, Judge,
CHAFFEE COUNTY SHERIFF'S OFFICE,
THE CITY OF SALIDA,
THE SALIDA POLICE DEP'T,
THE CITY,
THE POLICE FOR THE CITY OF SALIDA, CO.,
THE STATE OF COLORADO,
THE CITY OF SALIDA,
SUSAN COYKENDALL, PHD,
BRIAN ANDRIS-C, Deputy District Attorney,
MOLLY CHILSON, District Attorney,
DAMON HARRIS, Court Officer,
KAREN PROSSER, Clerk of the Court,
OFFICE OF CLERK STAFF, Chaffee County Combined Courts,
CHAFFEE COUNTY COMBINED COURTS, 11th Judicial Circuit,
JOHN SPEEZE, Sheriff,
JOE McGUIRE, Undersheriff,
TRACY JACKSON, Commander,
MARTINEZ, Lieutenant,
JIMM JAMES, Sergeant,
ADRIAN PUGH, Deputy,
BRANDY PUGH, Deputy,
R. J. CARLAND, Deputy,
MILLER, Deputy,
FLORIA TONDA AVILLA, Deputy,
BERTOLEFT, Deputy,
STOVER, Deputy,
FARLEY, Deputy,
COMPTON, Deputy,
PAYSON, Deputy,
VELTRI, Deputy,
DICKSON, Deputy,
T. MOODY, Deputy,
Z. TUCKER, Deputy,
SMITH, Deputy,
NURSE MARY,
NURSE TARA,
MARQUEZ & HARRICK-STARE, Alternate Defense Counsel,
RANDAL SCOTT HERRICK-STARE, Attorney
THE MAYOR OF THE CITY OF SALIDA,

EVERY POLICE OFFICER OF THE SALIDA POLICE DEPARTMENT
TERRY CLARK,
CHIEF OF POLICE,
MOUNTAIN PAWN AND GUN,
MICHAEL SHAFFER, Owner of Mountain Pawn and Gun,
CITY OF FAIRPLAY, COLORADO,
PARK COUNTY JAIL SHERIFF'S OFFICE,
DAN MULDOON, Jail Administrator, Park County Sheriff's Office,
FRED WEGENER, Park County Sheriff,
DAVID WOHLERS, Undersheriff Park County Sheriff's Office,
HEART OF THE ROCKIES REGIONAL MEDICAL CENTER,
X-RAY TECHNICIAN, Rockies Regional Medical Center,
TREVOR THORNHOFF, Salida Police Officer,
AIDON OSBORN, Salida Police Officer,
KEVIN EVERSON, Chaffee County Sheriff's Deputy,
DARREN LONGHEED, Chaffee County Sheriff's Deputy,
THE SALIDA POST OFFICE,
STACY PHILLIPS, Postmaster,
NAMES IN POSTAL WORKER'S STATEMENT-POLICE REPORT ON 11-21-2016,
OFFICER MESKE, Salida Police Officer, and
THE CHAFFEE COUNTY SHERIFF DEPUTY WHO HANDCUFFED PLAINTFF,

          Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE GORDON P. GALLAGHER

The Court has reviewed the procedural history of this case, notes the following, and will order Plaintiff one more time to cure the remaining deficiency. The Court has directed Plaintiff to cure deficiencies by submitting his request to proceed pursuant to 28 U.S.C. § 1915 and his claims on proper Court-approved forms. Plaintiff has submitted various statements, notices and requests to amend, but Plaintiff has complied only in part with the Court's directive by submitting a § 1915 motion on a proper form. Plaintiff has failed to submit all asserted claims on a proper Court-approved form.

Although Plaintiff has failed to comply with all directives within the time allowed, the Court will allow Plaintiff an additional twenty-one days to comply. The only proper filing at this time is an Amended Prisoner Complaint that is submitted on a Court-approved form, as Plaintiff has been directed to do on more than one occasion.

**THE CLERK OF THE COURT IS DIRECTED TO SEND TO PLAINTIFF A CURRENT COURT-APPROVED PRISONER COMPLAINT FORM FOR USE BY PLAINTIFF IN FILING AN AMENDED PRISONER COMPLAINT. IF PLAINTIFF FAILS TO COMPLY WITH THIS MINUTE ORDER AND SUBMIT ALL CLAIMS ON A PROPER COURT-APPROVED FORM WITHIN THE TIME ALLOWED THE ACTION WILL BE DISMISSED WITHOUT FURTHER NOTICE.**

Dated:   February 6, 2018