RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
FEB 15 2018
JEFFREY P. COLWELL
CLERK

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
FEB 15 2018
JEFFREY P. COLWELL
CLERK

Motion to Inform the court

I Sent 30 Pages In Big Brown Envelope as the court ordered.

2-12-2018 today I was not served Breakfast, Brandy Pugh did not call the Plaintiff to Eat.

Please Let me know if the court do not get Big Brown Envelope by -2-18-2018 so I can send my Last copy to the court as ordered.

Jada Davis - Starving

*Jada Davis*

B. Pugh Refused to tell me the Time Stamped on the Letter Last Night at 6:55 AM today

Jada Davis
P.O. Box 699
Salida, CO. 81201

Chaffee County Jail

Office of the Clerk — 1|17-cv-02896-LTB
United States District Court
Alfred A. ARRAJ courthouse
901-19th st., Room A105
Denver CO. 80294-3589

Official Business   Legal Mail

U.S. POSTAGE >> PITNEY BOWES
ZIP 81201
02 4W
0000339735 FEB 13 2018
$ 000.47⁰