# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. _17-CV-02896-GPG_

(To be supplied by the court)

_JADA DAVIS_      _Jada Davis_ , Plaintiff

v.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**FEB 16 2018**

JEFFREY P. COLWELL
CLERK

_Alderton and et al.  See Attached_ ,

_The City of Salida_ ,

_Park county Jail Sheriff's office_ ,

_The Heart of the Rockies Regional medical center_ , Defendant(s).

_(List each named defendant on a separate line.  If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names.  The names listed in the above caption must be identical to those contained in Section B.  Do not include addresses here.)_

---

## PRISONER COMPLAINT

---

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files.  Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number.  A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

■ Defendant(s)    Attach

- Chaffee County Sheriff's Office,
- John Spezze, Sheriff,
- Joe McGire, UnderSheriff,
- Tracy Jackson, Commander,
- Martinez, Lieutenant,
- Jimmy James, Sergeant,
- Adrian Pugh, Deputy,
- Brandy Pugh, Deputy,
- R.J. Carland, Deputy,
- Miller, Deputy,
- Floria Tonda Avilla, Deputy,
- Bertolett, Deputy,
- Stover, Deputy,
- Farley, Deputy,
- Compton, Deputy,
- Payson, Deputy,
- Veltri, Deputy,
- Dickson, Deputy,
- T. Moody, Deputy,
- Z. Tucker, Deputy,
- Nurse Mary,
- Nurse Tara,
- Marquez & Herrick-Stare, Alternative Defense Counsel,
- Randall Scott Herrick-Stare, Attorney,
- The City of Salida Police Department,
- The State of Colorado,
- Chaffee County Combined Courts, 11th Judicial Circuit,
- Office of The Clerk, Chaffee County Combined Courts,
- Karen Prosser, Clerk of The Court
- Damon Harris, Court Officer,
- Molly Chilson, District Attorney,
- Brian C. Andris, Deputy District Attorney
- Diana C. Bull, Public Defender,
- State Public Defenders Office,
- Douglas K. Wilson, Colorado State Public Defender,
- Dan Zettler, Colorado State Public Defender,

Page 1

## Attach   DEFENDANT(s)

+DR. SUSAN COY KENDALL,

—TREVOR THornhoff, Salida Police officer,

+SPENCER BLADES, Salida Police officer,

—AIDON OSBORN, Salida Police officer,

—Kevin Everson, Chaffee County Sheriff's Deputy,

=Darren LONGHEED, Chaffee County Sheriff's Deputy,

—Officer MESKE, SALIDA Police OFFICER,

—The Chaffee County Sheriff DEPUTY who Handcuffed Plaintiff,

—Terry Clark, CHIEF OF PoLIce of Salida Police Department,

—The MAYOR (S) OF The CITY of Salida, 2017 and 2018,

—The Salida Post office,

—Stacy Phillips, PostMaster,

—The Postal Worker who gave Statements to Officer Meske, Salida Police

+Officer Lance Cliff, Salida Police Officer,

+The Heart of the Rockies Regional Medical Center,

+X-Ray Technician, at the Heart of the Rockies Regional medical
Center on 1-8-2017.

+The CITY OF FAIRPIAY, Colorado,

+DAN MULDOON, Jail Administrator, Park County Sheriff's office,

+FRED WEGENER, PARK County ShERIFF,

+DAVID WOHLERS, UNDER Sheriff PARK County Sheriff's office.

Mountain PAWN and Gun,

Michael Shaffer, OWNER OF Mountain Pawn and Gun

+M. BOWERS, OFFICER, SALIDA Police Department

+MS. ADAMS, Park County Sheriff's Deputy

+ms COPELAND, Park county Sheriff's Corporal

+Ledving, Park county, Sheriff's Deputy

+The Two white male Inmates Standing and Laughing out-
side of Segregation cells One and Two when Deputy ADams
served me the goathead Thorn in my Food on 9-23-2017.
Dinner.

Natalie Warner, Rachael Derke, MR. COOK- Inmates in the
Chaffe County Detention Facility.

Page 2

# "B. DEFENDANT(S) INFORMATION."

The Heart of the Rockies Regional Medical Center,

Job Title: Regional Medical Center, Address: 1000 RUSH DRIVE, SALIDA, CO. 81201. Defendant Acting under the Color of State or Federal Law **YES** at work. Defendant is being Sued in his/her ✓ individual/ ✓ official capacity.

X-RAY TECHNICIAN, Job Title: X-RAY Technician, Address: 1000 RUSH DRIVE, Salida, CO. 81201.   Defendant Acting under the Color of State or Federal Law **YES** at work.   Defendant is being Sued in his/her ✓ individual ✓ official capacity.

Chaffee County Sheriff's office, address: 641 W. 3rd ST., P.O. BOX 699 Salida, CO. 81201  Defendant Acting under the Color of State and Federal Law **YES**, Defendand is being sued in his/her ✓ Individual ✓ official capacity

John SPEEZE, Sheriff, 641 W. 3rd ST., P.O. BOX 699, Salida, CO. 81201 Defendant Acting under the COLOR OF STATE OR FEDERAL LAW **YES** Defendant was at work. Defendant is being Sued in his/her ✓ individual ✓ official capacity.

JOE McGuire, UNDER Sheriff, 641 W. 3rd ST., P.O. BOX 699, Salida, CO. 81201. Defendant was Acting under the Color of State or Federal Law **YES**, Defendant was at work. Defendant is being sued in his/her ✓ individual and ✓ official capacity.

Tracy Jackson, Commander, 641 W. 3rd ST., P.O. BOX 699, SAlida, CO. 81201. Defendant was Acting under the Color of State of Federal Law **YES** Defendant was at work. Defendant is being Sued in his/her ✓ individual and ✓ official capacity.

MARTINEZ, Lieutenant, 641 W. 3rd ST., P.O. BOX 699, Salida, CO. 81201 Defendant was Acting under the Color of State or Federal Law **YES** Defendant was at work. Defendant is being Sued in his/her ✓ individual and ✓ official capacity.

JIMMY JAMES, Sergeant, 641 W. 3rd ST., P.O. BOX 699, Salida, CO. 81201 Defendant was Acting under the Color of State or Federal Law **YES** Defendant was at work. Defendant is being sued in his/her ✓ individual ✓ official capacity.

ADRIAN Pugh, DEPUTY, 641 W. 3rd ST., P.O. BOX 699, Salida, CO. 81201 Defendant was Acting under the Color of State or Federal Law **YES** Defendant is being sued in his/her ✓ individual ✓ official capacity.

## "B. DEFENDANT(S) INFORMATION."

13 BRANDY PUGH, DEPUTY, 641 W. 3rd ST., P.O. BOX 699, Salida, CO. 81201, Defendant was Acting under the COLOR of STate OR Federal LAW Yes Defendant is being sued in his/her ✓ individual ✓ official capacity. Defendant was at work.

14. R.J. CarLand, DEPuTY, 641 W. 3rd ST., P.O. BOX 699, Salida. CO. 81201, Defendant was Acting under the Color of State OR Federal Law Yes Defendant was at work. Defendant is being Sued in his/her ✓ individual ✓ official capacity.

15. MILLER, DEPUTY, 641 W. 3rd ST., P.O. BOX 699, Salida .CO.81201 Defendant was Acting under the Color of STaTe OR Federal Law Yes Defendant was at work. Defendant is being Sued in his/her ✓ individual ✓ official capacity.

16. Floria Tonda AVilla, DEPUTY, 641 W. 3rd ST., P.O. BOX 699, Salida, CO.81201. Defendant was Acting under the Color of State OR Federal Law Yes Defendant was at work. Defendant is being Sued in his/her ✓ individual ✓ official capacity.

17. BERTOLETT, DEPuTY, 641 W. 3rd ST., P.O. BOX 699, Salida, CO. 81201 Defendant was Acting under the Color of STaTe OR Federal LAW Yes Defendant was at work. Defendant is being Sued in his/her ✓ individual and ✓ official capacity.

18. STOVER, DEPUTY, 641 W. 3rd ST., P.O. BOX 699, Salida, CO 81201 Defendant was Acting under the Color of State OR Federal Law Yes Defendant was at work. Defendant is being Sued in his/her ✓ individual ✓ official capacity.

19. FARLEY, DEPUTY, 641 W. 3rd ST., P.O. BOX 699, Salida, CO. 81201. Defendant was Acting under the Color of STaTe OR Federal Law Yes Defendant was at work. Defendant is being Sued in his/her ✓ Individual and ✓ official capacity.

"**B . DEFENDANT(S) INFORMATION.**"

20. <u>COMPTON</u>, DEPUTY, 641 W. 3rd ST., P.O. BOX 699, Salida, Co. 81201. Defendant was Acting under the Color OF STATE OR Federal Law <u>Yes</u> Defendant was at work. Defendant is being sued in his/her ✓ individual and ✓ official capacity.

21. <u>PAYSON</u>, DEPUTY, 641 W. 3rd ST., P.O. BOX 699, Salida. Co. 81201. Defendant was Acting under the Color OF State OR Federal Law <u>Yes</u> Defendant was At work. Defendant Is being sued in his/her ✓ individual and ✓ official capacity.

22. <u>VELTRI</u>, DEPUTY, 641 W. 3rd ST., P.O. BOX 699, Salida, Co. 81201. Defendant was Acting under the Color of State OR Federal Law <u>Yes</u> Defendant was at work. Defendant <u>22</u> is being sued in his/her ✓ individual and ✓ Official capacity.

23. <u>Dickson</u>, DEPUTY, 641 W. 3rd ST., P.O. BOX 699, Salida, Co. 81201. Defendant was Acting under the Color of State OR Federal Law <u>Yes</u> Defendant was at work. Defendant 23 is being sued in his/her ✓ Individual and ✓ official capacity.

24. <u>T. Moody</u>, DEPUTY, 641 W. 3rd ST., P.O. BOX 699, Salida, Co. 81201. Defendant was Acting under the Color of State OR Federal Law <u>Yes</u> Defendant was at work. Defendant 24 is being sued in his/her ✓ Individual and ✓ official capacity.

25. <u>Z. Tucker</u>, DEPUTY, 641 W. 3rd ST., P.O. BOX 699, Salida, Co. 81201. Defendant was Acting under the color of State OR Federal Law <u>Yes</u> Defendant was at work. Defendant 25 is being sued in his/her ✓ Individual and ✓ official capacity.

26. <u>Nurse MARY</u>, Nurse, 641 W. 3rd ST., P.O. Box 699, Salida. Co. 81201. Defendant was Acting under the Color of State OR Federal Law <u>Yes</u> Defendant was at work. Defendant 26 is being sued in his/her ✓ individual and ✓ official capacity.

## "B. DEFENDANT(S) INFORMATION."

27. Nurse TaRa, Nurse, 641 W. 3rd ST., P.O. Box 699, Salida, Co. 81201. Defendant was Acting under the Color of State oR Federal Law Yes Defendant was At work. Defendant 27 is being Sued in his/her ✓ Individual and ✓ official capacity.

28. MARQUEZ & HERRICK-STARE, LLC, Alternative Defense Counsel, 102 N. I ST., P.O. Box 1203, Salida, Co. 81201. Defendant was Acting under State oR Federal Law Yes Defendant was at work. Defendant 28. is being Sued in his/her ✓ individual and ✓ official Capacity.

29. RanDALL Scott Herrick-STARE, Attorney, 102 N. I ST., P.O. Box 1203, Salida, Co. 81201. Defendant was Acting under Color of State oR Federal Law Yes Defendant was at work. Defendant 29 is being Sued in his/her ✓ Individual and ✓ official capacity.

30. The CITY of salida Police Department, Salida Police Department, 448 EAST 1st Street, Salida, Co. 81201. Defendant was Acting under Color of State oR Federal Law Yes Defendant was at Work, Defendant 30 is being Sued in his/her ✓ individual and ✓ official Capacity.

31. The STATE of ColoRADO, STATE Government, 136 STate Capitol Bldg, DENVER, Co. 80203, Defendant was acting under Color of State oR Federal Law Yes DeFendant was at work. Defendant 31 is being Sued in his/her ✓ individual and ✓ official Capacity.

32. Chaffee County Combined Courts, 11 Th Judicial circuit, 142 CRESTONE Avenue, Salida, Colorado 81201. Defendant was Acting under Color of State oR Federal Law Yes Defendant was at work. Defendant 32 is being Sued in his/her ✓ Individual and ✓ official Capacity.

33. OFFice of the CLeRK, chaffee county combined courts, 142 CRESTONE Avenue, P.O. Box 279, Salida, Co. 81201. DEFendant was Acting under Color of State oR Federal Law Yes Defendant was at work. Defendant 33 is being Sued in his/her ✓ individual and ✓ official Capacity.

"B. DEFENDANT(S) INFORMATION."

34. __KAREN PROSSER__, Clerk of the Court, 142 CRESTONE AVENUE, P.O. BOX 279, Salida, CO. 81201, Defendant was Acting under Color of State or Federal Law __Yes__ Defendant was at work. Defendant is being sued in his/her __✓__ individual and __✓__ official capacity. 34

35. __DAMON HARRIS__, Court Officer, 641 W. 3rd ST., P.O. BOX 699, Salida, CO. 81201, Defendant was Acting under Color of State or Federal __Law__ __Yes__ Defendant was at work. Defendant __35__ is being sued in his/her __✓__ individual and __✓__ official capacity.

36. __Molly Chilson__, District Attorney, 104 CRESTONE AVENUE, Salida, Colorado 81201. Defendant was Acting under Color of State or Federal Law __Yes__ Defendant was At work. Defendant __36__ is being sued in his/her __✓__ individual and __✓__ official capacity.

37. __BRIAN C. ANDRIS__, Deputy District Attorney, 104 CRESTONE AVENUE, Salida, Colorado 81201. Defendant was Acting under Color of State or Federal Law __Yes__ Defendant was At WORK. Defendant __37__ is being sued in his/her __✓__ Individual and __✓__ official capacity.

38. __DIANA C. Bull__, Deputy, State Public Defender, 8044 west Hwy 50, Suite 100, Salida, Co. 81201, Defendant was Acting under Color of State or Federal Law __Yes__ Defendant was at work. Defendant __38__ is being sued in his/her __✓__ individual and __✓__ official capacity.

40. State Public DEFenders Office, Public Defender, 8044 west Hwy 50, Suite 100, Salida, CO 81201. Defendant was Acting under Color of State or Federal Law __Yes__, Defendant was at work, Defendant 40 is being sued in his/her __✓__ individual and __✓__ official capacity.

41. __Douglas K. Wilson__, Colorado State Public Defender, Public Defender, 8044 west Hwy 50, Suite 100, Salida, CO 81201,

## "B. DEFENDANT(S) INFORMATION."

41. Defendant was Acting under color of State or Federal Law **Yes** Defendant was at work. Defendant **41** is being Sued In his/her ✓ individual and ✓ official CaPacity.

42. **DAN ZETTLER**, Colorado State Public Defender, Public Defender 8044 West Hwy 50, Suite 100, Salida, CO 81201. Defendant was Acting under color of State or Federal Law **Yes**. Defendant **42** is being Sued in his/her ✓ individual and ✓ official caPacity.

43. **Dr. Susan Coy Kendall**, Licensed PSychologist, Court services Department Colorado Mental Health institute at Pueblo, 1600 West 24th Street, Pueblo, Colorado 81003. Defendant was Acting under color of State or Federal Law **Yes**. Defendant was at work. Defendant **43** is being Sued in his/her ✓ individual and ✓ official CaPacity.

44. **TrEVOR Thornhoff**, Salida Police Officer, 448 EAST 1st street Salida, CO. 81201. Defendant was Acting under color of State or Federal Law **Yes**. Defendant was at work. Defendant **44** is being Sued in his/her ✓ individual and ✓ official caPacity.

45. **Spencer Blades**, Salida Police officer, 448 EAST 1st street, Salida, CO. 81201. Defendant was Acting under color of State or Federal Law **Yes**. Defendant was at work. Defendant **45** is Being Sued in his/her ✓ individual and ✓ official caPacity.

46. **AiDON OSBORN**, Salida Police Officer, 448 EAST 1ST STREET, Salida, CO. 81201. Defendant was Acting under color of State or Federal Law **Yes** Defendant was at work, DEfendant **46** is being Sued in his/her ✓ individual and ✓ official caPacity.

47. **TERRY CIARK**, CHIEF OF Police, Salida Police Department, 448 EAST 1st STREET, Salida, CO. 81201, Defendant was Acting under Color of State or

## "B. DEFENDANT(S) INFORMATION."

47. Federal Law **Yes** Defendant was At work, Defendant 47 is being Sued in his/her ✓ individual and ✓ Official capacity.

48. **LANCE CLIFF**, Salida Police Officer, 448 EAST 1st Street, Salida, CO, 81201, Defendant was Acting under color OF State OR Federal Law **Yes**, Defendant was At work, Defendant 48 is being Sued in his/her ✓ individual and ✓ Official capacity.

49. **OFFICER MESKE**, Salida Police Officer, 448 EAST 1st Street, Salida, CO, 81201, Defendant was Acting under Color of State or Federal Law **Yes**, Defendant was at work, Defendant 49 is being Sued in his/her ✓ individual and ✓ Official capacity.

50. **M. BOWERS**, Salida Police Officer, 448 EAST 1st Street, Salida, CO, 81201, Defendant was Acting under Color of State OR Federal Law **Yes**, Defendant was at work, Defendant 50 is being Sued in his/her ✓ individual and ✓ Official capacity.

51. **KEVIN EVERSON**, Chaffee County Sheriff's Deputy, 641 W. 3rd St., P.O. BOX 699, Salida, CO, 81201, Defendant was Acting under Color of State OR Federal Law **Yes** Defendant was at work, Defendant 51 is being Sued in his/her ✓ individual and ✓ Official capacity.

52. **DARREN LONGHEED**, Chaffee County Sheriff's Deputy, 641 W. 3rd St., P.O. Box 699, Salida, CO, 81201, Defendant was Acting under color of State OR Federal Law **Yes** Defendant was at work, Defendant 52 is being Sued in his/her ✓ individual and ✓ Official capacity.

53. **The Chaffee County Sheriff Deputy who hand cuffed Plaintiff**, Chaffee County Sheriffs Deputy, 641 W. 3rd St., Salida, Co 81201, Defendant was Acting under Color of State OR Federal Law **Yes** Defendant was At WORK, Defendant 53 is being Sued in his/her ✓ individual and ✓ Official capacity.

## "B. DEFENDANT(S) INFORMATION."

54. The MAYOR(s) OF The CITY OF Salida, 2017 & 2018, MAYOR, 448 EAST 1st Street, Salida, CO. 81201. Defendant was Acting under color of State OR Federal Law YES Defendant was At work, Defendant 54 is being Sued in his/her ✔ individual and ✔ official Capacity.

55. The Salida Post office, The Post office, 310 D ST. Salida, CO. 81201 Defendant was Acting under color of State OR Federal Law Yes, Defendant was at work, Defendant 55 is being Sued in his/her ✔ individual and ✔ official Capacity.

56. STACY Phillips, POSTMASTER, 310 D ST. Salida, CO. 81201. Defendant was Acting under color of State OR Federal LAW YES Defendant was at work, Defendant 56 is being sued in his/her ✔ individual and ✔ official Capacity.

57. The Postal workers who gave statements to officer Meske, Salida Police officer, Postal workers, 310 D ST. Salida, CO. 81201. Defendant(s) was Acting under color of State OR Federal Law YES Defendant(s) was at work, Defendant(s) 57 is being Sued in his/her ✔ individual and ✔ official Capacity.

58. The CITY OF FAIRPLAY, colorado. CITY-Government, 1180 CR 16, Fairplay, CO. 80440. Defendant was Acting under color of State or Federal Law YES Defendant was At work, Defendant 58 is being sued in his/her ✔ individual and ✔ official capacity.

59. DAN MULDOON, JAIL Administrator, PARK county Sheriff's office, PARK county JAIL, P.O. BOX 965, 1180 CR 16, FAIRPLAY, CO. 80440, Defendant was Acting under color of State or federal LAW YES DEFE-ndant was At work, Defendant is being sued in his/her ✔ individual and ✔ official capacity. 59

## " B. DEFENDANT(s) INFORMATION."

60. <u>FRED WEGENER</u>, PARK COUNTY SHERIFF. PARK COUNTY JAIL, P.O. BOX 965, 1180 CR 16 FAIRPLAY. CO 80440. DEfendant was Acting under color of State of federal LAW <u>Yes</u>. Defendant <u>60</u> is being Sued in his/her ✓ individual and ✓ official capacity.

61. <u>DAVID WOHLERS</u>, under Sheriff, Park County Sheriff's office P.O. BOX 965, 1180 CR 16 FAIRPLAY, CO 80440. Defendant was Acting under color of State or Federal Law <u>Yes</u>. Defendant <u>61</u> is being Sued in his/her ✓ individual and ✓ official capacity.

62. <u>MS. ADAMS</u>, Deputy, PARK COUNTY Sheriff's office, P.O. BOX 965, 1180 CR 16, FAIRPLAY, CO 80440, DEfendant was Acting under Color of State or Federal LAW <u>Yes</u>. DEfendant <u>62</u> is being Sued in his/her ✓ individual and ✓ official capacity.

63. <u>MS. COPELAND</u>, Corporal, Park County Sheriff's office P.O. BOX 965, 1180 CR 16, FAIRPLAY, CO. 80440. Defendant was Acting under Color of STATE OR Federal LAW <u>Yes</u>. Defendant was at work. Defendant <u>63</u> is being Sued in his/her ✓ Individual and ✓ official capacity.

60, 61, 62, Defendant (s) was at work also.

64. <u>LEDVINA</u>, Deputy, Park County Sheriff's office, P.O. BOX 965, 1180 CR 16, FAIR PLAY, CO. 80440. Defendant was Acting under color of State OR Federal Law <u>Yes</u>. Defendant was At work, Defendant 64 is being Sued in his/her ✓ individual and ✓ official capacity.

65. The Two white MALES INMATES Standing and Laughing outside of Segregation cells ONE and TWO when DEPUTY ADAMS Served me the Goathead Thorn in my Food on 9-23-2017. Dinner. Inmates- Trustees, P.O. BOX 965, 1180 CR 16, FAIRPLAY, CO. 80440, Defend-ant(s) was Acting under Color of STATE OR Federal Law <u>Yes</u> Defendant (s) was at work, Defendant <u>65</u> is being Sued in his/her ✓ individ-

"B. DEFENDANT(S) INFORMATION."

65. and ✓ official capacity.

66. <u>NATALIE WARNER</u>, INMATE TRUSTEE, P.O. BOX 699, 641 W. 3rd ST., Salida, CO. 81201. At the time the claim(s) in complaint AROSE, was this Defendant Acting under Color of STATE OR Federal Law <u>NO</u>. Defendant <u>66</u> is being sued in his/her ✓ individual and ✓ official capacity.

67. <u>RACHEL DERKE</u>, INMATE, TRUSTEE, P.O. BOX 699, 641 W. 3rd ST., Salida, CO. 81201. at the time the claim(s) in complaint Arose, was this Defendant Acting under Color of STATE OR Federal Law <u>Yes</u>. Defendant was at work. Defendant <u>67</u> is being sued in his/her ✓ individual and ✓ official capacity.

68. <u>MR. COOK</u>, INMATE, P.O. BOX 699, 641 W. 3rd ST., Salida, CO. 81201. at the Time this complaint Arose, was the Defendant Acting under Color of STATE OR Federal Law <u>NO</u>. Defendant 68 is being sued in his/her ✓ individual capacity.

## A.   PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address.  Failure to keep a current address on file with the court may result in dismissal of your case.*

JADA DAVIS #009657-4793 , P.O. BOX 699, Salida, Co. 81201

(Name, prisoner identification number, and complete mailing address)

_____   Jada Davis

(Other names by which you have been known)

*Indicate whether you are a prisoner or other confined person as follows: (check one)*

_____   Pretrial detainee

_____   Civilly committed detainee

_____   Immigration detainee

__✓__   Convicted and sentenced state prisoner

_____   Convicted and sentenced federal prisoner

_____   Other: (*Please explain*) _____

## B.   DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint.  If more space is needed, use extra paper to provide the information requested.  The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1:   William Peat Alderton , Judge , 142 C Restone Ave., Salida

(Name, job title, and complete mailing address)

Co. 81201

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? __✓__ Yes ___ No (*check one*).  Briefly explain:

_____

_____

Defendant 1 is being sued in his/her __✓__ individual and/or __✓__ official capacity.

2

Defendant 2: __The CITY of Salida, CITY-Government, 448 EAST 1st Street__
(Name, job title, and complete mailing address)

__Salida, CO. 81201__

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ✓ Yes ___ No (*check one*).  Briefly explain:

_____

_____

Defendant 2 is being sued in his/her ✓ individual and/or ✓ official capacity.

Defendant 3: __Park county Jail Sheriff's office, 1180 CR 16 Fair Play, CO__
(Name, job title, and complete mailing address)

__80440__

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ✓ Yes ___ No (*check one*).  Briefly explain:

_____

_____

Defendant 3 is being sued in his/her ✓ individual and/or ✓ official capacity.

## C.   JURISDICTION

*Indicate the federal legal basis for your claim(s): (check all that apply)*

✓   42 U.S.C. § 1983 (state)(county,) and (municipal defendants) ALL

___   *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) (federal defendants)

___   Other: (*please identify*) __any other that may APPLY.   pada Daus__

3

## D.   STATEMENT OF CLAIM(S)

*State clearly and concisely every claim that you are asserting in this action.  For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim.  You do not need to cite specific legal cases to support your claim(s).  If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s).  Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: Judge Alderton Violated my Right to A Trial, my Constitutional Right Right to A Fair and impartial Trial, conspired and Retaliated against
Supporting facts:   Plaintiff, Double Jeopardy, Perhaps Triple Jeopardy.

Claim ONE; Judge Alderton Violated mY Right to A Trial.

SUpporting facts: on 1-3-2017 I Told Judge Alderton That I Plead not guilty, and I Said I want a Jury Trial and I told him That Dan ZETTLER Said To Set mY Trial within Ten daYS. Then The court officer DAmon Harris Escorted me out of the courtroom and back down to the chaffee county Detention faciltiy Booking AREA, where he Told me to sign some PaPers but I Refused to do so and I Started To Read the PaPers and I told him that this was not a Domestic Violence case and then he told me that EverYbody has to sign these PaPers. I STill Disagreed and I Put on the PaPers "under Threat and Duress. then he Put me back into Holding cell 2 where I had been since about 11:00AM that daY. Some Time That daY 1-3-2017 the court falselY convicted the Plaintiff and sent Fraudulent, forged, False conviction Documents to A Social security Administration because while I was STill being Held in the Chaffee County Detention Facility, I got A Letter From the Social securtiy Administration Stating that my checks will be stopped because I was incarcerated For the conviction of A crime. and in APRil of 2017 Attorney Randall Herrick-Stare gave me Court minute orders which stated on Page 9 of 9 that I was on Probation until 1-3-2018. That meant that the court was Never going to give me A Trial and the Documents that court officer Damon Harris Tryed To get me To

*Jada Davis*

4

# "D. STATEMENT OF CLAIMS"

Sign were conviction Papers.

CLAIM TWO: Judge Alderton Violated MY UNITED STATES Constitution -al Right NOT To suffer Double Jeopardy - The Repeat Prosecution For same Criminal offense. Prohibited by U.S. Constitution.

SUPPORTING FACTS: Judge Alderton Court minutes state that the Plaintiff then the Defendant was convicted on 1-3-2017 and sentenced to ONE Year on PRobation to END on 1-3-2018. Then on 8-31-2017 Judge Alderton Presided over the Second Trial and conviction of the Plaintiff - then the Defendant was again sentenced to ONE Year in The County Jail in Chaffee County.

CLAIM Three: Judge Alderton Violated my United States constitutio -nal, State of Colorado, and C.R.S. RIghts TO A Fair and Impartial Trial.

Supporting Facts: 1. on 1-21-2017, Judge Alderton Lied to the Plaintiff in Court and From The BENCH. when He Told the Plaintiff "He will not Allow the Plaintiff to FIRE Alternative DEFense Counsel - Randall SCOTT HERRICK-STARE, UNTIL The Plaintiff Hires Another Attorney, which was A Deliberate and Maliciously, MISLeading Lie, and deception and a Act of Bias, PreJudice, Partiality and a Showing of interest In the Plaintiffs Case and Evidence of his committing 18-8-404 - First Degree Official MISconDuct. (1)(a)(b).

Claim Four: Judge Alderton Violated the Plaintiff's STATE RIghts by not Following. The Colorado Revised Statutes set forth in 16-8.5-109 (1)(2)(a)(b)(c)(d)(3).

Supporting Facts: on 4-19-2017 was The Hearing to Determine Competency Pursuant to 16-8.5-109(1)(2)(a)(b)(c)(d)(3) - Advisement on matters to be Determined by The Judge. The Judge Alderton did Allow the Plaintiff to (b) Examine any Reports of the Evaluations or other matters to be Considered by the court as bearing upon the Determined, (C) Plaintiff was not Allowed to introduce Evidence - The Video of MY DEtention which would have shown that Dr. SuSan Coy Kendall walked away and wrote 4 to 5 Pages of Lies and then Submitted them to Judge Aldertons Court, To Summon DepuTY Paul Husky a witness, Cross - Examine opposing witnesses or witnesses called by the courts

## "D. STATEMENT OF CLAIMS"

; and (d) To make opening and closing statements and Arguments.
The Deputy District Attorney Brian C. Andris and Court Appointed
Alternative Defense Counsel Randall Scott Herrick-STARE
Stood in the court room and Acted in concert with Judge Alderton
and denied the Plaintiff all of these Rights set forth in the
Colorado Revised Statutes, and Provided NO Legal Assistance
to the Plaintiff then the Defendant ob

<u>CLAIM FIVE</u>: Plaintiff Alleges Judge *Alderton* has conspired to
Retaliate against the Plaintiff with the Deputy District Attorney
Brian C. Andris, Deputy Public Defender Diana C. Bull, Court Officer
Damon Harris, Alternative Defense Counsel - RANDALL HERRICK-
STARE, The Salida Police Department, Officer Spencer Blades,
The Chaffee County Sheriff's Office, The Salida Housing Authority,
The Mount Shavano Manor Board members - IDA HANSEN, Tom
Sandell, Merle Littlefield, Gwew Persh Backer, Patty Bartlow,
David Write, BILLIE JEAN VALDEZ, Michael Shaffer, Nurse MARY,
Nurse TARA, Dr. Susan Coy Kendall, Lynn D. Bastian, District Attorney
Molly Chilson,.

Supporting Facts: on 4-19-2017 Judge Alderton Told the Plaintiff,
Then the Defendant that she is "Dangerous" because of A Youtube Video
that the Salida Police Department did not ARREST The Plaintiff or Quest-
ion her About. but Judge Alderton Evicted the Plaintiff from the
MOUNT Shavano MANOR Apartments for the Elderly and Disabled
and told the Plaintiff that the Youtube Video "Surmounts" to A
Threat to Billie Jean Valdez, on 12-1-2016, Judge Alderton sent
the Appeal of Plaintiff's to Park County District Court Judge Stephen
A. Groom (E), Judge Alderton gave 49 days to Salida Housing Author-
ity to Execute Eviction. ADC-Court Appointed Attorney Herrick-STARE
Stated i believe in the courts minutes "that Ms. Davis was Detained
for 90 plus days because MS. DAVIS Refused to give up her Guns"
on 4-21-2017 Herrick-STARE Told The Plaintiff that she is "Dangerous"
because Plaintiff wears Two Guns.

## "D. STATEMENT OF CLAIMS"

Judge Alderton Telling The Plaintiff on 4-19-2017 that she is "Dangerous" because of A Video showed the Plaintiff that he could not be impartial, unBiased, oR FAIR to the Plaintiff, Judge Alderton Told the Plaintiff that "You Are supposed to be waiting to see what else we gone do to You"; I believe Judge said that in August of 2017.

The Plaintiff was held-Detained From 1-3-2017 to 6-17-2017 The Plaintiff was COERCED into Agreeing to ILLegal Bond Conditions and After agreeing to the Bond condition the Plaintiff was stiLL not Released, the Plaintiff was sent to the State hospital in Pueblo under Forged district court documents by county court Judge Alderton, The C.R.S. States that the Commitment to the State mental Health Hospital must come from the District court. Judge Alderton is not A District court Judge he, Forged District court documents and clerk of the court Karen Prosser Signed Fraudulent documents Acting in concert with a conspiracy to send The Plaintiff to the State hospital with Deputy District Attorney Brian Andns and Randell Herrick-STARE and others Named in Claim Five and as Retaliation FoR sueing those in Claim Five.

While being held I still Paid my Rent from 1-3-2017 to 6-3-2017 in a concerted Action by Judge Alderton he signed A WRIT of Restitution on 5-17-2017 FoR the Salida Housing Authority to take Possession of my Apartment and Property, and on 5-18-2017 The Plaintiff was sent to the State hospital in Pueblo, CO. and on oR about 5-12-2017, The Plaintiff called Michael Shaffer on A 3-way Call from St. Louis Mo, by Lawanda Love and Asked Michael Shaffer about the Plaintiff Car; he said he had held the Plaintiffs Car; and he sent it to Saluage, and call him back and he will see if he can get it back. When the Plaintiff called Michael Shaffer back 30 days oR so Later, he said that the Plaintiff was supposed to have called back the next day.

3

"D. STATEMENT OF CLAIMS"

The Plaintiff is Alleging that Michael Shaffer acting in concert in a conspiracy with Judge Alderton and the Salida Housing Authority, Sent the Plaintiff's car to a Salvage Yard 4 to 5 days before the Plaintiff was sent to the State Mental Health Hospital in Pueblo, Colorado, in concert also with the Chaffee County Sheriff's Office, Randall S. Herrick-STARE, and the Salida Police Department as a Act of Retaliation against the Plaintiff, and the Salida Housing Authority held the Plaintiff's home furnishings for over 90 days - from 5-17-2017 to 8-30-2017, placed them in a storage unit and paid the storage fees for over 100 days, and Randall Herrick-STARE on cell Phone camera - gave the Plaintiff Legal Papers stating that the Plaintiffs things will be thrown away on 8-30-2017 by the Salida Housing Authority, the Plaintiff, Jada DAVIS on cell Phone camera Asked Randall S. HERRICK-STARE the Plaintiff's Court Appointed Attorney to discuss her Trial with her set for 8-31-2017 and Randall S. Herrick-STARE once again on video refused to give the Plaintiff any Legal Advice or Assistance, and walked away.

Claim SIX: Plaintiff is Alleging that Judge Alderton, Deputy District Attorney Brian L. Andris, District Attorney Molly Chilson, A.D.C. Attorney Randall S. Herrick-STARE - Altered the Mountain Pawn and Gun Shop video of the 1-3-2017 Assault and used the Altered video to convict Plaintiff in 8-31-2017 Trial.

Supporting Facts: The video that was Presented to the Jury at 8-31-2017 Trial, Lynn D. BAstian Twin Son was Removed from the video - him trying to Punch the Plaintiff.

Claim SEVEN: Judge Alderton Acted in concert with Nurse MARY and Nurse Tara after 2-7-2017 when Plaintiff Appeared in Courtroom with Big Band-AID over chin and chin burst and bleed out for 60 days - Plaintiff wrote to Judge Askins for Medical Attention and Both Nurses did not send Plaintiff to the Hospital for Evaluation and Treatment.

4

## "D. STATEMENT OF CLAIMS."

Supporting Facts: The Letter The Plaintiff sent to Judge Alderton, The Video of The Plaintiff's Detention from 1-3-2017 to 6-17-2017. Both of the Nurses medical notes, The X-Ray from 1-8-2017 from the Heart of the Rockies Regional Medical Center. These Defendants Violated the Plaintiff's Right to Medical Treatment.

<u>CLAIM EIGHT</u>: The CITY OF SALIDA VIOLATED The PLAINTIFF'S Right To Seek medical Attention when Officer Lance Cliff Told the Plaintiff on 8-3-2016 that she cannot go to the Heart of the Rockies Regional Medical center without a Police Escort.

<u>Supporting Facts</u>: The Police Report by The Employees of the Heart of the Rockies Regional medical center.

<u>CLAIM NINE</u>: The City of Salida Violated the Plaintiff's Rights to not be criminally Stalked by Robert Horkans by not Arresting him and by not Forwarding the Charges to the District Attorney For Prosecution.

<u>Supporting Facts</u>: The Letter From Judge Patrick Murphy stating that Robert Horkans had Criminally Stalked the Plaintiff and that Officer Lance Cliff can not tell me that I can not go to the Heart of the Rockies Regional Medical Center without a Police Escort, and the Claim I Filed is a $30,000.00 Claim Against Either Lance Cliff, Robert Horkans or The Heart of the Rockies Regional medical center.

<u>CLAIM TEN</u>: The CITY of Salida Violated the Plaintiff's Rights when Officer Spencer Blades Swore to and Submitted A false Affidavit to the Chaffee County combined courts that was not Signed by Officer Spencer Blades.

<u>Supporting Facts</u>: The Affidavit that officer Spencer Blades's Swore out and Submitted to the 11th Judicial Circuit courts.

<u>CLAIM ELEVEN</u>: The CITY of Salida violated the Plaintiff's Right to have her Report of A Hate Crime Investigated By the Salida Police that She was Assaulted in the 310 D.ST. Post Office on 11-21-2016 by LYNN D. BASTIAN.

## "D. STATEMENT OF CLAIMS"

**SUPPORTING FACTS:** The Plaintiff's Cell Phone Voice Recording of LYNN D. BASTIAN Admitting that She did Hit the Plaintiff in the 310 D. ST. Post Office On 11-21-2016 On 1-3-2017 in the 501 EAST Rainbow, HWY 50, 81201 at 9:33 Am, and the Salida Police still has not ARRESTED her as of 2-10-2018. And Forward the Assault to District Attorney for Prosecution Just Like MS. JADA DAVIS was.

**CLAIM TWELVE:** The CITY OF Salida Violated the Plaintiff's Colorado STATE Rights and Colorado Constitutional Rights when Officer M. BOWERS of the Salida Police Department and Deputy farLey Drove the Plaintiff to the Colorado Mental Health Institution in Pueblo, Colorado On 5-18-2017 with Forged District court Documents From Chaffee County Combined courts - County Court Judge Alderton

**SUPPORTING FACTS:** Officer M. Bowers and Deputy FARLEY Drove the Plaintiff to the 1600 West 24th Street, ward 47, Pueblo, Colorado 81003. And Officer M. Bowers came back on or about 6-14-2017 and Drove the Plaintiff to 641 W. 3rd ST. Salida, Co. 81201 the Chaffee County Detention Facility.

**CLAIM THIRTHteen:** The CITY OF Salida Violated the Plaintiff's State Rights, Colorado Constitutional Rights and United States Constitutional Rights by Transporting the Plaintiff to the PARK County Jail in FAIR PLAY, Colorado ON 9-19-2017 which was against the Colorado Revised Statute and was not Accord-ing to the court order stated in the Conviction Documents From Judge Alderton to the Chaffee County Sheriff's office. On 9-19-2017 DEPuties Z. Tucker and ADrian Pugh Drove the Plaintiff to a Drop-off Point where they were meet by park County Deputy Wilson and gave the Plaintiff, Jada Davis To Park County Sheriff's office Deputy Wilson and he Drove the Plaintiff to 1180 CR 16, FAIRPLAY, CO. 80440 the PARK County Jail. Deputy Avilla Told Plaintiff She was going Any way, Damon Harris Stood Ready To Taser Plaintiff, L4. Martinez Opened The doors So Plaintiff and Tucker and ADrian Pugh couID get into The Chaffee County White Truck-Pick-Up. A. Pugh hand cuffed Plaintiff

## "D. STATEMENT OF CLAIMS."

**SUPPORTING FACTS:** On 10-30-2017, Officer M. BOWERS OF the Salida Police Department and DEPUTY FARLEY of the Chaffee County Sheriff's office came to the PARK COUNTY JAIL and took the Plaintiff back to 641 W. 3rd ST., Salida, Co. 81201 the Chaffee County Detention Facility.

**CLAIM FOURTEEN:** The CITY OF SALIDA has the DUTY to Protect ALL of the Plaintiff's COLORADO STATE Constitutional RIGHTS and UNITED STATES Constitutional RIGHTS And The CITY OF SALIDA-Government offices and INSTITUTIONS did NOT.

**SUPPORTING FACTS:** ARE STATED in Claims #8, #9, #10, #11, #12, #13, and STATED in Those Supporting facts.

**CLAIM FIFTEEN:** On 9-19-2017 The PARK COUNTY Sheriff's office violated the Plaintiff's COLORADO STATE Constitutional RIGHTS and UNITED STATES Constitutional RIGHTS, COLORADO Revised Statutes RIGHTS When they Recieved The Plaintiff ILLEGALLY and held The Plaintiff for forty-two days Acting in Concert to Retaliate against the Plaintiff in a Conspiracy by The CITY OF Salida's Public officials and the Chaffee County Public officiaLS, Fred Wegener, Sheriff, David WOHLERS, undersheriff, CaPT. DAN MULDOON, JaiL Administrator, Deputy WILSON.

**Supporting Facts:** The Conviction Document from Judge Aldertons Court and C.R.S., Salida Municipal CODE, on 10-30-2017 Salida Police Officer M. BOWERS and Chaffee County Sheriff's Deputy FARLEY Came and Transported The Plaintiff Back to 641 W. 3rd ST. Salida, CO. 81201 to The Chaffee County Detention Facility.

**CLAIM SIXTEEN:** On 9-23-2017 the PARK COUNTY Sheriff's office violated the Plaintiff's CIVIL RIGHTS, Colorado State Constitutional Rights and United States Constitutional RIGHTS, Colorado Revised Statutes Rights, Salida Municipal CODE Rights When Park County DEPUTY G. ADAMS served the Plaintiff A 309T Head Thorn in the Plaintiffs DINNER Tray at 6130 pm, Attempted murder.

# "D. STATEMENT OF CLAIMS"

**SUPPORTING FACTS:** On 9-28-17 at 6:00PM DEPUTY G. ADAMS said to plaintiff that their were Two Inmates outside of segregation 1 Tall blonde and A Short white male and she would give the Plaintiff the Names. On 9-30-2017 at 11:45AM ADAMS told Plaintiff that She do not Remember the Inmates Names.

**CLAIM SEVENTEEN:** On or about 9-25-2017 The Plaintiffs civil Rights, Colorado STATE Constitutional Rights, United STATES Constitutional Rights, Salida Municipal CODE, C.R.S. Rights were Violated by the Park County Sheriff's Office and by PARK COUNTY DEPUTY LEDVINA, AND CORPORAL COPELAND when They told the Plaintiff that they will hang up the telephone if the Plaintiff Dials 911 to MAKE A Report of the Goat Head thorn served in her food Tray.

**Supporting Facts:** Deputy Ledvina and Corporal Copeland to the Plaintiff to the Park county Jail Booking Area to use the Phone on the wall. and when case manager Sandy Jones took the Plaintiff to her office the Plaintiff called Hud and was Connected to the FBI and the Phone went dead Twice. And Still to this day 2-10-2018 the Plaintiff has Not been Allowed to call the FBI to make a Report, in the Chaffee County Sheriff Detention Facility.

**CLAIM EIGHTEEN:** Heart of the Rockies Regional Medical Center Violated the Plaintiff's civil Rights, Colorado STATE Constitutional Rights, United States constitutional Rights, C.R.S. Rights, Salida Municipal CODE Rights when the Plaintiff was Radiated in the Emergency Room by the X-RAY technician on 1-8-2017.

**Supporting Facts:** On 1-15-2017 I wrote a letter to the Judge Alderton Court informing the court that The Plaintiff's Face has swelled up on Both Sides in front of The Plaintiff's EARS FOR ONE DAY and of A SORE IN THE MOUTH and that The Plaintiff was given Two Dirty Cups by DEPUTY STOVER, ONE CUP HAD A B on It. On 2-7-2017 The Plaintiff's CHIN SWELLED UP AND Burst OPEN and A CHEEZY Substance came out with Blood and The Plaintiff's Chin Bleed FOR SIXTY days-60 with CHEEZY Substance Also.

## " D. STATEMENT OF CLAIMS ."

<u>CLAIM NINETEEN:</u> on 7-2-2016 A staff member At the Heart of the Rockies Regional medical center made statements to the Salida Police officer LANCE CLIFF on a Police Report and officer CLIFF Told The Plaintiff that she can not go back to the Heart of the Rockies Regional medical center without A Police Escort. The Plaintiff Alleges that the Hospital and the <u>X-RAY Technician</u> violated the Plaintiff's civil Rights, State of Colorado Constitutional Rights and United States Constitutional Rights, and Attempted to murder the Plaintiff with Radiation from the X-Ray Machine Even when the Plaintiff was Escorted to the Emergency Room by the Chaffee county Sheriff's office Deputies Compton and Payson on 1-8-2017 from the Chaffee county Detention Facility.

Supporting Facts: The Transporting Records from the chaffee county Sheriff's office and the Doctors bill and Report from DR. Ruster.

<u>CLAIM TWENTY:</u> The Chaffee county Sheriff's office and DEPUTY CARLAND VIOLATED the PLAINTIFF's CIVIL Rights, C.R.S. Rights, Colorado State Constitutional Rights, United States Constitutional Rights, Salida MUNICIPAL CODE Rights when Deputy Carland Put cardboard over Holding cell 1 window to MAKE A HoLE FoR the flain tiff and did not ALLow the Plaintiff out FoR At LEast ONE hour Per day FoR over 60 days in the booking AREA, From 1-9-2017 to 3-9-2017, and ALLowing Deputy Carland to terrorize me while I was in there and several other Deputies.

Supporting Facts: The Video of the Plaintiff's Detention from 1-3-2017 to 3-9-2017 to 5-18-2017, Bondsman David Platt.

9

## "D. STATEMENT OF CLAIMS"

<u>CLAIM TWENTY-ONE</u>: TRACY Jackson violated the Plaintiffs civil Rights, C.R.S. Rights, Colorado STATE Constitutional Rights, United States Constitutional Rights, Salida Municipal CODE Rights when she Conspired with CAPT. DAN MULDOON in March of 2017 when he came to The Chaffee County Detention Facility and Tracy Jackson and Dan Muldoon Talked to Each other in the Booking AREA, about Transporting the Plaintiff to the Park County Jail on 9-19-2017 So That the Plaintiff Could be Assaulted with the Goat head Thorn in the Plaintiffs Food - Attempted murder as Retaliation FoR DePuty ADrian Pugh - AKA Stick-Pussy, The Transporting of the Plaintiff was against Court orders From Judge Alderton's Conviction documents.

<u>Supporting Facts</u>: Chaffee County Detention Facility Video of The Plaintiffs Incarceration from 1-3-2017 to 5-18-2017, Video from Park County Jails Segregation Cell 1 on 9-23-2017, Park County Nurse Saw goathead Thorn and DePuty Burden.

<u>CLAIM TWENTY TWO</u>: Tracy Jackson violated the Plaintiffs civil Rights, Colorado State Constitutional Rights, United States constitutional Rights when she did not forward the Plaintiff's Letter/complaint of Terroristic Threat "I'm String You UP" by Inmate MR. COOK in cell H-1 in the booking Area of the Chaffee County Detention Facility in January of 2017, To the District Attorney FoR Prosecution.

<u>Supporting Facts</u>: While I was in cell H-2, MR. COOK Yelled out "I'LL String You UP" and Tracy Jackson came into the booking Area and said "You can't Say that" to MR. COOK and told me to write Three Letters one to Sgt. James, one to Sheriff SPEEZE and one to TRACY Jackson Officials at The Chaffee County Sheriff's office. and I Sent a Letter and I did So and have not gotten any Response back from Any of the To Judge Alderton.

<u>CLAIM TWENTY Three</u>: on oR about 12-10-15-2017 Inmate NaTaLie Warner Told the Plaintiff that She was going to Break the Plaintiffs Jaw when She sees the Plaintiff. Tracy Jackson did not Report this Threat to the District Attorney Either.

<u>Supporting facts</u>:  I Reported this threat to DePuty Husky, he copied

## "D. STATEMENT OF CLAIMS."

MY note and Tracy Jackson Never Investigated this Threat. I Believe I send MY COPY to the Court - G.P.G. CIVIL Right Violation.

<u>CLAIM TWENTY FOUR</u>: On 1-15-2018 at 9:30AM RACheL DerKe A Inmate Threatened to KILL me and DePuty Tucker did not LoeK her down and at 11:00AM RACheL DerKe walked up to MY Plaintiffs cell door and SPrayed a chemical In doors Trap. I told DePuty MAEZ I wanted to make A RePort and he said oK. CIVIL Rights were Violated, C.R.S. Rights, U.S Const.

<u>Supporting Facts</u>: The Plaintiff took notes and there is A A-Pod Video and A booking AREA Video.

<u>CLAIM Twenty Five</u>: On 3-11-2017 DePuty MILLER, was standing in The Plaintiff's A-PoD CELL 4, After Lock-down with the Door Shut while The Plaintiff was ASLEEP and the Plaintiff AwoKe to him standing at the Door. Plaintiff does not Know how Long he was in the cell OR what he did to her while Plaintiff was ASLEEP. The Plaintiffs CIVIL Rights were Violated, Colorado State Constitutional Rights, U.S, Constitutional Rights, Salida Municipal CoDE Rights were also Violated.

<u>Supporting Facts</u>: The A-Pod Video, The Grievence RePort, and on or about 4-30-2017 The Plaintiff told the Food Servers that DePuty MILLER was in MY cell and DePuty MIller told them that he checked the Video and that he was over there by the Video Phone In A-Pod. Plaintiff said PlaY The Tape Mother fucker. The Fact that he is Lying Frishtens me. and Tracy Jackson told The Plaintiff that Tracy and The Plaintiff discussed it, which is A Frightening Lie.

<u>CLAIM TWENTY SIX</u>: Plaintiff ALLEGES That DePuty ADRIAN Pugh did conspire to Assault and MurDER The Plaintiff ON Two Occassions the First Conspiracy Started in the Month of OR ARound March of 2017 when DePuty A.Pugh Brought A white male Inmate to the Booking AREA, who had A △ shaped tattoo on the back of his Neck, who AsKed A.Pugh "Is that the one who called You Stick-Pussy" and A.Pugh said Yes. The Plaintiff Also believes DePuty ADRIAN Pugh had A Goat head Thorn Placed in the Plaintiffs Food tray on 9-23-2017 At the Park county Jail, because one of the male inmates said Stick-Pussy when I called For DePuty G. ADAms to come back, they Assumed The Plaintiff had been Stuck from the Goat head thorn. which is the Plainti-

<u>Supporting Facts</u>: Stated Above, and on the Park County Inmate Reque-est form, A Exhibit in this CIVIL Action, and cells Video of Plaintiff.

# D. STATEMENT OF CLAIMS

**CLAIM TWENTYSEVEN** : DEPUTY BRANDY Pugh And the Chaffee County Sheriff's Office Violated the Plaintiffs Civil Rights, Colorado State Constitutional Rights, United States Constitutional Rights, C.R.S. Rights, Salida Municipal CODE Rights, when Acting In Concert with Chaffee County Sheriffs Office Commander Tracy Jackson To Bill the Plaintiff FOR being housed in Chaffee County Detention Facility - A-POD - cell 4 when the Plaintiff was held in H-2 cell in the booking Area from 1-3-2017 - 3-9-2017 and 9-14-2017, 9-23-2017, 9-24-9-30-2017, 10-1-2+7-2017, 10-8-14-2017, 10-18-2017, 10-15-2017 -10-21-2017, 10-23-2017, -10-22-2017 - 10-28-2017, 10-30-2017 Booking Fee, $30.00, 5-18-2017 Booking Fees, 6-12-2017 Booking Fees, 6-14-2017 Booking Fees & 6-18-2017 Booking Fees, 9-17-2017 Housing Fees, $45.00, 9-23-2017 - Housing Fees -$35.00, FOR others see INVOICE. Deputy B. Pugh has billed the Plaintiff FOR being in A-Pod cell 4 when the Plaintiff was in the Park County Jail in Fairplay, Co. 80440 - which is Fraud - and a Crime, Commander Tracy Jackson Also Acting in conceal with this crime of forgery and Fraud, sent Judge Gordon P. Gallagher False - Forged - Fraudulent Documents as true statements as Certified Prisoner Trust Fund Account Statements in the NAME OF the Plaintiff - JADA DAVIS.

**Supporting Facts** : Please check The Plaintiffs Certified Prisoners Trust Fund Account Statements that was given to the Plaintiff to Submit.

**CLAIM Twenty Eight** : On 12-13-2017, Deputy Adrian Pugh Escorted Inmate Joleen Jackson out of A-POD and told her She can sit on the table in front of A-4 cell and stare at the Plaintiff as Long as she do not say anything to the Plaintiff. Sgt. Jimm James Told her to Stop harassing the Plaintiff and Shut the Plaintiffs cell window. 24-7 Lock down. Violated Plaintiffs Civil Rights, C.R.S. Rights, Colorado and U.S. Constitutional Rights also.

**Supporting Facts** : The Video OF A-Pod will show Exactly what went on in the A-POD.

**CLAIM TWENTY NINE** : The Plaintiffs Civil Rights, Colorado Constitutional Rights, United States Constitutional Rights, C.R.S. Rights, Salida Municipal CODE Rights were Violated by the Chaffee County Sheriff's office and by Every Detention Facility Deputy from 1-3-2017 to 3-9-2017 when NO Deputy Let the Plaintiff out of H-2 cell ONE Hour Per day Pursuant to C.R.S. Provisions, Paul Rusky Excluded.

**Supporting facts** : The Video from the Booking AREA will show and Prove the Facts.

12

### E.   PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? ___ Yes ✔ No (*check one*).

*If your answer is "Yes," complete this section of the form. If you have filed more than one previous lawsuit, use additional paper to provide the requested information for each previous lawsuit. Please indicate that additional paper is attached and label the additional pages regarding previous lawsuits as "E. PREVIOUS LAWSUITS."*

Name(s) of defendant(s):                    _____

Docket number and court:                   _____

Claims raised:                             _____

Disposition: (is the case still pending?
has it been dismissed?; was relief granted?) _____

Reasons for dismissal, if dismissed:       _____

Result on appeal, if appealed:             _____


### F.   ADMINISTRATIVE REMEDIES

*WARNING: Prisoners must exhaust administrative remedies before filing an action in federal court regarding prison conditions. See 42 U.S.C. § 1997e(a). Your case may be dismissed or judgment entered against you if you have not exhausted administrative remedies.*

Is there a formal grievance procedure at the institution in which you are confined?

        ___ Yes ✔ No (*check one*)

Did you exhaust administrative remedies?

        ___ Yes ✔ No (*check one*)

*Jada Davis*

## G.    REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do.  If additional space is needed to identify the relief you are requesting, use extra paper to request relief.  Please indicate that additional paper is attached and label the additional pages regarding relief as "G. REQUEST FOR RELIEF."* THE PlAinTiFF iS REQUESTiNg CompENSAToRY AND PuniTIVE DAmAgES iN THE AmounT oF NINE HUNDRED MILLioN DOLLARS, U.S. CurrencY. $900.000.000.00 .

2. THE PlAinTiFF is REQUESTing A CouRT ORDER REQuiRing/ORDERing THE closure oF THE CHAFFEE CounTY COMBINED couRTS, THE CHAFFEE CounTY SHERiFF'S OFFiCE, THE SALiDA POLICE DEPARTMENT, THE PARK CounTY SHERiFFS OFFiCE, anD THE HEART oF THE ROCKIES REgionAL MEDicAL cENTER ImmEDIATELY AND THE EMPLoYEES BE LEgAllY BArrED From HolDing AnY oF THESE PoSiTIonS EVER AgAin To PROTECT THE PuBLiC .

*[signature]*

## H.    PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

*[signature]*    JuRY REQUESTED
(Plaintiff's signature)

11Th day of FEBRuarY, 2018
(Date)

(Form Revised December 2017)

6

US POSTAGE >> pitney bowes

ZIP 81201 $ 002.05⁰
02 4W
0000339735 FEB 12 2018

JADA DAVIS
P.O. Box 699
SALIDA, CO. 81201

NO PIC WAS INSIDE OF THIS
ENVELOPE ANY UNHERE

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO. 80294-3589

OFFICIAL BUSINESS     LEGAL MAIL
Mailed out on
2-12-2018
2-11-2018 9:22am

Chaffee County Jail

NO TAPE WAS USED ANYWHERE ON THIS ENVELOPE.

NO TAPE WAS USED ANYWHERE ON THIS ENVELOPE