IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-02896-GPG

JADA DAVIS,

    Plaintiff,

v.

WILLIAM PEAT ALDERTON, Judge,
CHAFFEE COUNTY SHERIFF'S OFFICE,
THE CITY OF SALIDA,
THE SALIDA POLICE DEP'T,
THE CITY,
THE POLICE FOR THE CITY OF SALIDA, CO,
THE STATE OF COLORADO,
THE CITY OF SALIDA,
SUSAN COYKENDALL, PHD,
BRIAN ANDRIS-C, Deputy District Attorney,
MOLLY CHILSON, District Attorney,
DAMON HARRIS, Court Officer,
KAREN PROSSER, Clerk of the Court,
OFFICE OF CLERK STAFF, Chaffee County Combined Courts,
CHAFFEE COUNTY COMBINED COURTS, 11th Judicial Circuit,
JOHN SPEEZE, Sheriff,
JOE McGUIRE, Undersheriff,
TRACY JACKSON, Commander,
MARTINEZ, Lieutenant,
JIMMY JAMES, Sergeant,
ADRIAN PUGH, Deputy,
BRANDY PUGH, Deputy,
R. J. CARLAND, Deputy,
MILLER, Deputy,
FLORIA TONDA AVILLA, Deputy,
BERTOLEFT, Deputy,
STOVER, Deputy,
FARLEY, Deputy,
COMPTON, Deputy,
PAYSON, Deputy,
VELTRI, Deputy,
DICKSON, Deputy,
T. MOODY, Deputy,
Z. TUCKER, Deputy,
SMITH, Deputy,
NURSE MARY,
NURSE TARA,
MARQUEZ & HARRICK-STARE, Alternate Defense Counsel,

RANDAL SCOTT HERRICK-STARE, Attorney
THE MAYOR OF THE CITY OF SALIDA,
EVERY POLICE OFFICER OF THE SALIDA POLICE DEPARTMENT
TERRY CLARK,
CHIEF OF POLICE,
MOUNTAIN PAWN AND GUN,
MICHAEL SHAFFER, Owner of Mountain Pawn and Gun,
CITY OF FAIRPLAY, COLORADO,
PARK COUNTY JAIL SHERIFF'S OFFICE,
DAN MULDOON, Jail Administrator, Park County Sheriff's Office,
FRED WEGENER, Park County Sheriff,
DAVID WOHLERS, Undersheriff Park County Sheriff's Office,
HEART OF THE ROCKIES REGIONAL MEDICAL CENTER,
X-RAY TECHNICIAN, Rockies Regional Medical Center,
TREVOR THORNHOFF, Salida Police Officer,
AIDON OSBORN, Salida Police Officer,
KEVIN EVERSON, Chaffee County Sheriff's Deputy,
DARREN LONGHEED, Chaffee County Sheriff's Deputy,
THE SALIDA POST OFFICE,
STACY PHILLIPS, Postmaster,
NAMES IN POSTAL WORKER'S STATEMENT-POLICE REPORT ON 11-21-2016,
OFFICER MESKE, Salida Police Officer, and
THE CHAFFEE COUNTY SHERIFF DEPUTY WHO HANDCUFFED PLAINTFF,

    Defendants.

ORDER GRANTING LEAVE TO PROCEED PURSUANT TO 28 U.S.C. § 1915

    Plaintiff Jada Davis has filed *pro se* a Prisoner Complaint, ECF No. 27, and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, ECF No. 16. The Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 will be granted. Based on the information about her financial status, which indicates Plaintiff has had a zero or negative balance available to her for the past six months, the Court finds that Plaintiff is unable to pay an initial partial filing fee pursuant to § 1915(b)(1).

    Title 28 U.S.C. § 1915 requires a prisoner bringing a civil action "to pay the full amount of a filing fee." 28 U.S.C. § 1915(b)(1). If a prisoner is unable to afford the full

amount of the filing fee when the case is filed, the statute provides for payment of the filing fee through an initial partial filing fee and monthly installments of the balance until the full filing fee is paid. However, "[i]n no event shall a prisoner be prohibited from bringing a civil action or appealing a civil or criminal judgment for the reason that the prisoner has no assets and no means by which to pay the initial partial filing fee." 28 U.S.C. § 1915(b)(4).

Plaintiff may proceed in this action without payment of an initial partial filing fee. However, although she need not pay an initial partial filing fee, Plaintiff remains obligated to pay the required $350.00 filing fee through monthly installments regardless of the outcome of this action. Plaintiff has consented to disbursement of partial payments of the filing fee from her prison account. ECF No. 16 at 4. Accordingly, it is

ORDERED that the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, ECF No. 16, is GRANTED. It is

FURTHER ORDERED that Plaintiff may proceed in this action without payment of an initial partial filing fee. It is

FURTHER ORDERED that Plaintiff's custodian shall disburse from Plaintiff's prison account monthly payments of 20 percent of the preceding month's income credited to this prison account until Plaintiff has paid the total filing fee of $350. *See* 28 U.S.C. §1915(b)(2). Interference by Plaintiff in the submission of these funds will result in the dismissal of this action. It is

FURTHER ORDERED that Plaintiff is advised that notwithstanding any filing fee, or any portion thereof, that may have been paid, the Court shall dismiss at any time all or any part of such complaint which (1) is frivolous or malicious; (2) fails to state a claim on which relief can be granted; or (3) seeks monetary relief from a defendant who is

3

immune from such relief.   See 28 U.S.C. §1915A(b); 28 U.S.C. § 1915(e)(2).   It is

FURTHER ORDERED that the Clerk of the Court shall not issue process until further order of the Court.   It is

FURTHER ORDERED that the Clerk of the Court shall send a copy of this Order to the Business Office, Attn: Inmate Accounts, Chaffee County Jail, P.O. Box 699, Salida, Colorado 81201.

DATED March 7, 2018, at Denver, Colorado.

BY THE COURT:

 s/ Gordon P. Gallagher
United States Magistrate Judge