**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 17-cv-02896-GPG

JADA DAVIS,

    Plaintiff,

v.

WILLIAM PEAT ALDERTON, Judge,
CHAFFEE COUNTY SHERIFF'S OFFICE,
THE CITY OF SALIDA,
THE SALIDA POLICE DEP'T,
THE CITY,
THE POLICE FOR THE CITY OF SALIDA, CO.,
THE STATE OF COLORADO,
THE CITY OF SALIDA,
SUSAN COYKENDALL, PHD,
BRIAN ANDRIS-C, Deputy District Attorney,
MOLLY CHILSON, District Attorney,
DAMON HARRIS, Court Officer,
KAREN PROSSER, Clerk of the Court,
OFFICE OF CLERK STAFF, Chaffee County Combined Courts,
CHAFFEE COUNTY COMBINED COURTS, 11th Judicial Circuit,
JOHN SPEEZE, Sheriff,
JOE McGUIRE, Undersheriff,
TRACY JACKSON, Commander,
MARTINEZ, Lieutenant,
JIMM JAMES, Sergeant,
ADRIAN PUGH, Deputy,
BRANDY PUGH, Deputy,
R. J. CARLAND, Deputy,
MILLER, Deputy,
FLORIA TONDA AVILLA, Deputy,
BERTOLEFT, Deputy,
STOVER, Deputy,
FARLEY, Deputy,
COMPTON, Deputy,
PAYSON, Deputy,
VELTRI, Deputy,
DICKSON, Deputy,
T. MOODY, Deputy,
Z. TUCKER, Deputy,
SMITH, Deputy,
NURSE MARY,
NURSE TARA,
MARQUEZ & HARRICK-STARE, Alternate Defense Counsel,
RANDAL SCOTT HERRICK-STARE, Attorney
THE MAYOR OF THE CITY OF SALIDA,

EVERY POLICE OFFICER OF THE SALIDA POLICE DEPARTMENT
TERRY CLARK,
CHIEF OF POLICE,
MOUNTAIN PAWN AND GUN,
MICHAEL SHAFFER, Owner of Mountain Pawn and Gun,
CITY OF FAIRPLAY, COLORADO,
PARK COUNTY JAIL SHERIFF'S OFFICE,
DAN MULDOON, Jail Administrator, Park County Sheriff's Office,
FRED WEGENER, Park County Sheriff,
DAVID WOHLERS, Undersheriff Park County Sheriff's Office,
HEART OF THE ROCKIES REGIONAL MEDICAL CENTER,
X-RAY TECHNICIAN, Rockies Regional Medical Center,
TREVOR THORNHOFF, Salida Police Officer,
AIDON OSBORN, Salida Police Officer,
KEVIN EVERSON, Chaffee County Sheriff's Deputy,
DARREN LONGHEED, Chaffee County Sheriff's Deputy,
THE SALIDA POST OFFICE,
STACY PHILLIPS, Postmaster,
NAMES IN POSTAL WORKER'S STATEMENT-POLICE REPORT ON 11-21-2016,
OFFICER MESKE, Salida Police Officer, and
THE CHAFFEE COUNTY SHERIFF DEPUTY WHO HANDCUFFED PLAINTFF,

     Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE GORDON P. GALLAGHER

     Plaintiff's Motion and Affidavit to Proceed Pursuant to 28 U.S.C. § 1915, filed March 19, 2018, is denied as unnecessary.

Dated:   March 20, 2018