| OFFICE OF THE CLERK, UNITED STATES DISTRICT COURT<br>ALFRED A. ARRAJ COURTHOUSE<br>901-19TH ST., ROOM A 105<br>DENVER, CO. 80294-3589 | FILED<br>UNITED STATES DISTRICT COURT<br>DENVER, COLORADO<br>MAR 21 2018<br>JEFFREY P. COLWELL<br>CLERK |
|---|---|
| JADA DAVIS, Plaintiff<br>v.<br>ALDERTON et aL<br>17-CV-02896-GPG | Δ COURT USE ONLY |
| JADA DAVIS, Inmate NO. 009657-4793<br>P.O. BOX 699<br>SaLiDa, CO. 81201<br>Phone: 719-539-2814, 719-530-7150<br>NO FAXES PLEASE - NOT PRIVATE Here | |

MOTION FOR COURT TO ATTACH THIS FIRST PAGE OF PRISONER COMPLAINT TO AMENDED PRISONER COMPLAINT ORDERED BY COURT

Comes Now The PlainTiff, JADA DAVIS; and moves this Court For an ORDER ALLowing her to ATTACH This PAGE To HER Prisoner Complaint that the Court ORDERED the Plaintiff to AMEND.

On 3-17-2018 The PlainTiff Found C.R.S., 30-11-105. TiTle of Suits by or against County. in ALL Suits or Proceedings by or against a County the Name in which the County Shall Sue or be Sued Shall be, "The Board of County Commissioners of the County of Chaffee"; but this Provision shall not Prevent County officers, when Authorized by Law, From Suing in their name of office For the benifit of the County.

This Provision is the Exclusive METhoD by which Jurisdiction over a County Can be Obtained, an Action Attempted to be brought under Any other designation is A nullity, and No Valid Judgment Can Enter in Such a case.

FoR THESE REASONS, PlainTiff Asks that this MoTion be GRANTED and she be Allowed to ATTACH THIS FIRST Page to her AMENDED PRISONER COMPLAINT FoR the Purpose of Proceeding with this civil Action.

RESPECTFULLY Submitted this 17th day of March, 2018.

[signature]

P.S. I was NOT Allowed To make a copy of These Papers OR OF the Prisoner complaint that These Papers go with. I will be Sending A money order for a copy of These Later.

JADA DAVIS
P.O. BOX 699
SaLIDA, CO, 81201
DENVER
CO 802
19 MAR '18
PM 4 L
U.S. POSTAGE PITNEY BOWES
ZIP 81201 $ 000.47⁰
02 4W
0000339735 MAR. 19. 2018
OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19th ST., ROOM A105
DENVER, CO. 80294-3589
OFFICIAL BUSINESS
LEGAL MAIL
mailed 3-19-2018
06:30 AM
03/20
No TAPE was used on this Envelope anywhere at all.

