RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 21 2018

JEFFREY P. COLWELL
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-CV-02896 -GPG
(To be supplied by the court)

JADA DAVIS , Plaintiff

v.

"THE Board of County Commissioners of the County of Chaffee County"

"THE Board of County Commissioners of the County of Park County"

the Heart of the Rockies Regional medical center

ATTACH PLEASE , Defendant(s).

(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)

## PRISONER COMPLAINT

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

Please ATTACH

A.  **PLAINTIFF INFORMATION**

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

JADA DAVIS, 009657; P.O. BOX 699, Salida, CO. 81201
(Name, prisoner identification number, and complete mailing address)

_____
(Other names by which you have been known)

*Indicate whether you are a prisoner or other confined person as follows: (check one)*

\_\_\_ Pretrial detainee
\_\_\_ Civilly committed detainee
\_\_\_ Immigration detainee
✓ Convicted and sentenced state prisoner
\_\_\_ Convicted and sentenced federal prisoner
\_\_\_ Other: *(Please explain)* _____


B.  **DEFENDANT(S) INFORMATION**

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1: "CHAFFEE County Board of Commissioners of County of CHAFFEE."
(Name, job title, and complete mailing address)

Government, 104 CRESTONE AVE, P.O. BOX 699, SALIDA, CO. 81201

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ✓ Yes \_\_\_ No *(check one)*. Briefly explain:

_____
_____

Defendant 1 is being sued in his/her ✓ individual and/or ✓ official capacity.

2

PLEASE ATTACH

Defendant 2: "PARK CounTY Board of Commissioners of County of PARK"
(Name, job title, and complete mailing address)

Government, 501 MAIN ST. FAIR PLAY, CO. 81201

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ✓ Yes ___ No (check one). Briefly explain:

_____

_____

Defendant 2 is being sued in his/her ✓ individual and/or ✓ official capacity.

Defendant 3: THE HEART of the Rockies REgionAL Medical Center,
(Name, job title, and complete mailing address)

HospitaL, 1000 Rush DRive, SaLIDA, CO, 81201

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ✓ Yes ___ No (check one). Briefly explain:

Hospital

_____

Defendant 3 is being sued in his/her ✓ individual and/or ✓ official capacity.

## C. JURISDICTION

*Indicate the federal legal basis for your claim(s): (check all that apply)*

✓   42 U.S.C. § 1983 (state, county, and municipal defendants)

___   *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) (federal defendants)

___   Other: *(please identify)* _____