| | |
|---|---|
| OFFICE OF THE CLERK, UNITED STATES DISTRICT COURT<br>ALFRED A. ARRAJ COURTHOUSE, 901-19th. ST., ROOM A105<br>DENVER, CO. 80294-3589 | **FILED**<br>UNITED STATES DISTRICT COURT<br>DENVER, COLORADO<br><br>MAR 29 2018<br><br>JEFFREY P. COLWELL<br>CLERK |
| JADA DAVIS, PLAINTIFF<br><br>VS.<br><br>Alderton et al   1:17-CV-02896-GPG | Δ COURT USE ONLY Δ |
| JADA DAVIS<br>P.O. BOX 699<br>Salida, CO. 81201<br>Phone: 719-539-2814, 719-530-7150<br>No Faxes Please - Not Private Here | Case Number:<br>1:17-CV-02896-GPG |

Motion To Dispose of Case #1:18-CV-00651 and Replace with original case # 1:17-CV-02896 - Davis v. "The Board of County Commissioners of the County of Chaffee", et al.

Comes now Plaintiff, JADA DAVIS, and moves this court Dispose of the New Case Number 1:18-CV-00651 Davis v. City of Salida et al and Replace it with this original Case Number 1:17-CV-02896-GPG and DAVIS v. "THE BOARD OF County Commissioners of THE COUNTY OF CHAFFEE", "THE BOARD OF County Commissioners of THE COUNTY OF PARK", THE HEART OF THE ROCKIES REGIONAL MEDICAL CENTER, et al.

I do APOLOGIZE To The Court and the Office of the Clerk for not putting the case # 1:17-CV-02896-GPG on the Amended Prisoner Complaint that was Last ORDERED by the court.

1

WHEREFORE, Plaintiff asked that this MOTION be GRANTED and she be allowed to Proceed with this CIVIL ACTION.

Respectfully Submitted this 22nd day of MARCH. 2018

*/s/ Jada Dawn*

JADA DAVIS
P.O. BOX 699
Salida, CO. 81201

DENVER
CO 802
27 MAR '18
Chaffee County Jail

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURT HOUSE
901-19Th. ST.,) Room A105
DENVER. CO. 80294-3589

80294-250151

NO TAPE was used on this ENvelope anywhere 4/a/18.

ZIP 81201
02 4W
0000339735 MAR 27 2018
U.S. POSTAGE >> PITNEY BOWES
$ 000.47⁰