IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 19 2018

JEFFREY P. COLWELL
CLERK

Civil Action No. **18 - CV - 00651**
(To be supplied by the court)

**JADA DAVIS** , Plaintiff

v.

**City of Salida** "see Attached"

**City of Fairplay, Colorado**,

**The Heart of the Rockies Regional medical center**

**Chaffee County** ~~Regional medical center~~, Defendant(s).

(*List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.*)

## PRISONER COMPLAINT

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

B. DEFENDANT(S) "SEE ATTACHED."

4. CHAffee County, Government.
5. John SPEZZE, Sheriff
6. JOE McGuire, UnderSheriff
7. TRACY Jackson, Commander
8. Jimmy James, Sgt.
9. Lt. MARTINEZ.
10. DePuty AVILLA
11. DePuty ADRIAN PUGH
12. DePuty Brandy Pugh
13. DePuty R.J. Carland
14. DePuty Miller
15. DePuty, BERTOLETT
16. DePuty STOVER
17. DePuty FarLey
18. DePuty Compton
19. DePuty Payson
20. DePuty Veltri
21. DePuty DicKson
22. DePuty moody
23. DePuty Tucker
24. Nurse MARY
25. Nurse TaRa
26. The Chaffee County Sheriff Deputy who handcuffed Plaintiff
27. Kevin Everson, Chaffee County Sheriff's DePuty
28. Darren LongHee D. Chaffee County Sheriff's Deputy
29. Spencer Blades, Salida Police Officer
30. Park County Sheriff's office
31. Dan Muldoon, Jail Administrator
32. DePuty COPELand, Park county sheriff Deputy
33. DePuty Ledving, Park county sheriff Deputy

## A. PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

JADA DAVIS 009657-4793, Chaffee County Jail, P.O. Box 699
(Name, prisoner identification number, and complete mailing address)

Salida, CO. 81201
(Other names by which you have been known)

Indicate whether you are a prisoner or other confined person as follows: (check one)

____ Pretrial detainee
____ Civilly committed detainee
____ Immigration detainee
✓ Convicted and sentenced state prisoner
____ Convicted and sentenced federal prisoner
____ Other: (*Please explain*) _____

## B. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1: The City of Salida, Government, 448 East 1st Street
(Name, job title, and complete mailing address)

Salida, CO. 81201

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ✓ Yes ___ No (*check one*). Briefly explain:

Municipalities Employees violated court order and State Statute.

Defendant 1 is being sued in his/her ___ individual and/or ✓ official capacity.

2

"B" Defendant(s) Information."

Defendant 4. NURSE MARY, Nurse, 641 W. 3rd St., P.O. Box 699, Salida, CO. 81201.

At the time the claim(s) in this complaint arose, was this defendant acting under the color of state or federal Law? ✓ Yes. Briefly Explain: Nurse Mary is A Municipality Employee for Chaffee County Sheriff's Office. Defendant 4 is being sued in her ✓ official capacity.

Defendant 5. NURSE TARA, NURSE, 641 W. 3rd St., P.O. BOX 699, Salida, CO. 81201

At The time the claim(s) in this complaint Arose, was this Defendant Acting under the color of State or Federal Law ✓ Yes. Briefly Explain: Nurse Tara is A Employee of Chaffee County Sheriff's Office. Defendant 5 is being sued in her ✓ official capacity.

Defendant 6: Tracy Jackson, Commander, 641 W. 3rd St., P.O. Box 699, Salida, CO. 81201, was Defendant Acting under color of State or Federal Law ✓ Yes. Work at Chaffee County Detention Facility. Defendant 6 is being sued in her ✓ official capacity.

Defendant 7: JoE McGuire, undersheriff, 641 W. 3rd St., P.O. Box 699, Salida, CO. 81201, was Defendant Acting under the color of State or Federal Law ✓ Yes. is the undersheriff. Defendant 7 is being sued in his ✓ official capacity.

Defendant 8: Jimmy James, Sgt, 641 W. 3rd St., P.O. Box 699, Salida, CO. 81201, was Defendant acting under the color of State or Federal Law ✓ Yes. works at Chaffee County Detention Facility. Defendant 8 is being sued in his ✓ official capacity.

Defendant 9: Lt. MARTINEZ, Lieutenant, 641 W. 3rd St., P.O. Box 699, Salida, CO. 81201, was Defendant acting under color of State or Federal Law ✓ Yes. works at Chaffee County Detention Facility. Defendant 9 is being sued in his ✓ official capacity.

Defendant 10: AVILLA, Deputy, 641 W. 3rd St., P.O. Box 699, Salida, CO. 81201 was Acting under color of State or Federal Law ✓ Yes. works at Chaffee County Detention Facility. Defendant 10 is being sued in her ✓ official capacity.

7

"B. Defendant(s) Information."

<u>Defendant 11</u>: Adrian Pugh, Deputy, 641 W. 3rd St., P.O. Box 699, Salida, CO. 81201. Was Defendant acting under color of State or Federal Law ✓ Yes. Works at the Chaffee County Detention Facility. Defendant 11 is being sued in his ✓ official capacity.

<u>Defendant 12</u>: Brandy Pugh, Deputy, 641 W. 3rd St., P.O. Box 699, Salida, CO. 81201. Was Defendant acting under color of State or Federal Law ✓ Yes. Defendant works at Chaffee County Detention Facility. Defendant 12 is being sued in her ✓ official capacity.

<u>Defendant 13</u>: R.J. Carland, Deputy, 641 W. 3rd St., P.O. Box 699, Salida 81201. Was Defendant acting under color of State or Federal Law ✓ Yes. Defendant was working at Chaffee County Detention Facility. Defendant 13 is being sued in his ✓ official capacity.

<u>Defendant 14</u>: Miller, Deputy, 641 W. 3rd St., P.O. Box 699, Salida, CO. 81201. Was Defendant acting under color of State or Federal Law ✓ Yes. Works at Chaffee County Detention Facility. Defendant 14 is being sued in his ✓ official capacity.

<u>Defendant 15</u>: Bertolett, Deputy, 641 W. 3rd St., P.O. Box 699, Salida, CO. 81201. Was Defendant acting under color of State or Federal Law ✓ Yes. Defendant works at Chaffee County Detention Facility. Defendant 15 is being sued in her ✓ official capacity.

<u>Defendant 16</u>: Stover, Deputy, 641 W. 3rd St., P.O. Box 699, Salida, CO. 81201. Was Defendant acting under color of State or Federal Law ✓ Yes. Defendant works at Chaffee County Detention Facility. Defendant 16 is being sued in her ✓ official capacity.

<u>Defendant 17</u>: Farley, Deputy, 641 W. 3rd St., P.O. Box 699, Salida, CO. 81201. Was Defendant acting under color of State or Federal Law ✓ Yes. Defendant works at Chaffee County Detention Facility

## "B. DEFENDANT(S) INFORMATION"

Defendant 17 is being sued in her ✓ official capacity.

Defendant 18: Compton, Deputy, 641 W. 3rd St., P.O. Box 699 Salida, CO, 81201. Defendant was Acting under Color of State or Federal Law ✓ Yes. Defendant was working at Chaffee County Detention Facility. Defendant 18 is being sued in his ✓ official capacity.

Defendant 19: PAYSON, Deputy, 641 W. 3rd St., P.O. Box 699, Salida, CO, 81201. Defendant was Acting under Color of State or Federal Law ✓ Yes. Defendant was working at Chaffee County Detention Facility. Defendant 19 is being sued in his ✓ official capacity.

Defendant 20: VELTRI, Deputy, 641 W. 3rd St., P.O. Box 699 Salida, CO, 81201. Defendant was Acting under Color of State or Federal Law ✓ Yes. Defendant works at Chaffee County Detention Facility. Defendant 20 is being sued in his ✓ official capacity.

Defendant 21: DICKSON, Deputy, 641 W. 3rd St., P.O. Box 699, Salida, CO, 81201. Defendant was Acting under Color of State or Federal Law ✓ Yes. Defendant works at Chaffee County Detention Facility. Defendant 21 is being sued in his ✓ official capacity.

Defendant 22: MOODY, Deputy, 641 W. 3rd St., P.O. Box 699, Salida, CO, 81201. Defendant was Acting under Color of State or Federal Law ✓ Yes. Defendant works at Chaffee County Detention Facility. Defendant 22 is being sued in his ✓ official capacity.

Defendant 23: Tucker, Deputy, 641 W. 3rd St., P.O. Box 699, Salida, CO, 81201. Defendant was Acting under Color of State or Federal Law ✓ Yes. Defendant works at Chaffee County Detention Facility. Defendant 23 is being sued in his ✓ official capacity.

3

## B. DEFENDANT(S) INFORMATION.

**DEFENDANT 24:** The Chaffee County Sheriff's Deputy who handcuffed the Plaintiff, Deputy, 641 W. 3rd St., P.O. Box 699, Salida, CO. 81201. Defendant was Acting under color of State or Federal Law ✓ Yes. Defendant works for the Chaffee County Sheriff's Office. Defendant 24 is being sued in his ✓ official capacity.

**Defendant 25:** Kevin Everson, Deputy, 641 W. 3rd St., P.O. Box 699, Salida, CO. 81201. Defendant was Acting under color of State or Federal Law ✓ Yes. Defendant is a Chaffee County Sheriff's Deputy. Defendant 25 is being sued in his ✓ official capacity.

**Defendant 26:** Darren Longheed, Chaffee County Sheriff's Deputy, 641 W. 3rd St., P.O. Box 699, Salida, CO. 81201. Defendant was Acting under color of State or Federal Law ✓ Yes. Defendant is a Chaffee County Sheriff Deputy. Defendant 26 is being sued in his ✓ official capacity.

**Defendant 27:** Spencer Blades, Salida Police Officer, 448 East 1st St., Salida, CO. 81201. Defendant was Acting under color of State or Federal Law ✓ Yes. Defendant is a Police Officer. Defendant 27 is being sued in his ✓ official capacity.

**Defendant 28:** Park County Sheriff's Office, Jail, 1180 CR 16, Fairplay, CO. 80440. Defendant was Acting under color of State or Federal Law ✓ Yes. Defendant is the Jail. Defendant 28 is being sued in its ✓ official capacity.

**Defendant 29:** Dan Muldoon, Jail administrator, 1180 CR 16, Fairplay, CO. 80440. Defendant was Acting under color of State or Federal Law ✓ Yes. Defendant works at Park County Jail. Defendant 29 is being sued in his ✓ official capacity.

4.

## "B. DEFENDANT(S) INFORMATION"

<u>DEFENDANT 30</u>: COPELAND, Deputy, 1180 CR 16 Fair Play, CO. 80440. Defendant was Acting under color of State or Federal Law ✓ Yes. Defendant works at the Park County Jail. Defendant 30 is being sued in her ✓ official capacity.

<u>Defendant 31</u>: LEDVINA, Deputy, 1180 CR 16 FairPlay, CO. 80440. Defendant was Acting under color of State or Federal Law ✓ Yes. Defendant works at Park County Jail. Defendant 31 is being sued in his ✓ official capacity.

5

Defendant 2: City of FairPlay, Colorado. Government, 501 MAIN
(Name, job title, and complete mailing address)
St. FairPlay, CO. 80440

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ✓ Yes ___ No (*check one*). Briefly explain:

Park County Jail Sheriff's Office Employee's Conspired with Chaffee County Sheriff's Office Employee's and Violated court order, Colorado Statutes,

Defendant 2 is being sued in his/her ___ individual and/or ✓ official capacity.

Defendant 3: X-RAY Technician on 1-8-2017 @ the Heart of the Rockies nician
(Name, job title, and complete mailing address)
Regional Medical Center, 1000 Rush Drive, Salida, CO. 81201

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ✓ Yes ___ No (*check one*). Briefly explain:

The X-Ray Technician on 1-8-2017 - Burned OR Radiated me with the X-Ray Machine at the Heart of the Rockies Regional Medical Center.

Defendant 3 is being sued in his/her ✓ individual and/or ✓ official capacity.

## C. JURISDICTION

*Indicate the federal legal basis for your claim(s): (check all that apply)*

✓ 42 U.S.C. § 1983 (state, county, and municipal defendants)

___ *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) (federal defendants)

___ Other: (*please identify*) _____

3

D. **STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: The The Municipality of Chaffee County and the City of Salida Violated my Right to A Fair Trial and Subjected me to Double Jeopardy.

Supporting facts: On 1-3-2017 Judge William Peal Alderton convicted me and sentenced me and sent a Notice of a Conviction to the Social Security administration and informed them of my incarceration. And on 8-31-2017 Judge William Peal Alderton tried me again for the same charges, convicted me and sentenced me again. On 1-3-2017 Court Officer tried to make me sign court papers in the Chaffee County Jail's Booking Area, Damon Harris. Municipalitys Employees.

Claim Two: The City of Salida Violated my Right to the Miranda Warning and the Chaffee County Sheriff's office has Violated my Right to the Miranda Warning. By the Municipalities Employees of Chaffee County

Supporting Facts: On 1-3-2017 at or about 9:33 AM, Salida Police officer(s) Spencer Blades, Trevor Thornhoff, Aldon Osborn, and Chaffee County Sheriff's Deputie(s) Kevin Everson, Darren Longheed, Sheriff John Spezze, did not read me the Miranda Warning, Nor did they Issue me A Summons to Appear in Court at 501 East Rainbow Blvd, and Release the plaintiff. Equals Kidnapped under color of Law.

Claim Three: Chaffee County and the City of Salida Colorado Municipal Violated the Plaintiffs Constitutional(s) Right to A Fair Trial by the Unconstitutional misconduct of the Chaffee County and The City of Salida Employees.

Supporting facts: Salida Police officer Spencer Blades Submitted a False Affidavit and swore to it, but did not sign it and Russell Johnson stamped and Notarized it on 1-3-2017 and Spencer Blades perjured himself on 8-31-2017.

I.

## D. STATEMENT OF CLAIMS

<u>Claim Four</u>: The Municipality of Chaffee County, Colorado and the Municipal Entity The City of Salida Violated my constitutional Right to a Medical Evaluation on the Date(s) of 1-3-2017, 1-4-2017, 1-5-2017, 1-6-2017, 1-7-2017, for bleeding from my Anus.

<u>Supporting Facts</u>: On 1-3-2017 at about 5:00pm I began to bleed from my Anus and I continued to bleed from my Anus up to 1-8-2017 and I was not allowed to call 911 to get to the Heart of the Rockies Regional medical center for Medical treatment. Nurse Mary did not call 911, Neither did Nurse Tara, Nor did Commander Tracy Jackson, Sgt. Jimmy James, Lt. Martinez, Sheriff John Spezze, Under Sheriff Joe McGuire, Nor did DR. Susan Coy Kendall, Deputy Avilla, Deputy Veltri, Deputy Dickson, Deputy Bertolett, Deputy Stover, Deputy Moody, Deputy Payson, Deputy R.J. Carland, Deputy Adrian Pugh, Deputy Brandy Pugh, Deputy Miller, Deputy Compton, Deputy Tucker. I am Alleging that this continued, persistent and widespread practice of unconstitutional misconduct by the Municipality's Employees did deprive me of A Federal Right to A Medical Examination and Tracy Jackson Told Use The Deputies and the Nurses Not Call 911 about my bleeding from my Anus or take me to the hospital.

<u>Claim Five</u>: The Municipality of Chaffee County Colorado and the Municipal Entity the City of Salida, Colorado, and The Heart of the Rockies Regional Medical Center a Employee under contract with the Chaffee County Sheriff's Office to Provide Medical Services to their inmates. Did Violate my Constitutional Right to Safe Medical Services and my Right to seek Medical Examinations.

2.

## "D. STATEMENT OF CLAIMS."

### CLAIM FIVE:

**Supporting Facts:** On 1-8-2017 the X-RAY Technician at the Heart of the Rockies Regional Medical Center USED the X-RAY Machine to Radiate the Plaintiff's Face when the Plaintiff was supposed to be getting a chest X-RAY For Report of Chest Pains. and on 1-15-2017 the Plaintiff's Face Swelled on Both Sides in Front of the Plaintiff EARS and Nurse MARY did not get the Plaintiff to A Medical Doctor For a Medical Exam'. and on 2-7-2017 to 4-7-2017 and beyond NEither NURSE MARY OR NURSE TARA Called 911 OR A contracted DR. Ruiter when the Plaintiff's chin burst From swelling and the Plaintiff bleed From her Chin, and No Chaffee County Sheriff's office Deputy - Sheriff John SPEZZE, Joe McGuire-under Sheriff, COMMANDER TRACY JACKSON, Sgt. Jimmy James, Lt. MARTINEZ, DEPUTY AVILLA, DEPUTY VELTRI, DEPUTY DICKSON, Deputy Bertolett, Deputy Payson, Deputy Glover, Deputy Moody, Deputy R.J. CARLAND, DEPUTY ADRIAN PUGH, Deputy BRANDY Pugh, Deputy MILLER, Deputy Compton, Deputy Tucker. the Plaintiff Alleges Continued, Persistent and wide spread Practice of unconstitutional misconduct by the Chaffee County Sheriff's Office Employees did deprive the Plaintiff of her Constitutional Right to Medical Treatment, and Tracy Jackson Told the Deputies and the Nurses Not to Call 911 or take me to the hospital. Chaffee county and the City of Salida violated the

### Claim SIX:
Chaffee County violated my Right to be out of A cell at Least one hour Per day.

**Supporting Facts:** On 1-3-2017 to 3-9-2017 The Chaffee County Detention Facility Sheriff's Deputies Never Let the Plaintiff out of the Holding cells in the Booking AREA For ONE HOUR Per day as stated by the Chaffee County Policy.

3

## "DD-STATEMENT OF CLAIMS"

CLAIM SEVEN: Chaffee County and Park County violated THE Plaintiff's Colorado constitutional Rights and U.S. constitutional Rights and the Chaffee County combined courts, County Court ORDER, went against the Plaintiff's Expressed will and Sent the Plaintiff to the Park County Jail on 9-19-2017.

Supporting facts: On 9-19-2017, Deputy A. Pugh, Deputy Tucker, Lt. Martinez, Deputy Avilla, Court Officer Damon Harris, forced the Plaintiff at tazer point to go to the Park County Jail and The Plaintiff told Deputy Avilla that the Conviction Papers state that the Plaintiff is to serve her one year sentence at the Chaffee County Detention Facility and Deputy Avilla told the Plaintiff that she is going any way. And Deputy A. Pugh and Deputy Tucker drove the Plaintiff to a Pick-up Point where a Park County Sheriff's Deputy wilson or wilcox drove the Plaintiff to the Park County Jail in Fairplay, CO.

Claim EIGHT: Chaffee County and Park County violated the Plaintiff's Federal constitutional Right to make a Police Report.

Supporting facts: On 9-23-2017 Deputy ADAMS served the Plaintiff a goathead Thorn in her food and Deputy Ledvina and Deputy Copeland told the Plaintiff that they will hang up the wall phone if the Plaintiff dials 911 and the Deputies at the Chaffee County Detention facility did not allow the Plaintiff to call 911 or the Park County Police to make a Report.

4

"D. STATEMENT OF CLAIM(S)."

<u>CLAIM NINE:</u> Chaffee County Violated the Plaintiff's Right to A Fair Trial And the City of Salida.

<u>Supporting Facts:</u> Some one in Possession of the Pawn Shop video Altered the video and the Altered video was Presented to the Jury on 8-31-2017 at the Plaintiff's Trial.

<u>Claim TEN:</u> Chaffee County and the City of Salida Violated the Plaintiffs Federal Constitutional Right and Colorado constitutional Rights and C.R.S. Provisions whe

<u>Supporting Facts:</u> on 4-19-2017 Judge William Peat Alderton did not follow 16-8.5-109 Pursuant to the C.R.S. as it is stated in Title-16.

<u>Claim ELEVEN:</u> Chaffee County and the City of Salida Violated the Plaintiff constitutional Rights.

<u>Supporting Facts:</u> on 1-24-2017 Judge William Peat Alderton Forged District court Documents and used them to Send the Plaintiff to the State Mental Health hospital in Pueblo, Colorado.

<u>Claim Twelve:</u> Michael Shaffer violated the Plaintiff Federal constitutional Right to her car.

<u>Supporting Facts:</u> Michael Shaffer took Possession of the Plaintiff's car on or about 1-7-2017, Placed the car in the Rear of his Property and as of 8-2017 he has Refused to give the Plaintiff back her Car and has Refused to tell the Plaintiff where her car is.

5

## D. STATEMENT OF CLAIM(S)

**CLAIM Thirteen:** DR. Susan Coy Kendall violated the Plaintiff's Federal Constitutional Right to not be Lied on by a State Licenced Doctor.

**Supporting Facts:** On or about 1-14-2017 to 1-24-2017 Doctor Susan Coy Kendall came to the Chaffee County Detention Facility Laid her EYES on the Plaintiff for all of one minute and walked away and wrote Five Pages of Lies about the Plaintiff and submitted them to Judge William Peal Aldertons. County Court.

**Claim Fourteen:** Park County violated the Plaintiff's Federal Constitutional Rights on 9-25-2017.

**Supporting Facts:** On 9-25-2017 Capt. Dan Muldoon tried to take the Plaintiff's cane out of her Right hand and began Pressing on a Supected Pressure Point to force the Plaintiff to Release her cane and did inflict Pain on the Plaintiff.

6

E.   **PREVIOUS LAWSUITS**

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? ___ Yes ✓ No (*check one*).

*If your answer is "Yes," complete this section of the form. If you have filed more than one previous lawsuit, use additional paper to provide the requested information for each previous lawsuit. Please indicate that additional paper is attached and label the additional pages regarding previous lawsuits as "E. PREVIOUS LAWSUITS."*

Name(s) of defendant(s): _____

Docket number and court: _____

Claims raised: _____

Disposition: (is the case still pending?
has it been dismissed?; was relief granted?) _____

Reasons for dismissal, if dismissed: _____

Result on appeal, if appealed: _____

F.   **ADMINISTRATIVE REMEDIES**

*WARNING: Prisoners must exhaust administrative remedies before filing an action in federal court regarding prison conditions. See 42 U.S.C. § 1997e(a). Your case may be dismissed or judgment entered against you if you have not exhausted administrative remedies.*

Is there a formal grievance procedure at the institution in which you are confined?

   ✓ Yes ___ No (*check one*)

Did you exhaust administrative remedies?

   ✓ Yes ___ No (*check one*)

5

### G. REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "G. REQUEST FOR RELIEF."* The Plaintiff has made her Request for Relief Known in the original complaint and in the second or Amended Complaint also Plaintiff is seeking $100,000,000.00 - One hundred million Dollars from the Chaffee County and CITY of Salida for the X-Ray Burn - Radiation Exposure on 1-8-2017 at the Heart of the Rockies Regional Medical Center. $1,000,000.00 - One million Dollars for Each Felony committed against the Plaintiff while Kidnapped under the color of Law by Chaffee County and the CITY of Salida by their Employees. $100,000.00 - One Hundred thousand Dollars from Michael Shaffer for not Returning the Plaintiffs car and hardship Plaintiff was forced to Endure while Deprived of her Property and Expenses incurred. and $350,000.00 Dollars for Each Other Claim the Plaintiff is Entitled to.

### H. PLAINTIFF'S SIGNATURE
and All other stated Request for Relief.

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____  Jury Demand Requested.
(Plaintiff's signature)

3-14-2018
_____
(Date)

(Form Revised December 2017)

6



/1S
-19
81201

Chaffee County Jail

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ Courthouse
901-19th St., Room A105
DENVER, CO 80294-3589

official Business     Legal mail
                      mailed on 3-14-2018
                      09:00 Am

No Tape was used on this Envelope any where at all

