| | |
|---|---|
| OFFICE OF THE CLERK, UNITED STATES DISTRICT COURT<br>ALFRED A. ARRAJ COURTHOUSE<br>901-19TH ST., ROOM A105<br>DENVER, CO. 80294-3589 | **FILED**<br>UNITED STATES DISTRICT COURT<br>DENVER, COLORADO<br><br>MAY 04 2018<br><br>JEFFREY P. COLWELL<br>CLERK |
| | ⃤ COURT USE ONLY ⃤ |
| JADA DAVIS<br>P.O. BOX 699<br>SALIDA, CO. 81201<br>PHONE: 719-539-2814 | CASE NUMBER: |

MOTION TO COURT FOR §1983 ATTORNEY FEES, AND JURY TRIALS FOR ALL OF MS. JADA DAVIS CIVIL ACTION CASES.

COMES NOW, JADA DAVIS, PLAINTIFF, PRO SE, AND MOVES THIS COURT TO GRANT THIS MOTION FOR §1983 ATTORNEY FEES IN ALL OF MS. DAVIS CIVIL ACTIONS LISTED below; AND FOR A JURY TRIAL in ALL of MS. DAVIS CIVIL ACTIONS LISTED below so she CAN PAY FOR LEGAL REPRESENTATION in ALL of her Civil Actions.

CASE 1: 1:18-CV-00419-GPG — MOLD
CASE 2: 1:17-CV-02896-GPG — CIVIL RIGHTS
CASE 3: 1:18-CV-00527-GPG — RECTAL BLEEDING
CASE 4: 1:18-CV-00855-GPG — SLANDER, Libel, DEFAMATION
CASE 5: 1:18-CV-00995-GPG — Due Process violation in the Assignment of APPEAL.

WHEREFORE, MS. DAVIS, ASKS THIS COURT TO GRANT THIS MOTION so she can have Legal Representation in these civil Actions seeking Relief FOR THE Violations of her Constitutional Rights in the 4th, 5th, 6th, 7th, 8th, 14th Amendments of the UNITED STATES Constitution and the Colorado STATE CONSTITUTION BY THE DEFENDANT(S) IN THE Above CIVIL ACTIONS.

1

Respectfully submitted this 30TH Day of APRIL of 2018.

*[signature]*

P.S. THE Plaintiff is Asking the COURT, when will the Court ORDER THE CLERK OF THE COURT TO ISSUE PROCESS ON ALL OF THE ABOVE CIVIL Actions, PLEASE INFORM THE Plaintiff.