IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:17-cv-02896-GPG

JADA DAVIS

Plaintiff(s),

v.

ALDERTON et al

Defendant(s).

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 18 2018

JEFFREY P. COLWELL
CLERK

## MOTION FOR APPOINTMENT OF COUNSEL

I am a ✓ plaintiff ____ defendant **[Select which side you are in your case]** in this case and am currently not represented by counsel. I believe that I am unable to proceed with the assertion of my ✓ claims ____ defenses **[Select what is appropriate to your case]** in this case without the assistance of counsel. I believe I qualify for the appointment of counsel from the Civil Pro Bono Panel.

Under the court's Civil Pro Bono Representation rule, D.C.COLO.LAttyR 15, a judicial officer of this court may enter an Appointment Order authorizing appointment by the clerk of a member of the court's Civil Pro Bono Panel when the following considerations weigh in favor of appointment:

(1) the nature and complexity of the action **[Describe below:]**

U.S. Constitutional Violations by Judge Alderton, Prosecutorial Misconduct, Altered video was shown to My Jury, Forged District court documents by Judge Alderton, § 16-4.5-109 not followed, and more. Double Jeopardy I have suffered, Perjury by Police Off. Spencer Blades, and more to tell.

(2) the potential merit of the claims or defenses of the unrepresented party;

Some one told the Appeal Judge that I walked into the Pawn Shop After Lynn D. Bastian was there First or Present which is A Lie, No Miranda Warning was Read to me and Ms. Bastian did not Show up to Trial.

(3) the demonstrated inability of the unrepresented party to retain an attorney by other means;

I am indigent and incarcerated and Not allowed access to a Phone book or the Internet to search For A Attorney, Cmdr. Jackson Refuses to tell me who the Legal Asst. is here or Case Manager is.

and

(4) the degree to which the interests of justice, including the benefits to the court, will be served by appointment of counsel:

the Court, Police, Sheriff, Jailers have committed crimes against the Public and should be Legally stopped in the Interest of Justice or there is no Law, Just what these white People want to do to You!

D.C.COLO.LAttyR 15(f)(1)(B); *Hill v. SmithKline Beecham Corp.*, 393 F.3d 1111, 1115 (10th Cir. 2004).

I am aware that **I am obligated, as a party in this case representing myself, to meet all obligations and deadlines imposed** under the law and the rules of procedure, local rules, and the practice of standards of this court until appointed counsel formally enters an appearance in this case. I also confirm that I understand that, in the event this motion is granted, **there is no guarantee that appointment of counsel results in an attorney(s) automatically entering an appearance in this case** – only

that a member of the Civil Pro Bono Panel will review the case for possible representation.

**[Please check one or both of the following options:]**

__✓__     **General Representation** – I request that appointment of volunteer counsel be granted by the court for *general* representation in this civil action subject to the rules and procedures set forth in D.C.COLO.LAttyR 15.

_____     **Limited Representation** – I request that appointment of volunteer counsel be granted by the court for the *limited* representation purpose of:

_____

_____

[examples of purposes for limited representation include amending a pleading / drafting a motion / appearing at a conference, hearing, or trial / assisting with a settlement conference / etc.]

I understand that counsel's *limited* representation may be allowed in accordance with D.C.COLO.LAttyR 2(b)(1), under the auspices of the Civil Pro Bono Panel program and its benefits.

I confirm that I have conferred with the opposing counsel in good faith regarding this motion, as required under local rule D.C.COLO.LCivR 7.1(a) [1].

---

[1] **[Note:** Local Rule D.C.COLOLCivR 7.1(a) requires a party (including an unrepresented party) to confer or make reasonable good faith efforts to confer with any opposing counsel or unrepresented party about the subject of their motion before filing the motion and to describe the specific efforts to fulfill this duty. However, the duty to confer is not required under the local rules for a motion filed in a case involving an unrepresented prisoner.]

Dated at <u>Salida 18</u> (city), <u>Co.</u> (state), this <u>16th</u> day <u>May</u>, 201<u>18</u>.

<u>Jada Davis   Jada Davis</u>
(Unrepresented Party's Name)

<u>P.O. Box 699, Salida, CO. 81201</u>
(Address)

<u>719-539-2814 - 719-539-7150</u>
(Phone Number) Fax 719-539-9361



U.S. POSTAGE >> PITNEY BOWES
ZIP 81201 $001.63
02 4W
0000339735 MAY 2018

Chaffee County Jail

JADA DAVIS
P.O. Box 699
Salida, CO. 81201

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19th ST., Room A 105
Denver, CO. 80294-3589

Legal Mail
mailed 5-16-7:00Am

OFFICIAL BUSINESS

No tape was used on this Envelope at all anywhere