IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-02896-LTB

JADA DAVIS,

    Plaintiff,

v.

THE BOARD OF COUNTY COMMISSIONERS OF CHAFFEE COUNTY,
THE BOARD OF COUNTY COMMISSIONERS OF PARK COUNTY,
THE HEART OF THE ROCKIES REGIONAL MEDICAL CENTER,
CITY OF SALIDA,
CITY OF FAIRPLAY,
CHAFFEE COUNTY (Name of Defendant in part illegible),
CHAFFEE COUNTY GOVERNMENT,
JOHN SPEZZE, Sheriff,
JOE McGUIRE, Undersheriff,
TRACY JACKSON, Commander,
JIMMY JAMES, Sergeant,
LT. MARTINEZ,
DEPUTY AVILLA,
DEPUTY ADRIAN PUGH,
DEPUTY BRANDY PUGH,
DEPUTY R. J. CARLAND,
DEPUTY MILLER,
DEPUTY BERTOLETT,
DEPUTY STOVER,
DEPUTY FARLEY,
DEPUTY COMPTON,
DEPUTY PAYSON,
DEPUTY VELTRI,
DEPUTY DICKSON,
DEPUTY MOODY,
DEPUTY TUCKER,
NURSE MARY,
NURSE TARA,
THE CHAFFEE COUNTY SHERIFF DEPUTY WHO HANDCUFFED PLAINTFF,
KEVIN EVERSON, Chaffee County Sheriff's Deputy,
DARREN LONGHEED, Chaffee County Sheriff's Deputy,
SPENCER BLADES, Chaffee County Sheriff's Deputy,
PARK COUNTY SHERIFF'S OFFICE,
DAN MULDOON, Jail Administrator,
DEPUTY COPELAND, Park County Sheriff Deputy, and
DEPUTY LEDVING, Park County Sheriff Deputy,

    Defendants.

# JUDGMENT

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on May 30, 2018, it is hereby

ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

DATED at Denver, Colorado, this 30 day of May, 2018.

FOR THE COURT,

JEFFREY P. COLWELL, Clerk

By: s/ A. Garcia Garcia
    Deputy Clerk